B1 (Official Form 1) (12/11)

| UNITED STATES BANKRUPTCY COURT<br>Southern District of New York | VOLUNTARY PETITION |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Filmed Entertainment Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>BMG Columbia House, Bertelsmann Direct North America, Inc., Direct Group North America, Inc., and Direct Brands, Inc. | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>23-2813867 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>2 Park Ave., 10th Floor, New York, NY<br>ZIP CODE 10016 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>New York | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7        ☐ Chapter 15 Petition for<br>☐ Chapter 9            Recognition of a Foreign<br>☑ Chapter 11          Main Proceeding<br>☐ Chapter 12     ☐ Chapter 15 Petition for<br>☐ Chapter 13          Recognition of a Foreign<br>                              Nonmain Proceeding |
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑  Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐  Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Filmed Entertainment, Inc. | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)    (Date)

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (12/11)    Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Filmed Entertainment, Inc. |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Debtor<br><br>X _____<br>   Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>   (Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X   /s/ Scott A. Griffin<br>Signature of Attorney for Debtor(s)<br>Scott A. Griffin<br>Printed Name of Attorney for Debtor(s)<br>Griffin Hamersky P.C.<br>Firm Name<br><br>485 Madison Avenue, 7th Floor<br>New York, NY 10022<br>Address<br>(212) 710-0338<br>Telephone Number<br>08/10/2015<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X   /s/ Glenn Langberg<br>Signature of Authorized Individual<br>Glenn Langberg<br>Printed Name of Authorized Individual<br>Independent Director<br>Title of Authorized Individual<br>08/10/2015<br>Date | _____<br>Address<br><br>X _____<br>   Signature<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

**GRIFFIN HAMERSKY P.C.**
485 Madison Avenue, 7th Floor
New York, New York 10022
Telephone: (212) 710-0338
Facsimile:  (212) 710-0339
Scott A. Griffin
Michael D. Hamersky

Proposed Counsel for the Debtor
and Debtor in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                              :
In re:                                                        :    Chapter 11
                                                              :
FILMED ENTERTAINMENT INC.,                                    :
                                                              :    Case No. 15-_____( )
                              Debtor.[1]                      :
                                                              :
---------------------------------------------------------------X

**CORPORATE OWNERSHIP STATEMENT PURSUANT TO
FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(a)(1)
AND LOCAL RULE OF BANKRUPTCY PROCEDURE 1007-3**

      Pursuant to Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure, and Rule 1007-3 of the Local Bankruptcy Rules for the Southern District of New York, and to enable the Judges to evaluate possible disqualifications or recusals, on behalf of Filmed Entertainment Inc. (the "Debtor"), the undersigned authorized officer represents as follows:

    **A.**    **Ownership of the Debtor's Equity Interests.**

        1.  DVD Direct Acquisition LLC owns 100% of the equity interests in the Debtor.

    **B.**    **The Debtor's Ownership of Equity Securities, Partnership Interests and Joint Venture Interest.**

        1.  The Debtor does not directly or indirectly own 10% or more of any class of equity interests in any corporation whose securities are publicly traded. The Debtor does not own an interest in any general or limited partnerships or joint ventures.

---

[1]    The last four digits of the Debtor's federal tax identification number are 3867.

## **DECLARATION UNDER PENALTY OF PERJURY**

      I, the undersigned officer of the Debtor in this case, declare under penalty of perjury that I have reviewed the "Corporate Ownership Statement" and that it is true and correct to the best of my knowledge, information and belief, with reliance on appropriate corporate officers.

Dated: August 10, 2015

                                          /s/ John Lippman
                                 By:    John Lippman
                                 Title:  Chief Executive Officer

**GRIFFIN HAMERSKY P.C.**
485 Madison Avenue, 7th Floor
New York, New York 10022
Telephone: (212) 710-0338
Facsimile:  (212) 710-0339
Scott A. Griffin
Michael D. Hamersky

Proposed Counsel for the Debtor
and Debtor in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                              :
In re:                                                        :    Chapter 11
                                                              :
FILMED ENTERTAINMENT INC.,                                    :
                                                              :    Case No. 15-_____(   )
                        Debtor.[1]                            :
                                                              :
---------------------------------------------------------------X

# LIST OF 20 LARGEST UNSECURED CREDITORS[2]

      The attached is a list of creditors holding the twenty (20) largest unsecured claims against the above-captioned debtor (the "Debtor"). This list has been prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in the Debtor's Chapter 11 case. This list does not include (a) persons who fall within the definition of "insider" set forth in 11 U.S.C. § 101(31) or (ii) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. The information contained herein shall not constitute an admission of liability by, nor is it binding on, the Debtor. Moreover, nothing herein shall affect any rights of the Debtor to challenge the amount or characterization of any claim at a later date.

---

[1] The last four digits of the debtor's federal tax identification number are 3867.

