**Exhibit A**
**Schedule of Taxes**

| TAXING AUTHORITY | ADDRESS | TYPE OF TAX | OUTSTANDING TAXES |
|---|---|---|---|
| Illinois Department of Revenue | Retailers' Occupation Tax<br>Springfield, IL 62796-0001 | Sales Tax | $1,199.93 |
| Illinois Department of Revenue | Retailers' Occupation Tax<br>Springfield, IL 62796-0001 | Storage Tax | $60.00 |
| Illinois Department of Revenue | P.O. Box 19004<br>Springfield, IL 62794-9004 | Corporate Income Tax | $2,000.00 |
| New Jersey Division of Taxation | P.O. Box 999<br>Trenton, NJ 08646-0999 | Sales Tax | $893.13 |
| New York State Sales Tax | Prompt Tax-Sales Tax<br>P.O. Box 15172<br>Albany, NY 12212-5172 | Sales Tax | $1,003.84 |
| Pennsylvania Bureau of Corporation Taxes | P.O. Box 280427<br>Harrisburg, PA 17128-0427 | Corporate Income Tax | $4,000.00 |
| Pennsylvania Department of Revenue | Bureau of Business Trust Fund Taxes, EFT Unit<br>9th Floor, Strawberry Square<br>Fourth and Walnut Streets<br>Harrisburg, PA 17128-0908 | Sales Tax | $1,679.15 |
| State of Delaware | Division of Corporations<br>P.O. Box 898<br>Dover, DE 19903 | Delaware Franchise Tax | $225.00 |
| State of New Jersey Division of Taxation | Revenue Processing Center,<br>P.O. Box 666<br>Trenton, New Jersey 08646-0666 | Corporate Income Tax | $3,000.00 |