**GRIFFIN HAMERSKY P.C.**
485 Madison Avenue, 7th Floor
New York, New York 10022
Telephone: (212) 710-0338
Facsimile:  (212) 710-0339
Scott A. Griffin
Michael D. Hamersky

Proposed Counsel for the Debtor
and Debtor in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re:                                                            :    Chapter 11
                                                                  :
FILMED ENTERTAINMENT INC.,                                        :
                                                                  :    Case No. 15-12244 (SCC)
                              Debtor.[1]                          :
                                                                  :
------------------------------------------------------------------x

## NOTICE OF COMMENCEMENT OF CHAPTER 11 CASE
## AND HEARING TO CONSIDER "FIRST DAY" MOTIONS

      **PLEASE TAKE NOTICE** that, on August 10, 2015, Filmed Entertainment Inc. (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York;

      **PLEASE TAKE FURTHER NOTICE THAT A HEARING HAS BEEN SCHEDULED FOR TUESDAY, AUGUST 11, 2015 AT 2:00 P.M. (NEW YORK TIME) BEFORE THE HONORABLE SHELLEY C. CHAPMAN, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, COURTROOM 623, ONE BOWLING GREEN, NEW YORK, NEW YORK 10004** (the "Hearing"), which may be adjourned from time to time without further notice other than an announcement at the Hearing, to consider the following applications and motions (collectively, the "Motions"):

    1.    Debtor's Motion for an Order Pursuant to Sections 342(a) and 521(a)(1) of the Bankruptcy Code, Bankruptcy Rule 1007, and Local Bankruptcy Rules 1007-1 and 5075-1 Authorizing the Debtor to: (I) Prepare a List of Creditors In Lieu of a Mailing Matrix; and (II) Mail Notices to Creditors [Dkt. No. 3];

---

[1]    The last four digits of the Debtor's federal tax identification number are 3867.

2. Debtor's Motion for an Order Pursuant to Section 521 of the Bankruptcy Code, and Bankruptcy Rules 1007(c) and 9006(b) Granting an Extension of Time to File Its Statement of Financial Affairs and Schedules of Assets and Liabilities[Dkt. No. 4] ;

3. Debtor's Motion for Interim and Final Orders Pursuant to Bankruptcy Code Sections 105(a), 345, 363, 503(b)(1) and 507(a)(2) Authorizing (I) Continued Maintenance of Existing Bank Accounts; (II) Continued Use of Existing Business Forms; (III) Continued Use of Existing Cash Management System; (IV) Continued Intercompany Transactions; and (V) Waiver Of Certain Guidelines Relating To Bank Accounts [Dkt. No. 6];

4. Debtor's Motion for Interim and Final Orders Pursuant to Bankruptcy Code Sections 105(a), 506(a), 507(a)(8), 541, 1107(a), 1108 and 1129 Authorizing, But Not Directing, the Debtor to Pay Certain Prepetition Taxes and Related Obligations[Dkt. No. 7];

5. Debtor's Motion for an Order Pursuant to Sections 105(a), 362, 365 and 525 of the Bankruptcy Code Enforcing and Restating Automatic Stay and *Ipso Facto* Provisions [Dkt. No. 8];

6. Debtor's Motion for Interim and Final Orders Pursuant to Sections 363(c)(1) and 503(b)(1)(A) of the Bankruptcy Code (I) Granting Administrative Expense Priority Status to Undisputed Obligations Arising From the Postpetition Delivery of Goods and Services Ordered Prepetition; and (II) Authorizing the Debtor to Pay Such Obligations in the Ordinary Course of Business [Dkt. No. 9];

7. Debtor's Motion for Interim and Final Orders Pursuant to Sections 105(a), 506, 507(a)(7), 553, 1107 and 1108 of the Bankruptcy Code Authorizing the Debtor to (I) Maintain Certain Customer Programs; and (II) Honor or Pay Related Prepetition Obligations to Its Customers [Dkt. No. 10];

8. Debtor's Motion for Entry of an Interim and Final Order Pursuant to Sections 105, 361, 362, 363, 507 and 552 of the Bankruptcy Code, Bankruptcy Rules 2002, 4001, 6003, 6004 and 9014, and Local Rule 4001-2 (I) Authorizing the Debtor to Use Cash Collateral; (II) Granting Adequate Protection; and (III) Scheduling a Final Hearing [Dkt. No. 11]; and

9. Debtor's Motion for an Order Appointing Prime Clerk LLC as Claims and Noticing Agent [Dkt. No. 12].

**PLEASE TAKE FURTHER NOTICE** that a copy of each of the Motions may be obtained by: (a) accessing the Court's website at www.nysb.uscourts.gov (for a fee); (b) viewing the Debtor's website at http://cases.primeclerk.com/FEI/ (without a fee); and (c) contacting the Office of the Clerk of the Court at One Bowling Green, New York, New York 10004. Note that a PACER password is needed to access documents on the Court's website.

Dated:   New York, New York
         August 10, 2015

                                            GRIFFIN HAMERSKY P.C.


                                            By: /s/ Scott A. Griffin
                                            Scott A. Griffin
                                            Michael D. Hamersky
                                            485 Madison Avenue, 7th Floor
                                            New York, New York 10022
                                            Telephone: (212) 710-0338
                                            Facsimile: (212) 710-0339

                                            Proposed Counsel for the Debtor
                                            and Debtor in Possession