WILLIAM K. HARRINGTON
United States Trustee for Region 2
U.S. Department of Justice
Office of the United States Trustee
201 Varick Street, Room 1006
New York, NY 10014
Tel. (212) 510-0539
By:  Andrea B. Schwartz, Esq., Trial Attorney

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
In re                                                          :   Case No. 15-12244 (SCC))
                                                               :
FILMED ENTERTAINMENT INC.,                                     :
                                                               :
                        Debtor.                                :
-------------------------------------------------------------- x

## NOTICE OF APPOINTMENT OF
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS

   William K. Harrington, the United States Trustee for Region 2, pursuant to 11 U.S.C. § 1102(a) and (b), hereby appoints the following unsecured creditors that are willing to serve to the Official Committee of Unsecured Creditors of Filmed Entertainment, Inc.:

   1.   Pension Benefit Guaranty Corporation
        1200 K Street, N.W.
        Washington, DC 20005-4026
        Tel. (202) 326-4000 ext. 4907
        Attn.: Michael Strollo, Financial Analyst

   2.   Universal Studios Home Entertainment, LLC
        100 Universal City Plaza 1440/19
        Universal City, CA 91608
        Tel. (818) 777-7601
        Attn.: John Roussey, Vice President - Credit

**[Continued on the next page]**

3.  Mr. Richard C. Wolter
    60 Split Rock Road
    Boonton, NJ 07005
    Tel. (973) 263-3436

4.  Paramount Home Entertainment, Inc.
    5555 Melrose Avenue
    Hollywood, CA 90038
    Tel. (323) 956-8864
    Attn.: Margie Pacacha, Executive Vice President -
        Business Affairs and Legal for Paramount Pictures

5.  Equinix, Inc.
    1 Lagoon Drive
    Redwood City, CA 94065
    Tel. (650) 598-6000
    Attn.: Constance O. Geoghan, Sr. Legal Counsel

Dated:    New York, New York
          August 18, 2015             WILLIAM K. HARRINGTON
                                      UNITED STATES TRUSTEE

                                      By  *Andrea B. Schwartz*
                                          Andrea B. Schwartz
                                          Trial Attorney