**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)
S. Jason Teele, Esq.
Jeffrey J. Wild, Esq.
*Proposed counsel for the Official Committee of Unsecured Creditors*
*of Filmed Entertainment Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FILMED ENTERTAINMENT INC., | Case No. 15-12244 (SCC) |
| Debtor. | |

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE**
**OF PAPERS, AND REQUEST FOR MATRIX ENTRY**

PLEASE TAKE NOTICE that S. Jason Teele, Esq., Jeffrey J. Wild, Esq., and the law firm of Lowenstein Sandler LLP hereby enter their appearance as proposed counsel to the Official Committee Of Unsecured Creditors of Filmed Entertainment Inc., and request that copies of all pleadings and other papers (however designated) filed in this case, as well as notices given or required to be given in this case, be given and served upon the undersigned at the addresses listed below.

In addition, it is respectfully requested that, pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, the following be added to the Court's Mailing Matrix:

S. Jason Teele, Esq.<br>
Jeffrey J. Wild, Esq.<br>
Cassandra M. Porter, Esq.<br>
Eric S. Chafetz, Esq.<br>
Lowenstein Sandler LLP<br>
1251 Avenue of Americas<br>
New York, NY 10020<br>
212.262.6700 (Telephone)<br>
212.262.7402 (Facsimile)<br>
E-mail: steele@lowenstein.com<br>
E-mail: jwild@lowenstein.com<br>
E-mail: cporter@lowenstein.com<br>
E-mail: echafetz@lowenstein.com<br>

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all orders and notices, including but not limited to applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise.

**PLEASE TAKE FURTHER NOTICE** that if any limited service lists are used in these proceedings, the undersigned request inclusion thereon.

Dated: August 19, 2015

**LOWENSTEIN SANDLER LLP**

By: */s/ S. Jason Teele*
S. Jason Teele, Esq.
Jeffrey J. Wild, Esq.