[2] Seven former executives of the Columbia House Company are participants under one or more of the: (i) Columbia House Company's Supplemental Executive Retirement Plan, effective January 8, 1991 (as amended from time to time);  (ii) Columbia House Company's Excess Benefit and Supplemental Executive Plan, effective January 8, 1991 (as amended from time to time); and (iii) Columbia House Company's Non-Qualified Supplemental Retirement Plan, effective January 8, 1991 (as amended from time to time), (collectively, the "Supplemental Executive Plans"). These Supplemental Executive Plans were assigned to the Debtor as part of its acquisition of Columbia House Company in 2005. Based on the Debtor's books and records, it is current with respect to its payment obligations to participants under the Supplemental Executive Plans. It is anticipated that future unliquidated amounts will not be paid since the Supplemental Executive Plans will likely, by virtue of necessity, be terminated during this Chapter 11 Case.

| Rank | Creditor Name | Creditor Address | Nature of debt | Whether the claim is contingent, unliquidated, disputed, partially secured or subject to setoff | Unsecured Amount |
|---|---|---|---|---|---|
| 1 | Pension Benefit Guaranty Corporation | 1200 K Street, N.W. Washington, DC 20005-4026 Attn: Michael Strollo, Financial Analyst Corporate Finance & Restructuring Department Ph: 202-326-4000 x4907 Email: strollo.michael@pbgc.gov | Qualified Pension Contribution | Unliquidated | 1,829,462 |
| 2 | Bookspan LLC | 2 Park Ave New York, NY 10016 Attn: Blake Orlandi Chief Operating Officer Ph: (212) 596-2248 Email: Blake.orlandi@bookspan.com | Trade | | 1,150,000 |
| 3 | Universal Studios Home Entertainment LLC | 10 Universal City Plaza, 4th Floor Universal City, CA 91608 Attn: Jed Lackman Sr. VP, Business Affairs Ph: 818-777-4380 Email: jed.lackman@nbcuni.com | Trade | | 1,016,279 |
| 4 | Verizon Business Network Services, Inc. on behalf of Cybertrust, Inc. | 22001 Loudon County Parkway Ashburn, VA 20147 Email: notice@verizonbusiness.com | Trade | Disputed | 800,000 |
| 5 | Cognizant Technology Solutions U.S. Corp. | 500 Frank W. Burr Blvd., Suite 50 Teaneck, NJ 07666 C/O John C. Scalzo, Esq. Reed Smith LLP 599 Lexington Avenue New York, NY 10022 Ph: (212) 521-5400 Email: jscalzo@reedsmith.com | Trade | Disputed | 492,000 |
| 6 | Warner Home Entertainment, Inc. | 4000 Warner Blvd. Burbank, CA 91522 Attn: Michael Rweyemamu SVP Global Digital Sales Ph: (818) 977-6836 Email: Michael.Rweyemamu@warnerbros.com | Trade | Disputed | 290,894 |

| | | | | | |
|---|---|---|---|---|---|
| 7 | Lions Gate Films, Inc. | 2700 Colorado Ave.<br>Santa Monica CA 90404<br>Attn: Ron Schwartz<br>EVP & General Manager<br>Email: rschwartz@lionsgate.com | Trade | | 167,598 |
| 8 | Paramount Home Entertainment Inc. | 5555 Melrose Avenue<br>Hollywood, CA 90038-3197<br>Attn: Margie Pacacha<br>EVP, Business Affairs & Legal<br>Email:<br>Margie_Pacacha@Paramount.com | Trade | | 146,019 |
| 9 | Najafi Companies | 2525 E Camelback Rd, Suite 850<br>Phoenix, AZ 85016<br>Attn: Tina Rhodes-Hall<br>Chief Financial Officer<br>Ph: (602) 476-0604<br>Email: tina@najafi.com | Legal Settlement | | 137,500 |
| 10 | The Bank of New York Mellon | BNY Mellon General Services & Corporate Real Estate<br>P.O. Box 223457<br>Pittsburgh, PA 15251-2457<br>C/O CBRE Lease Administration<br>5100 Poplar Avenue, Suite 1000<br>Memphis, TN 38137<br>Attn: Nick Jamison<br>Analyst, Portfolio Services<br>Ph: (901) 620-3217<br>Fax: (901) 620-3211<br>Email: nick.jamison@cbre.com | Rent | | 127,731 |
| 11 | Avalara, Inc. | 100 Ravine Lane NE<br>Suite 220<br>Bainbridge Island, WA 98110<br>Ph: (877) 780-4848<br>Email:<br>AccountsReceivable@avalara.com | Trade | Disputed | 115,600 |
| 12 | Anchor Bay Entertainment, LLC | 9242 Beverly Blvd., Suite 20<br>Beverly Hills, CA 90201<br>Attn: Dan Beaton<br>VP of Sales<br>Ph: (802) 879-1674<br>Email: dan.beaton@starz.com | Trade | | 96,862 |
| 13 | Avaya Inc. | 14400 Hertz Quail Spring Parkway<br>Oklahoma City, OK 73134<br>Ph: (800) 328-7833 | Trade | Disputed | 79,000 |

| | | | | | |
|---|---|---|---|---|---|
| 14 | Sony Pictures Home Entertainment, Inc. | 10202 West Washington Boulevard<br>Culver City CA 90232<br>Attn: Karyn Filek<br>Executive Director, Special Market Sales<br>Ph: (310) 244-4000<br>Email: Karyn_Filek@spe.sony.com | Trade | | 64,778 |
| 15 | Equinix, Inc. | One Lagoon Drive, 4th Fl.<br>Redwood City, CA 94065<br>Ph: (650) 598-6000 | Trade | Disputed | 61,048 |
| 16 | Level 3 Communications, LLC | 1025 Eldorado Blvd.<br>Broomfield, CO 80021<br>C/O Keith Lewis, Esq.<br>Baker, Govern & Baker Inc.<br>7771 West Oakland Park Blvd.<br>Suite 240 Atrium West Bldg.<br>Ft. Lauderdale, FL 33351<br>Ph: (954) 749-6944<br>Email: klewis@bgnbusa.com | Trade | Disputed | 51,000 |
| 17 | RLJ Entertainment, Inc., successor-in-interest to Image Entertainment, Inc. | The Trillium – East Tower<br>6320 Canoga Avenue, 8th Floor<br>Woodland Hills, CA 91367<br>Attn: Jess De Leo<br>VP, Legal & Business Affairs<br>Ph: (818) 534-9305<br>Email: JDeleo@rljentertainment.com | Trade | | 42,265 |
| 18 | Summit Distribution, LLC | 1601 Cloverfield Boulevard, Suite 200 South Tower<br>Santa Monica, CA 90404<br>Attn: Ron Schwartz<br>EVP & General Manager<br>Email: rschwartz@lionsgate.com | Trade | | 41,158 |
| 19 | CBS Home Entertainment Inc. | 1700 Broadway, 33rd Fl.<br>New York, NY 10019<br>Attn: Kenneth L. Ross<br>EVP & General Manager<br>Email: klross@cbs.com | Trade | | 36,623 |
| 20 | Highwinds Network Group, Inc. | 807 Morse Blvd. Ste.101 Winter Park, FL 32789<br>Attn: Nick Kauten<br>West Coast Director of Strategic Partnerships<br>Ph: (407) 215-9176<br>Email: nick.kauten@highwinds.com | Trade | Disputed | 32,000 |

# DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned officer of the debtor in this case, declare under penalty of perjury that I have reviewed "List of 20 Largest Unsecured Creditors" and that it is true and correct to the best of my knowledge, information and belief, with reliance on appropriate corporate officers, and professional advisors.

Dated: August 10, 2015

                                       /s/ John Lippman
                             By:    John Lippman
                             Title:  Chief Executive Officer

**GRIFFIN HAMERSKY P.C.**
485 Madison Avenue, 7th Floor
New York, New York 10022
Telephone: (212) 710-0338
Facsimile:  (212) 710-0339
Scott A. Griffin
Michael D. Hamersky

Proposed Counsel for the Debtor
and Debtor in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
In re:                                                        :     Chapter 11
                                                              :
FILMED ENTERTAINMENT INC.,                                    :
                                                              :     Case No. 15-_____( )
                             Debtor.[1]                       :
                                                              :
-------------------------------------------------------------X

## LIST OF CREDITORS

The attached is a list of creditors of the above-captioned debtor (the "Debtor"). This list has been prepared in accordance with 521(a)(l) of title 11 of the United States Code. The information contained herein shall not constitute an admission of liability by, nor is it binding on, the Debtor. Moreover, nothing herein shall affect any rights of the Debtor to challenge the amount or characterization of any claim at a later date. Additionally, the list of creditors will contain only those creditors whose names and addresses were maintained in the Debtor's database or were otherwise ascertainable by the Debtor prior to the commencement of this case. The schedules of liabilities to be filed subsequently should be consulted for a list of the Debtor's creditors that is comprehensive and current as of the date of the commencement of this case.

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned officer of the debtor in this case, declare under penalty of perjury that I have reviewed "List of Creditors" and that it is true and correct to the best of my knowledge, information and belief, with reliance on appropriate corporate officers and professional advisors.

Dated: August 10, 2015

                                        /s/ John Lippman
                                By:     John Lippman
                                Title:  Chief Executive Officer

---

[1] The last four digits of the debtor's federal tax identification number are 3867.

In re Filmed Entertainment Inc.
Creditor Matrix Service List

| Name | Address1 | Address2 | Address3 | Address4 | City | State | PostalCode | Country |
|---|---|---|---|---|---|---|---|---|
| A&E Home Video | 250 Harbor Drive | | | | Stamford | CT | 06902-0000 | |
| ACORN MEDIA | 8515 Georgia Avenue; Suite 650 | | | | Silver Spring | MD | 20910 | |
| Acorn Media Publishing, Inc. | 8515 Georgia Ave. Ste. 650 | | | | Silver Springs | MD | 20910 | |
| American Litho, Inc. | Dept. 4106 | | | | Carol Stream | IL | 60122-4106 | |
| ANCHOR BAY | 2950 N. Hollywood Way | | | | Burbank | CA | 91505 | |
| ANCHOR BAY ENTERTAINMENT | 2401 W Big Beaver, Suite 200 | | | | Troy | MI | 48084 | |
| Anchor Bay Entertainment, LLC | Attn: Dan Beaton, VP of Sales | 9242 Beverly Blvd. | Suite 20 | | Beverly Hills | CA | 90201 | |
| Aon Consulting, Inc. | Aon Consulting, Inc. | PO Box 95135 | | | Chicago | IL | 60694-5138 | |
| Arraya | 523 Plymouth Road, Suite 212 | | | | Plymouth Meeting | PA | 19462 | |
| Arvato Systems | An Der Autobahn 20 33333 | | | | Guetersloh | | | Germany |
| Avalara | Dept. CH 16781 | | | | Palatine | IL | 60055-6781 | |
| Avalara, Inc. | 100 Ravine Lane NE | | Suite 220 | | Bainbridge Island | WA | 98110 | |
| Avaya | PO BOX 5125 | | | | Carol Stream | IL | 60197-5125 | |
| Avaya Inc. | 14400 Hertz Quail Spring Parkway | | | | Oklahoma City | OK | 73134 | |
| BAKER & TAYLOR ENTERTAINMENT | PO Box 277938 | | | | Atlanta | GA | 30384 | |
| Baker& Taylor | P.O. Box 277938 | | | | Atlanta | GA | 30384-7930 | |
| Ballard Spahr LLP | 1735 Market Street, 51 st Fl | | | | Philadelphia | PA | 19103-7599 | |
| Bertelsmann, Inc. | 1745 Broadway, 7th Floor | | | | New York | NY | 10019 | |
| BestWay Parcel Services, LLC | 3105 Gadsden St. | | | | Alpharetta | GA | 30022 | |
| Better Business Bureau | PO Box 325 | | | | Hershey | PA | 17033-0325 | |
| Bookspan LLC | Attn: Blake Orlandi, Chief Operating Officer | 2 Park Ave | | | New York | NY | 10016 | |
| BRANN & ISAACSON | P O BOX 3070 | | | | LEWISTON | ME | 04243-3070 | |
| Buchanan Ingersoll & Rooney PC | 301 Grant Street | | | | Pittsburgh | PA | 15219 | |
| Canon Financial Services Inc | 14904 Collections Center Drive | | | | Chicago | IL | 60693-0149 | |
| Canon Solutions America, Inc. | 12379 Collections Center Dr. | | | | Chicago | IL | 60693 | |
| CBS ENTERTAINMENT | 51 West 52nd Street 34th Fl | | | | New York | NY | 10036 | |
| CBS Entertainment Division | 51 W. 52nd Street | | | | New York | NY | 10019-6188 | |
| CBS Home Entertainment Inc. | Attn: Kenneth L. Ross, EVP & General Manager | 1700 Broadway | 33rd Floor | | New York | NY | 10019 | |
| CDS Global, Inc. | PO Box 360 | | | | Des Moines | IA | 50302 | |
| CH ROBINSON WORLDWIDE INC (ABH | PO BOX 9121 | | | | MINNEAPOLIS | MN | 55480-9121 | |
| Cognizant | 24721 Network Place | | | | Chicago | IL | 60673-1247 | |
| Cognizant Technology Solutions U.S. Corp. | 500 Frank W. Burr Blvd. | | Suite 50 | | Teaneck | NJ | 07666 | |
| Cognizant Technology Solutions U.S. Corp. | C/O John C. Scalzo, Esq. | Reed Smith LLP | 599 Lexington Avenue | | New York | NY | 10022 | |
| Conway Freight | Conway Freight | 2211 Old Earhart Road Suite 100 | | | Ann Arbor | MI | 48105-2751 | |
| CT Corp. | Attn: Chet Singh | P.O. Box 4349 | | | Carol Stream | IL | 60197-4349 | |
| Design Distributors, Inc. | 300 Marcus Blvd. | | | | Deer Park | NY | 11729 | |
| Direct Service Transport, Inc | 1100 North Concord Street South | | | | St. Paul | MN | 55075 | |
| DLA Piper LLP | 1201 N. Market Street | 21st Floor | | | Wilmington | DE | 19801-3046 | |
| DR.GEOFFREY WAWRO | 4672 SOUTHERN AVENUE | | | | DALLAS | TX | 75209 | |
| Empire HealthChoice Assurance, Inc | 120 Monument Circle | | | | Indianapolis | IN | 46204 | |
| Envelopes & Forms, Inc. | 2505 Meadowvrook Pkwy | | | | Duluth | GA | 30096 | |
| Equinix | 4252 Solutions Center | | | | Chicago | IL | 60677-4002 | |
| Equinix, Inc. | Attn: Constance Oberle Geoghan, Esq. | One Lagoon Drive, 4th Fl. | | | Redwood City | CA | 94065 | |
| EverBank Commercial Finance, I | PO Box 911608 | | | | Denver | CO | 80291-1608 | |
| Fred Whitkanack | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| FUNIMATION | 1200 Lakeside Parkway, Building 1 | | | | Flower Mount | TX | 75028 | |
| Funimation Productions Ltd | PO Box 674268 | | | | Dallas | TX | 75267-4268 | |
| Funimation Productions, Ltd | 1200 Lakeside Pkwy Bldg. 1 | | | | Flower Mound | TX | 75025 | |
| Gaiam Americas, Inc. | Department 1384 | | | | Denver | CO | 80291-1384 | |
| GERHARD WEINBERG | 1416 MOUNT WILLING RD | | | | EFLAND | NC | 27243-9646 | |
| Global Crossings Telecommunica | PO Box 790407 | | | | St. Louis | MO | 63179-0407 | |
| GREEN APPLE | GREEN APPLE | 123 NW 13th Street, Suite 206 | | | Boca Raton | FL | 33432 | |
| Green Apple Entertainment, Inc | 129 NW 13th Street, Suite 17 | | | | Boca Raton | FL | 33432 | |
| GRL Capital Advisors, LLC | P.O. Box 33 | | | | South River | NJ | 08882-0000 | |
| Harlan Postmaster / Harlan Pos | 1209 7th Street | | | | Harlan | IA | 51537 | |
| Hauppauge Business Systems, LL | Hauppauge Business Systems | LL 7 Marwood Drive | | | Hauppauge | NY | 11788 | |
| HCL America, Inc. | HCL America, Inc. PO Box 5123 | | | | Carol Stream | IL | 60197-5123 | |
| HEARST/ABC/NBC - A & E | 959 EIGHTH AVENUE | | | | NEW YORK | NY | 10019 | |
| Highwinds | Highwinds 807 . Morse Blvd. Ste.101 | | | | Winter Park | FL | 32789 | |
| Highwinds Network Group | 807 . Morse Blvd.  Ste.101 | | | | Winter Park | FL | 32789 | |
| Highwinds Network Group, Inc. | Attn: Nick Kauten, West Coast Director of Strategic Partnerships | 807 Morse Blvd. | Ste.101 | | Winter Park | FL | 32789 | |
| IMAGE ENTERTAINMENT | 243 Keller Cir | | | | Folsom | CA | 95630 | |
| Image Entertainment Inc | 6320 Canoga Avenue 8th Floor | | | | Woodland Hills | CA | 91367 | |
| Innerworkings Inc. | Att: Accounts Receivable | P.O. Box 842426 | | | Boston | MA | 02284-2426 | |
| INTELLIPRINT SOLUTIONS, INC. | 3930 CHAMBERS HILL ROAD | | | | HARRISBURG | PA | 17111 | |
| Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St. | | | Philadelphia | PA | 19104-5016 | |
| Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | |

In re Filmed Entertainment Inc.
Creditor Matrix Service List

| Name | Address1 | Address2 | Address3 | Address4 | City | State | PostalCode | Country |
|---|---|---|---|---|---|---|---|---|
| Internet Video Archive | 207 White Horse Pike | | | | Haddon Heights | NJ | 08035-0000 | |
| Jadcore Incorporated | 300 N. Fruitridge Ave, Suite A | | | | Terre Haute | IN | 47803 | |
| JOHN MAJOR | Redacted | | | | Redacted | Redacted | Redacted | |
| King World Corp | 1700 Broadway - 33rd Floor | | | | New York | NY | 10019 | |
| Leaf Commercial Capital Inc. | Leaf Capital Funding LLC | PO Box 644006 | | | Cincinnati | OH | 45264-4006 | |
| Leslie Digital Imaging, LLC | dba LDI / Color Toolbox | 50 Jericho Quadrangle Ste. 115 | | | Jericho | NY | 11753 | |
| Level 3 | PO Box 790407 | | | | St. Louis | MO | 63179-0407 | |
| Level 3 Communications, LLC | 1025 Eldorado Blvd. | | | | Broomfield | CO | 80021 | |
| Level 3 Communications, LLC | C/O Keith Lewis, Esq., Baker, Govern & Baker Inc. | 7771 West Oakland Park Blvd., Suite 240 | Atrium West Bldg. | | Ft. Lauderdale | FL | 33351 | |
| LIGHT YEAR ENT | LIGHT YEAR ENT | 13739 N. Chandler Blvd | | | Sherman Oaks | CA | 91401 | |
| Lightyear Entertainment | 4011 Alcove Avenue | | | | Studio City | CA | 91604 | |
| LIONS GATE FILMS | 2700 Colorado Ave. | | | | Santa Monica | CA | 90404 | |
| Lions Gate Films, Inc. | Attn: Ron Schwartz, EVP & General Manager | 2700 Colorado Ave. | | | Santa Monica | CA | 90404 | |
| Lionsgate Home Entertainment | 2700 Colorado Ave. | | | | Santa Monica | CA | 90404-3521 | |
| LUCAS A. POWE, JR. | UNIV. OF TEXAS LAW SCHOOL LUCAS A. POWE, JR. | 727 26TH ST. | | | AUSTIN | TX | 78705 | |
| MackayMitchell Envelope Co. | P O Box 86, SDS 12-0324 | | | | Minneapolis | MN | 55414 | |
| Maverick Entertainment Group, | 1191 E. Newport Center Dr, Ste 210 | | | | Deerfield Beach | FL | 33442 | |
| Maverick Entertainment Inc | 1191 E Newport Center Dr | Suite 210 | | | Deerfield Beach | FL | 33442 | |
| MAVERICK SOFTWARE | 1191 East Newport Center Drive | | | | Deerfield Beach | FL | 33442 | |
| Max Pinkerton | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| McCarter & English, LLP | 4 Gateway Center | 100 Mulberry St. | | | Newark | NJ | 07102-0652 | |
| MCNEES, WALLACE & NURICK, LLC | C/O KAREN SWARINGEN | PO BOX 1166 | | | HARRISBURG | PA | 17108-1166 | |
| Mercantile Adjustment Bureau | 165 Lawrence Bell Drive, Suite 100 | | | | Williamsville | NY | 14221 | |
| Metavante | Attn: Bill Payment Center | PO Box 4544 | | | Carol Stream | IL | 60197 | |
| Microsoft | P.O Box 842103 | | | | Dallas | TX | 75284-2103 | |
| MILLENNIUM | 52 BOLWARRA ROAD | | | | ELANORA HEIGHTS | | NSW 02101 | Austrailia |
| Millennium Media Services | 5900 Wilshire Blvd 18th Floor | | | | Los Angeles | CA | 90036 | |
| Millennium Media Services | ALCHEMY | 5900 Wilshire Blvd 18th Floor | | | Los Angeles | CA | 90036 | |
| MPI HOME VIDEO INC. | 16101 South 108th Ave | | | | Orland Park | IL | 60462 | |
| MPI Media Group | 16101 South 108th Avenue | | | | Orland Park | IL | 60467 | |
| Najafi Companies | Attn: Tina Rhodes-Hall, Chief Financial Officer | 2525 E Camelback Rd, | Suite 850 | | Phoenix | AZ | 85016 | |
| NBCUniversal, LLC | dba Universal Studios Home Ent | 12563 Collections Center Dr. | | | Chicago | IL | 60693 | |
| Neustar | P.O. Box 277833 | | | | Atlanta | GA | 30384 | |
| NEW VIDEO GROUP | 902 Broadway, 9th Floor | | | | New York | NY | 10010 | |
| New York Attorney General | Attn: Bankruptcy Dept | Department of Law | The Capitol 2nd Floor | | Albany | NY | 12224-0341 | |
| NIGHTOWL DISCOVERY, INC. | 724 NORTH FIRST STREET | | | | Minneapolis | MN | 55401 | |
| Norman McQueen | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| NYC DEPARTMENT OF FINANCE | PO BOX 3644 | | | | New York | NY | 10008 | |
| OLD DOMINION FREIGHT LINE INC | OLD DOMINION FREIGHT LINE INC | P.O Box 742296 | | | Los Angeles | CA | 90074-2296 | |
| Olive Films | 1528 West Adams Street, #1 | | | | Chicago | IL | 60607 | |
| Oracle America, Inc. | P.O. Box 203448 | | | | Dallas | TX | 75320-3448 | |
| OUR ALCHEMY, LLC | 5900 WILSHIRE BLVD | 18TH FLOOR | | | Los Angeles | CA | 90036 | |
| Paramount Home Entertainment Inc. | Attn: Margie Pacacha, EVP, Business Affairs & Legal | 5555 Melrose Avenue | | | Hollywood | CA | 90038-3197 | |
| PARAMOUNT HOME VIDEO | PO Box 70650 | | | | Chicago | IL | 60673-0650 | |
| Paramount Pictures Corporation | 555 Melrose Ave. | | | | Hollywood | CA | 90038 | |
| Paymentech, INC | 4 Northeastern Blvd | | | | Salem | NH | 03079-0000 | |
| PCI Group, Inc. | P.O Box 566 | | | | Pineville | NC | 28134-0566 | |
| Pennsylvania Department of Rev | Board of Appeals | PO Box 281021 | | | Harrisburg | PA | 17128-1021 | |
| Pension Benefit Guaranty Corporation | Attn: Michael Strollo | Corporate Finance & Restructuring Department | 1200 K Street, N.W. | | Washington | DC | 20005-4026 | |
| PITNEY BOWES CREDIT CORPORATIO | 2225 AMERICAN DRIVE | | | | NEENAH | WI | 54956-1005 | |
| PITT OHIO EXPRESS, LLC | PO BOX 643271 | | | | PITTSBURGH | PA | 15264-3271 | |
| Pricewaterhousecoopers LLP | Pricewaterhousecoopers LLP | 4040 W Boy Scout Boulevard | | | Tampa | FL | 33607 | |
| Pro Thomas Martin | 10 Lakeview Circle | | | | Sutton | MA | 01590-0000 | |
| PROF. DENNIS SHOWALTER | COLORADO COLLEGE, DEPT OF HISTORY | | | | COLORADO SPRINGS | CO | 80903 | |
| PROF. GENE R. GARTHWAITE | DARTMOUTH COLLEGE, DEPT OF HISTORY | | | | HANOVER | NH | 03755-0000 | |
| PROF. JEREMY RUTTER | 307 REED HALL | | | | HANOVER | NH | 03755-0000 | |
| PROF. MARTIN MILLER | DUKE UNIVERSITY | 226 CARR BUILDING, DEPT OF HISTORY | | | DURHAM | NC | 27708-0719 | |
| PROF. PETER WINN | 315 WEST 106TH ST,APT 10C | | | | NEW YORK | NY | 10025 | |
| PROF. SANFORD LEVINSON | UNIV. OF TEXAS LAW SCHOOL | 727 26TH ST. | | | AUSTIN | TX | 78705 | |
| R.H CRAWFORD INC | 341 MOULSTOWN ROAD | | | | HANOVER | PA | 17331 | |
| Ralph Colin, Jr. | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| Relationship Science LLC | P.O Box 347989 | | | | Pittsburgh | PA | 15251-4989 | |
| Richard Wolter | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| RLJ Entertainment, Inc., successor-in-interest to Image Entertainment, Inc. | Attn: Jess De Leo, VP, Legal & Business Affairs | The Trillium – East Tower, 6320 Canoga Avenue | 8th Floor | | Woodland Hills | CA | 91367 | |
| ROBERT A DOUGHTY, BRIG GEN RET | 1804 WILLIAMS AVE | | | | NATCHITOCHES | LA | 71457 | |
| RR Donnelley | PNC Bank | P.O. Box 932721 | | | Cleveland | OH | 44193-2721 | |

In re Filmed Entertainment Inc.
Creditor Matrix Service List

| Name | Address1 | Address2 | Address3 | Address4 | City | State | PostalCode | Country |
|---|---|---|---|---|---|---|---|---|
| Screen Media Ventures, LLC | 757 Third Ave.  3rd Floor | | | | New York | NY | 10017 | |
| Senior Midwest Direct, Inc. | dba Jetson mailer Drawer # 1964 | P.O. Box 5935 | | | Troy | MI | 48007-5935 | |
| Sharon Kuroi | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| Skadden, Arps, Slate, Meagher& | P.O. Box 1764 | | | | White Plains | NY | 10602 | |
| SONY PICTURES | 10202 West Washington Boulevard | | | | Culver City | CA | 90232 | |
| Sony Pictures Home Entertainme | c/o Mellon Bank Sony Pictures Home Entertainme | Po Box 120001 | Department 0648 | | Dallas | TX | 75312-0648 | |
| Sony Pictures Home Entertainment, Inc. | Attn: Karyn Filek, Executive Director, Special Market Sales | 10202 West Washington Boulevard | | | Culver City | CA | 90232 | |
| Source HOV | PO Box 142589 | Drawer 9092 | | | Irving | TX | 75014 | |
| Spantech Software, Inc. | PO Box 222 | | | | Kendall Park | NJ | 08824-0000 | |
| State of New Jersey | Division of Taxation | PO Box 193 | | | Trenton | NJ | 08646-0193 | |
| State of New Jersey | Division of Taxation | PO Box 666 | | | Trenton | NJ | 08646-0666 | |
| Steven M. Hayes P.C. | 112 Madison Avenue | | | | New York | NY | 10016 | |
| Summit Distribution, LLC | Attn:  Ron Schwartz, EVP & General Manager | 1601 Cloverfield Boulevard | Suite 200 South Tower | | Santa Monica | CA | 90404 | |
| SUMMIT ENTERTAINMENT | 1601 Cloverfield Boulevard, Suite 2 | | | | Santa Monica | CA | 90404 | |
| TENNESSEE DEPARTMENT OF REVENUE | PO BOX 190665 | | | | NASHVILLE | TN | 37219 | |
| The Bank of New York Mellon | Attn: Nick Jamison, Analyst, Portfolio Services | C/O CBRE Lease Administration | 5100 Poplar Avenue, Suite 1000 | | Memphis | TN | 38137 | |
| The Bank of New York Mellon | BNY Mellon General Services & Corporate Real Estate | P.O. Box 223457 | | | Pittsburgh | PA | 15251-2457 | |
| The Bank of New York Mellon | c/ BNY Mellon General Services | PO Box 223457 | | | Pittsburgh | PA | 15251-2457 | |
| The Receivable Management Serv | P.O Box 951762 | | | | Cleveland | OH | 44193 | |
| The United Telephone Co. of PA | dba Centurylink | PO Box 1319 | | | Charlotte | NC | 28201-1319 | |
| Togut, Segal & Segal LLP | One Pen Plaza Suite 3335 | | | | New York | NY | 10119 | |
| Totally Awesome Warehouse | Totally Awesome Warehouse 501 Ridge Ave | | | | Hanover | PA | 17331 | |
| Twentieth Century Fox | MGM | PO Box 402665 | | | Atlanta | GA | 30384-2665 | |
| Twentieth Century Fox Home Ent | Anchor Bay | P.O. Box 402665 | | | Atlanta | GA | 30384-2665 | |
| Twentieth Century Fox Home Ent | Artisan | P O BOX 402665 | | | Atlanta | GA | 30384-2665 | |
| Twin Cities Logistics I, Inc. | 785 20th St. , PO Box 269 | | | | Newport | MN | 55055-0269 | |
| United Envelope LLC | 65 Railroad Avenue | | | | Ridgefield | NJ | 07657-0000 | |
| United States Trustee SDNY | Attn: Andrea Schwartz | US Federal Office Building | 201 Varick St. Ste. 1006 | | New York | NY | 10014 | |
| Universal - Special | Bank of America | 12563 Collections Center Drive | | | Chicago | IL | 60693 | |
| UNIVERSAL (MCA) | 100 Universal City Plaza | | | | Universal City | CA | 91608 | |
| Universal Studios Home Ent. | Paramount | 10 Universal City Plaza | | | Universal City | CA | 91608 | |
| Universal Studios Home Entertainment LLC | 100 Universal City Plaza | | | | Los Angeles | CA | 91608-1002 | |
| Universal Studios Home Entertainment LLC | Attn: Jed Lackman, Sr. VP, Business Affairs | 100 Universal City Plaza | 4th Floor | | Universal City | CA | 91608 | |
| US Attorney for Southern District of New York | Attn: Bankruptcy Division | 86 Chambers St. 3rd Floor | | | New York | NY | 10007 | |
| USPS | P.O. Box 21666 | | | | Eagan | MN | 55121 | |
| USPS DISBURSING OFFICER | PO BOX 21666 | | | | EAGAN | MN | 55121-0666 | |
| Valerie Christian | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| Valid USA, Inc. | DBA: Automated Presort USA | 1400 Centre Circle Drive | | | Downers Grove | IL | 60515 | |
| Verification Services Inc. | 808 S. Dixie Highway | | | | Hollywood | FL | 33020 | |
| Verizon | P.O. Box 28000 | | | | Lehigh Valley | PA | 18002-8000 | |
| Verizon Business | Verizon Business | PO Box 660794 | | | Dallas | TX | 75266-0794 | |
| Verizon Business Network Services, Inc. on behalf of Cybertrust, Inc. | Attn: General Counsel | 22001 Loudon County Parkway | | | Ashburn | VA | 20147 | |
| VIRGIL FILMS (formerly kn | 407 Broome Street | Suite 6A | | | New York | NY | 10013 | |
| Virgil Films and Entertainment | 403 Broome St., 6 Fl | | | | New York | NY | 10013 | |
| Virgil Films and Entertainment | Formerly Arts Alliance | 403 Broome Street, Suite 6A | | | New York | NY | 10013 | |
| Waller Lansden Dortch & Davis, LLP | 511 Union Street, Suite 2700 | | | | Nashville | TN | 37219 | |
| Warner Home Entertainment, Inc. | Attn: Michael Rweyemamu, SVP Global Digital Sales | 4000 Warner Blvd. | | | Burbank | CA | 91522 | |
| WARNER HOME VIDEO | 4000 West Alameda Rm. 4041 | | | | Burbank | CA | 91502 | |
| Warner Home Video Inc. | Warner Home Video Inc. | Dept. CH 10255 | | | Palatine | IL | 60055-0255 | |
| WILLIAM C. DAVIS | PO Box 986 | | | | Blacksburg | VA | 24063 | |
| William Ostroff | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| Wooden & Mclaughlin LLP | Wooden & Mclaughlin LLP | One Indiana Square, Suite 1800 | | | Indianapolis | IN | 46204-4208 | |
| XO Communications Services, Inc. | 14239 Collections Center Drive | | | | Chicago | IL | 60693 | |
| YVONNE IKE, ATTORNEY AT LAW | 751 FRANKLIN AVE | APT 146 | | | Brooklyn | NY | 11238 | |

**GRIFFIN HAMERSKY P.C.**
485 Madison Avenue, 7th Floor
New York, New York 10022
Telephone: (212) 710-0338
Facsimile: (212) 710-0339
Scott A. Griffin
Michael D. Hamersky

Proposed Counsel for the Debtor
and Debtor in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
In re:                                                           :    Chapter 11
                                                                 :
FILMED ENTERTAINMENT INC.,                                       :
                                                                 :    Case No. 15-_____( )
                                  Debtor.[1]                     :
                                                                 :
-----------------------------------------------------------------X

## LIST OF EQUITY SECURITY HOLDERS PURSUANT TO RULE 1007(a)(3) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

| Name and Last Known Address of Equity Interest Holder | Kind of Interest | Number of Interests Held |
|---|---|---|
| DVD Direct Acquisition LLC<br>2 Park Avenue, 10th Floor<br>New York, New York 10016 | Equity Interest (Capital Stock) | 100% |

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned officer of the debtor in this case, declare under penalty of perjury that I have reviewed the "List of Equity Security Holders Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure" and that it is true and correct to the best of my knowledge, information and belief, with reliance on appropriate corporate officers.

Dated: August 10, 2015

                                    /s/ John Lippman
                            By:    John Lippman
                            Title: Chief Executive Officer

---

[1]    The last four digits of the debtor's federal tax identification number are 3867.

**ACTION BY UNANIMOUS CONSENT OF
THE BOARD OF DIRECTORS OF
FILMED ENTERTAINMENT INC.
DATED AS OF AUGUST 10, 2015**

The undersigned, Glenn Langberg ("Langberg") and John Lippman, being all of the members of the Board of Directors (the "Board") of Filmed Entertainment Inc., a Delaware corporation (the "Corporation"), acting pursuant to and in accordance with the laws of the state of Delaware, the Certificate of Incorporation and Bylaws of the Corporation, hereby consent to, adopt and approve the following resolutions:

WHEREAS, the Board has reviewed the materials presented by the management and the legal and financial advisors of the Corporation regarding the liabilities and liquidity situation of the Corporation, and the impact of the foregoing on the Corporation's business, and the strategic alternatives available to the Corporation; and

WHEREAS, the Board has had the opportunity to consult with the management and the legal and financial advisors of the Corporation and fully consider each of the strategic alternatives available to the Corporation.

I.      Voluntary Petition Under the Provisions of Chapter 11 of Title 11 of the United States Code

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of the Corporation, its creditors and other parties in interest, that the Corporation file or cause to be filed a voluntary petition for relief (the "Chapter 11 Case") under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and be it

FURTHER RESOLVED, Langberg, an independent member of the Board acting alone or with one or more of the executive officers of the Corporation (collectively, the "Authorized Officers", and together with Langberg, the "Authorized Parties"), are, authorized, empowered, and directed to execute and file, on behalf of the Corporation, all petitions, schedules, lists and other motions, papers or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Corporation's business;  and be it

FURTHER RESOLVED, that the Authorized Parties be, and they hereby are, authorized and directed to employ the law firm of Griffin Hamersky P.C. as general bankruptcy counsel to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all, actions to advance the Corporation's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Parties are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 Case and cause to be filed an appropriate application for authority to retain the services of Griffin Hamersky P.C.;  and be it

1

FURTHER RESOLVED, that the Authorized Parties be, and they hereby are, authorized and directed to employ any other professionals to assist the Corporation in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Parties are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the Chapter 11 Case and cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary.

II.     Further Actions and Prior Actions

FURTHER RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Parties, each of the Authorized Parties or their designees shall be, and each of them, acting alone, hereby is, authorized, empowered, and directed, in the name of, and on behalf of, the Corporation, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, including filing fees, in each case as in such officer or officers' judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and be it

FURTHER RESOLVED, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Corporation, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Corporation with the same force and effect as if each such act, transaction, agreement or certificate had been specifically authorized in advance by resolution of the Board of the Corporation and that the Authorized Party did execute the same.

**IN WITNESS WHEREOF**, the undersigned constituting the entire Board of Directors of the Corporation have executed this Written Consent effective as of the date first set forth above.

  /s/ Glenn Langberg          
Glenn Langberg, Director


  /s/ John Lippman            
John Lippman, Chief Executive Officer