# EXHIBIT A

**Universal - Aug 14 2015**

| MMID | Title | Author | Pub_Date | Club_Format | IOH | Available | ISBN |
|---|---|---|---|---|---|---|---|
| 1388057 | Ride Along | Tim Story | 2014-04-15 | DVD | 7114 | 7110 | 025192181818 |
| 1400869 | The Boxtrolls | Jared Harris | 2015-01-20 | DVD | 5186 | 5174 | 025192211553 |
| 1391025 | Neighbors | Zac Efron | 2014-09-23 | DVD | 5919 | 5912 | 025192198472 |
| 1388582 | Covert Affairs: Season Four | Christopher Gorman | 2014-05-27 | DVD | 1913 | 1913 | 025192213502 |
| 1401503 | Dumb and Dumber To | Jeff Daniels | 2015-02-17 | DVD | 5731 | 5725 | 025192223303 |
| 1291968 | Holiday Inn Special Edition | Marjorie Reynolds | 2006-11-13 | DVD | 3224 | 3183 | 025192148422 |
| 1378664 | Oblivion | Nikolaj Coster-Waldau | 2013-08-06 | DVD | 3321 | 3320 | 025192150555 |
| 1388584 | Suits: Season Three | Patrick Adams | 2014-05-27 | DVD | 905 | 905 | 025192213540 |
| 1400452 | Lucy | Luc Besson | 2015-01-20 | DVD | 1888 | 1747 | 025192234033 |
| 1292779 | Duplicity | David Shumbris | 2009-08-25 | DVD | 2196 | 2196 | 025195046176 |
| 1288889 | RAY | James L. White | 2005-02-01 | DVD | 721 | 721 | 025192594427 |
| 1382720 | Magnum P.I.: The Complete Series | Jean Bruce Scott | 2013-10-01 | DVD | 49 | 49 | 025192199912 |
| 1391557 | Law & Order: Special Victims Unit - The Fifteenth Year | Christopher Meloni | 2014-09-23 | DVD | 222 | 222 | 025192231957 |
| 1391563 | Brooklyn Nine-Nine: Season One | Andy Samberg | 2014-09-23 | DVD | 536 | 536 | 025192208942 |
| 1402050 | UNBROKEN | Domhnall Gleeson | 2015-03-24 | DVD | 1227 | 1192 | 025192223280 |
| 1391140 | A Million Ways to Die in the West (Unrated) | Neil Patrick Harris | 2014-10-07 | DVD | 1158 | 1152 | 025192212772 |
| 1382104 | Despicable Me 2 | Chris Renaud | 2013-12-10 | DVD | 983 | 963 | 025192123610 |
| 1290212 | ALFRED HITCHCOCK: THE MASTERPIECE COLLECTION | Joseph Stefano | 2005-10-04 | DVD | 42 | 42 | 025192834622 |
| 1400562 | Satisfaction: Season One | Stephanie Szotak | 2015-01-20 | DVD | 265 | 265 | 025192272158 |
| 1386680 | Law & Order: The Fourteenth Year 2003 - 2004 | Jesse L. Martin | 2014-02-25 | DVD | 220 | 220 | 025192120619 |
| 1389052 | Non-Stop | Jaume Collet-Serra | 2014-06-10 | DVD | 721 | 714 | 025192184932 |
| 1400174 | Beethoven's Treasure Tail | Jonathan Silverman | 2014-10-28 | DVD | 686 | 686 | 025192214028 |
| 1400173 | Film Noir 10-Movie Spotlight Collection | Fred MacMurray | 2014-11-04 | DVD | 124 | 122 | 025192237409 |
| 1382743 | R.I.P.D. | Robert Schwentke | 2013-10-22 | DVD | 645 | 644 | 025192123672 |
| 1401827 | Z Nation: Season One | Tom Everett Scott | 2015-02-10 | DVD | 249 | 249 | 025192277351 |
| 1400032 | Steven Spielberg Director's Collection | Steven Spielberg | 2014-10-14 | DVD | 123 | 106 | 025192261367 |
| 1346297 | Fast Five Extended Edition | Justin Lin | 2011-10-04 | DVD | 530 | 530 | 025192076480 |
| 1392309 | The Purge: Anarchy | Carmen Ejogo | 2014-10-21 | DVD | 555 | 553 | 25192212987 |
| 1402404 | Suits: Season Four | Patrick Adams | 2015-04-28 | DVD | 174 | 173 | 025192257803 |
| 1289915 | Georgia Rule | James G. Robinson | 2007-09-04 | DVD | 424 | 423 | 025195006583 |
| 1290202 | I Now Pronounce You Chuck & Larry (Full) | Dennis Dugan | 2007-11-06 | DVD | 432 | 432 | 025193226921 |
| 1290311 | CINDERELLA MAN | Daniel P. Hanley | 2005-12-06 | DVD | 212 | 212 | 025192211928 |
| 1291215 | The Producers (2005) (Full) | Michael McKean | 2006-05-16 | DVD | 227 | 227 | 025192843822 |
| 1290834 | The Constant Gardener | Hubert Kounde | 2006-01-10 | DVD | 278 | 278 | 025192629228 |
| 1320039 | It's a Very Merry Muppet Christmas Movie | Kirk R. Thatcher | 2010-10-12 | DVD | 101 | 87 | 025192049675 |
| 1382719 | Murder, She Wrote: The Complete Series | Michael Horton | 2013-10-01 | DVD | 10 | 10 | 025192208669 |
| 1400035 | Law & Order: The Sixteenth Year | Sam Waterston | 2014-11-04 | DVD | 119 | 119 | 025192103865 |
| 1391146 | The Hammer Horror Series 8-Film Collection | Terence Fisher | 2014-09-02 | DVD | 45 | 44 | 025192247873 |
| 1401501 | Dracula Untold | Gary Shore | 2015-02-03 | DVD | 499 | 385 | 025192212437 |
| 1292967 | Abbott and Costello: The Complete Universal Pictures Collection | Bud Abbott | 2008-10-28 | DVD | 14 | 14 | 025195020725 |
| 1382564 | Barbie & Her Sisters in A Pony Tale | Animated | 2013-10-22 | DVD | 249 | 248 | 025192169038 |
| 1400036 | Law & Order: The Seventeenth Year | Angie Harmon | 2014-11-04 | DVD | 101 | 101 | 025192103872 |
| 1391566 | Chicago Fire: Season Two | Taylor Kinney | 2014-09-02 | DVD | 96 | 96 | 025192208683 |
| 1291280 | American Gangster Unrated Extended Edition | John Hawkes | 2008-02-19 | DVD | 166 | 166 | 025193228024 |
| 1350754 | Jurassic Park Ultimate Trilogy | Joe Johnston | 2011-10-25 | DVD | 52 | 51 | 025192089978 |

| MMID | Title | Author | Pub_Date | Club_Format | IOH | Available | ISBN |
|---|---|---|---|---|---|---|---|
| 1291616 | Charlie Wilson's War (Full) | Amy Adams | 2008-04-22 | DVD | 294 | 294 | 025195004831 |
| 1402048 | Song of the Sea | Tomm Moore | 2015-03-17 | DVD | 319 | 318 | 025192281853 |
| 1400004 | Wish I Was Here | Zach Braff | 2014-10-28 | DVD | 309 | 307 | 025192249006 |
| 1392083 | Universal Classics Monsters: The Complete 30-Film Collection | Lon Chaney | 2014-09-02 | DVD | 27 | 27 | 25192249648 |
| 1400446 | The Scorpion King 4: Quest for Power | Lou Ferrigno | 2015-01-13 | DVD | 259 | 255 | 025192200892 |
| 1382721 | The Six Million Dollar Man: Season 4 | Various | 2013-10-08 | DVD | 43 | 43 | 025192172151 |
| 1293153 | Public Enemies | Stephen Graham | 2009-12-08 | DVD | 82 | 82 | 025195044912 |
| 1402402 | Covert Affairs: Season Five | Christopher Gorham | 2015-04-28 | DVD | 80 | 80 | 025192257837 |
| 1291211 | Brokeback Mountain | Scott Michael Campbell | 2006-04-04 | DVD | 286 | 286 | 025192631528 |
| 1400454 | A Walk Among the Tombstones | Boyd Holbrook | 2015-01-13 | DVD | 209 | 206 | 025192241314 |
| 1390120 | Hercules: The Legendary Journeys - Season Five | Michael Hurst | 2014-07-22 | DVD | 63 | 63 | 025192237768 |
| 1293894 | CORALINE | Christopher Murrie | 2009-07-21 | DVD | 62 | 62 | 025195016445 |
| 1391560 | Grimm: Season Three | David Giuntoli | 2014-09-16 | DVD | 54 | 54 | 025192208782 |
| 1402046 | The Last of Robin Hood | Wash Westmoreland | 2015-03-03 | DVD | 215 | 202 | 025192262241 |
| 1374134 | Les Miserables | Tom Hooper | 2013-03-22 | DVD | 195 | 193 | 025192150548 |
| 1287194 | THE WAR WAGON | Robert Walker Jr. | 1998-08-18 | DVD | 229 | 229 | 025192029820 |
| 1401825 | The Theory of Everything | Felicity Jones | 2015-02-17 | DVD | 176 | 166 | 025192249785 |
| 1381222 | Curse of Chucky (2013) | Fiona Dourif | 2013-10-08 | DVD | 128 | 127 | 025192154263 |
| 1400027 | The Fluffy Movie | Gabriel Iglesias | 2014-10-21 | DVD | 153 | 153 | 025192251436 |
| 1402516 | FIFTY SHADES OF GREY | Sam Taylor-Johnson | 2015-05-08 | DVD | 259 | 151 | 02519222313 |
| 1378658 | THE HOST | Andrew Niccol | 2013-07-09 | DVD | 197 | 197 | 025192158100 |
| 1400449 | Get On Up | Chadwick Boseman | 2015-01-06 | DVD | 54 | 50 | 025192230271 |
| 1403119 | Parks and Recreation: Season Seven - The Final Season | Adam Scott | 2015-06-02 | DVD | 93 | 93 | 025192272370 |
| 1292590 | The Strangers (2008) (Unrated) | Glenn Howerton | 2008-10-21 | DVD | 110 | 110 | 025193330222 |
| 1289226 | DRAGONHEART: 2 LEGENDARY TALES | Charles Edward Pogue | 2004-03-02 | DVD | 71 | 70 | 025192468827 |
| 1390122 | Xena: Warrior Princess - Season Five | Renee O'Connor | 2014-07-22 | DVD | 41 | 41 | 025192234194 |
| 1379193 | The Fast and the Furious Limited Edition | Gary Scott Thompson | 2013-05-28 | DVD | 170 | 170 | 025192100284 |
| 1391555 | Royal Pains: Season Five | Reshma Shetty | 2014-09-23 | DVD | 53 | 53 | 025192232138 |
| 1392101 | The Wolf Man: Complete Legacy Collection | Lon Chaney Jr. | 2014-09-02 | DVD | 30 | 30 | 25192248542 |
| 1312586 | Xena: Warrior Princess - Season One | Various | 2010-04-20 | DVD | 41 | 40 | 025192043932 |
| 1292134 | Forgetting Sarah Marshall (Unrated) | Russell Brand | 2008-09-30 | DVD | 114 | 114 | 025195016650 |
| 1392100 | Frankenstein: Complete Legacy Collection | Francis Edward Faragoh | 2014-09-02 | DVD | 26 | 26 | 25192248399 |
| 1378646 | Admission | Lily Tomlin | 2013-07-09 | DVD | 136 | 135 | 025192165337 |
| 1400557 | Peter Pan Live! | Allison Williams | 2014-12-16 | DVD | 93 | 92 | 025192263712 |
| 1390797 | Parenthood: Season Five | Peter Krause | 2014-08-19 | DVD | 29 | 29 | 025192232343 |
| 1392099 | Dracula: Complete Legacy Collection | Helen Chandler | 2014-09-02 | DVD | 30 | 30 | 25192248375 |
| 1366734 | The Six Million Dollar Man: Season 2 | Barbara Anderson | 2012-10-16 | DVD | 20 | 20 | 025192134166 |
| 1288082 | DR. SEUSS' HOW THE GRINCH STOLE CHRISTMAS (2000) COL.ED. | Peter S. Seaman | 2001-11-20 | DVD | 120 | 106 | 025192067723 |
| 1374142 | Schindler's List 20th Anniversary Edition | Gerald R. Molen | 2013-03-05 | DVD | 26 | 24 | 025192168857 |
| 1400559 | Dominion: Season One | Anthony Head | 2014-12-23 | DVD | 62 | 62 | 025192259005 |
| 1350826 | The Six Million Dollar Man: Season 1 | Various | 2011-11-29 | DVD | 22 | 22 | 025192110252 |
| 1402400 | Maps to the Stars | Mia Wasikowska | 2015-04-14 | DVD | 90 | 90 | 025192277658 |
| 1288979 | STEALING CHRISTMAS | Oscar L. Costo | 2005-02-14 | DVD | 71 | 71 | 025192414923 |
| 1390110 | Monster High: Clawesome Double Feature | Animated | 2014-07-01 | DVD | 42 | 41 | 025192240454 |
| 1400002 | Dracula: Season One | Jonathan Rhys Meyers | 2014-10-14 | DVD | 24 | 23 | 025192208898 |
| 1290239 | The Bourne Ultimatum | Paul Greengrass | 2007-12-11 | DVD | 75 | 75 | 025193227423 |

| MMID | Title | Author | Pub_Date | Club_Format | IOH | Available | ISBN |
|---|---|---|---|---|---|---|---|
| 1362282 | Dr. Seuss' The Lorax | Kyle Balda | 2012-08-07 | DVD | 76 | 76 | 025192104459 |
| 1293145 | Mamma Mia! The Movie | Dominic Cooper | 2008-12-16 | DVD | 74 | 72 | 025195015882 |
| 1363766 | Grimm: Season One | David Giuntoli | 2012-08-07 | DVD | 18 | 18 | 025192124044 |
| 1387624 | Not Safe For Work | Eloise Mumford | 2014-11-25 | DVD | 72 | 72 | 025192226809 |
| 1381239 | Chicago Fire: Season One | Taylor Kinney | 2013-09-10 | DVD | 20 | 20 | 025192165696 |
| 1381227 | Welcome to the Jungle | Rob Meltzer | 2014-03-25 | DVD | 75 | 75 | 025192196843 |
| 1346300 | Hanna | Eric Bana | 2011-09-06 | DVD | 66 | 65 | 025192074677 |
| 1401497 | Racing Hearts | Dominique Deruddere | 2015-01-13 | DVD | 66 | 64 | 025192278662 |
| 1388580 | Warehouse 13: Season Five | Eddie McClintock | 2014-05-20 | DVD | 26 | 26 | 025192208706 |
| 1352860 | Sliders: The Fifth and Final Season | Robert Floyd | 2012-01-17 | DVD | 15 | 15 | 025192110856 |
| 1360733 | Safe House | Daniel Espinosa | 2012-06-05 | DVD | 55 | 55 | 025192104404 |
| 1390798 | Parks and Recreation: Season Six | Aziz Ansari | 2014-08-19 | DVD | 24 | 24 | 025192232312 |
| 1381224 | The Purge | Max Burkholder | 2013-10-08 | DVD | 58 | 58 | 025192175619 |
| 1392104 | Creature from the Black Lagoon: Complete Legacy Collection | Ricou Browning | 2014-09-02 | DVD | 54 | 54 | 25192248405 |
| 1289125 | KNIGHT RIDER: SEASON TWO | Shawn Southwick | 2005-04-12 | DVD | 8 | 8 | 025192726125 |
| 1390112 | An American Girl: Isabelle Dances into the Spotlight | Vince Marcello | 2014-07-22 | DVD | 47 | 47 | 025192217555 |
| 1290920 | The Kingdom (2007) | Matthew Michael Carnahan | 2013-06-06 | DVD | 69 | 69 | 025195005920 |
| 1385415 | Riddick | David Twohy | 2014-01-14 | DVD | 52 | 51 | 025192170041 |
| 1391142 | The Signal | Olivia Cooke | 2014-09-23 | DVD | 66 | 65 | 025192244100 |
| 1365399 | Snow White and the Huntsman | Rupert Sanders | 2012-09-11 | DVD | 43 | 43 | 025192122248 |
| 1392311 | Bates Motel: Season Two | Vera Farmiga | 2014-10-07 | DVD | 21 | 21 | 25192213458 |
| 1391144 | Wer | William Brent Bell | 2014-09-23 | DVD | 66 | 66 | 025192252402 |
| 1356130 | Hercules: The Legendary Journeys - Season Three | Various | 2012-03-13 | DVD | 21 | 20 | 025192075438 |
| 1391139 | Barbie and the Secret Door | Animated | 2014-09-16 | DVD | 50 | 49 | 025192211058 |
| 1389050 | LONE SURVIVOR | Taylor Kitsch | 2014-06-03 | DVD | 48 | 44 | 025192175886 |
| 1378688 | Warehouse 13: Season Four | Eddie McClintock | 2013-07-09 | DVD | 11 | 11 | 025192168987 |
| 1314552 | Warehouse 13: Season One | Genelle Williams | 2010-06-29 | DVD | 14 | 14 | 025192043840 |
| 1374917 | Promised Land | John Krasinski | 2013-04-23 | DVD | 55 | 55 | 025192157394 |
| 1391558 | Defiance: Season Two | Grant Bowler | 2014-09-23 | DVD | 19 | 19 | 025192208843 |
| 1390792 | Jarhead 2: Field of Fire | Don Michael Paul | 2014-08-19 | DVD | 39 | 38 | 025192200090 |
| 1366408 | Moonrise Kingdom | Bruce Willis | 2012-10-16 | DVD | 59 | 57 | 025192115608 |
| 1374131 | This is 40 | Judd Apatow | 2013-03-22 | DVD | 42 | 38 | 025192114229 |
| 1356131 | Xena: Warrior Princess - Season Three | Various | 2012-03-13 | DVD | 17 | 17 | 025192074202 |
| 1400029 | Rooster Doodle-doo | Animated | 2014-10-14 | DVD | 44 | 44 | 025192237614 |
| 1320046 | The Bionic Woman: Season One | Martin E. Brooks | 2010-10-19 | DVD | 11 | 11 | 025192064890 |
| 1293480 | Back to the Future: Part III | Ricky Dean Logan | 2009-02-10 | DVD | 22 | 22 | 025195039413 |
| 1401506 | Dragonheart 3: The Sorcerer's Curse | Colin Teague | 2015-02-24 | DVD | 46 | 43 | 025192199233 |
| 1350798 | BARBIE: A PERFECT CHRISTMAS | Animated | 2011-11-08 | DVD | 20 | 20 | 025192077258 |
| 1381245 | Bates Motel: Season One | Vera Farmiga | 2013-09-17 | DVD | 13 | 13 | 025192186318 |
| 1287726 | PATCH ADAMS COLLECTOR'S EDITION | Bob Gunton | 2002-06-11 | DVD | 47 | 47 | 025192054624 |
| 1289426 | MONK: SEASON THREE | Brad Hawkins | 2005-07-05 | DVD | 3 | 3 | 025192076718 |
| 1369292 | ParaNorman | Chris Butler | 2012-11-27 | DVD | 40 | 39 | 025192113536 |
| 1383540 | 2 Guns | Baltasar Kormakur | 2013-11-19 | DVD | 32 | 31 | 025192167768 |
| 1391565 | Chicago P.D.: Season One | Sophia Bush | 2014-09-02 | DVD | 11 | 11 | 025192241246 |
| 1381248 | Grimm: Season Two | David Giuntoli | 2013-09-17 | DVD | 8 | 8 | 025192168710 |
| 1291053 | Jarhead (2005) | Ivan Fenyo | 2006-03-07 | DVD | 33 | 33 | 025192784224 |

| MMID | Title | Author | Pub_Date | Club_Format | IOH | Available | ISBN |
|---|---|---|---|---|---|---|---|
| 1400555 | As Above, So Below | Perdita Weeks | 2014-12-02 | DVD | 32 | 31 | 025192241253 |
| 1386674 | The Best Man Holiday | Malcolm D. Lee | 2014-02-11 | DVD | 31 | 29 | 025192197048 |
| 1296655 | Couples Retreat | Tasha Smith | 2010-02-09 | DVD | 30 | 29 | 025192022180 |
| 1400043 | Mercy | Peter Cornwell | 2014-11-25 | DVD | 30 | 30 | 025192194856 |
| 1400042 | Mockingbird | Audrey Anderson | 2014-11-25 | DVD | 30 | 30 | 025192265075 |
| 1336621 | Xena: Warrior Princess - Season Two | Various | 2011-03-29 | DVD | 14 | 12 | 025192071256 |
| 1401499 | My Old Lady | Israel Horovitz | 2015-01-27 | DVD | 32 | 31 | 025192281433 |
| 1375847 | Mama | Megan Charpentier | 2013-05-07 | DVD | 28 | 28 | 025192166853 |
| 1343515 | Murder, She Wrote 4 Movie Collection | Various | 2012-02-14 | DVD | 19 | 19 | 025192088155 |
| 1345684 | The Event: The Complete Series | Various | 2011-08-23 | DVD | 6 | 6 | 025192083549 |
| 1392103 | The Invisible Man: Complete Legacy Collection | William Harrigan | 2014-09-02 | DVD | 11 | 10 | 25192248412 |
| 1373232 | Silent Hill: Revelation | Adelaide Clemens | 2013-02-12 | DVD | 29 | 29 | 025192159442 |
| 1342737 | Jane Eyre (2011) | Tamzin Merchant | 2011-08-16 | DVD | 29 | 28 | 025192074745 |
| 1350788 | Alfred Hitchcock: The Essentials Collection Limited Edition | Alfred Hitchcock | 2011-10-04 | DVD | 3 | 3 | 025192084546 |
| 1381254 | Law & Order: Special Victims Unit - The Fourteenth Year | Christopher Meloni | 2013-09-24 | DVD | 5 | 5 | 025192169984 |
| 1373220 | Barbie in the Pink Shoes | Animated | 2013-02-26 | DVD | 6 | 6 | 025192163630 |
| 1391556 | Necessary Roughness: Season Three | Mehcad Brooks | 2014-09-23 | DVD | 15 | 15 | 025192232404 |
| 1387736 | Psych: The Complete Eighth Season | James Roday | 2014-04-01 | DVD | 14 | 14 | 025192213427 |
| 1365281 | Battleship | Brooklyn Decker | 2012-08-28 | DVD | 24 | 23 | 025192085635 |
| 1312585 | Hercules: The Legendary Journeys - Season One | Various | 2010-04-20 | DVD | 11 | 10 | 025192043918 |
| 1350796 | The Bionic Woman: Season 3 | Various | 2011-10-04 | DVD | 5 | 5 | 025192083570 |
| 1376771 | Identity Thief (Unrated) | Melissa McCarthy | 2013-06-04 | DVD | 20 | 20 | 025192161445 |
| 1392102 | The Mummy: Complete Legacy Collection | Karl Freund | 2014-09-02 | DVD | 6 | 6 | 25192248559 |
| 1287599 | DANTE'S PEAK COLLECTOR'S EDITION | Jamie Renee Smith | 1998-01-20 | DVD | 25 | 25 | 025192014925 |
| 1383549 | The World's End | Nick Frost | 2013-11-19 | DVD | 23 | 23 | 025192175305 |
| 1289766 | Heroes: Season 1 | Malcolm McDowell | 2007-08-28 | DVD | 3 | 3 | 025195008280 |
| 1385421 | RUSH | Chris Hemsworth | 2014-01-28 | DVD | 16 | 16 | 025192150562 |
| 1390113 | Bad Words | Kathryn Hahn | 2014-07-08 | DVD | 22 | 22 | 025192224980 |
| 1352929 | Dream House | Brian Murray | 2012-01-31 | DVD | 22 | 22 | 025192072758 |
| 1383537 | Jobs | Joshua Michael Stern | 2013-11-19 | DVD | 21 | 21 | 025192191442 |
| 1380324 | Place Beyond the Pines | Derek Cianfrance | 2013-08-15 | DVD | 20 | 20 | 025192182976 |
| 1340075 | Covert Affairs: Season One | Christopher Gorham | 2011-05-17 | DVD | 5 | 5 | 025192074455 |
| 1288823 | 2 FAST 2 FURIOUS | Neal H. Moritz | 2009-08-18 | DVD | 23 | 22 | 025192100291 |
| 1288591 | THE PIANIST | Thomas Kretschmann | 2003-05-27 | DVD | 21 | 21 | 025193088529 |
| 1400044 | I Am Ali | Documentary | 2014-11-11 | DVD | 16 | 16 | 025192263293 |
| 1388350 | The Little Rascals Save the Day | Alex Zamm | 2014-04-01 | DVD | 16 | 16 | 025192169892 |
| 1289041 | SHIRLEY TEMPLE: LITTLE DARLING PACK | William R. Lipman | 2005-04-19 | DVD | 19 | 19 | 025192594120 |
| 1390796 | The Mindy Project: Season Two | Ed Weks | 2014-08-19 | DVD | 22 | 22 | 025192213496 |
| 1350803 | The Nutcracker - The Untold Story | Andrey Konchalovskiy | 2011-11-01 | DVD | 15 | 15 | 025192123955 |
| 1336635 | Out of Sight Collector's Edition | Keith Hudson | 2011-03-01 | DVD | 19 | 19 | 025192034022 |
| 1289928 | Barbie as the Island Princess | Jesyca C. Durchin | 2007-09-18 | DVD | 19 | 19 | 025195003247 |
| 1402403 | Royal Pains: Season Six | Reshma Shetty | 2015-04-28 | DVD | 6 | 6 | 025192272363 |
| 1292593 | The Pirates Who Don't Do Anything: A VeggieTales Movie | Animated | 2008-10-14 | DVD | 14 | 14 | 025193230027 |
| 1388578 | Fast & Furious: The Complete Collection | Various | 2014-05-13 | DVD | 3 | 3 | 025192236266 |
| 1353926 | Tower Heist | Nina Arianda | 2012-02-21 | DVD | 12 | 12 | 025192076619 |
| 1384075 | Fast & Furious 6 | Justin Lin | 2013-12-10 | DVD | 13 | 13 | 025192164316 |

| MMID | Title | Author | Pub_Date | Club_Format | IOH | Available | ISBN |
|---|---|---|---|---|---|---|---|
| 1288273 | SLAP SHOT 25TH ANNIVERSARY SPECIAL EDITION | George Roy Hill | 2002-03-26 | DVD | 18 | 18 | 025192179327 |
| 1342739 | Paul (Unrated) | Mia Stallard | 2011-08-09 | DVD | 16 | 16 | 025192043536 |
| 1382735 | Defiance: Season One | Grant Bowler | 2013-10-08 | DVD | 5 | 5 | 025192168499 |
| 1335389 | Airwolf: Season Four | Scarabelli Michele | 2011-02-01 | DVD | 3 | 3 | 025192083402 |
| 1374147 | Hercules: The Legendary Journeys - Season Four | Michael Hurst | 2013-03-12 | DVD | 4 | 4 | 025192169588 |
| 1400560 | Continuum: Season Three | Rachel Nicols | 2014-12-23 | DVD | 6 | 5 | 025192244940 |
| 1320045 | Smokey and the Bandit - The 7-Movie Outlaw Collection | Various | 2010-10-12 | DVD | 6 | 6 | 025192051258 |
| 1289966 | Anne Of The Thousand Days/Mary, Queen Of Scots | Hal B. Wallis | 2007-09-18 | DVD | 6 | 6 | 025195015721 |
| 1291855 | Definitely, Maybe (2008) | Kevin Kline | 2008-06-24 | DVD | 16 | 16 | 025195004503 |
| 1367092 | Double Indemnity | Fred MacMurray | 2012-08-28 | DVD | 16 | 16 | 025192143311 |
| 1391564 | Crossbones: Season One | Richard Coyle | 2014-09-02 | DVD | 15 | 15 | 025192168758 |
| 1353765 | Hop (2010) | Cinco Paul | 2012-03-23 | DVD | 17 | 11 | 025192074547 |
| 1389055 | Walk of Shame | Steven Brill | 2014-06-17 | DVD | 13 | 13 | 025192241109 |
| 1386677 | Dallas Buyers Club | Jean-Marc Vallee | 2014-02-04 | DVD | 15 | 14 | 025192211430 |
| 1290013 | FAHRENHEIT 451 | Lewis M. Allen | 2005-08-15 | DVD | 15 | 14 | 025192124020 |
| 1288887 | FRIDAY NIGHT LIGHTS | Lee Thompson Young | 2005-01-18 | DVD | 14 | 14 | 025192547621 |
| 1292711 | All Quiet on the Western Front (1930) | Louis Wolheim | 2008-08-12 | DVD | 15 | 15 | 025193236821 |
| 1369294 | The Bourne Legacy | Jeremy Renner | 2012-12-11 | DVD | 3 | 2 | 025192114830 |
| 1293771 | Army of Darkness Screwhead Edition | Robert G. Tapert | 2009-10-27 | DVD | 9 | 9 | 025195054607 |
| 1287879 | ERIN BROCKOVICH | George Rocky Sullivan | 2000-08-15 | DVD | 14 | 14 | 025192078323 |
| 1371552 | End of Watch | Anna Kendrick | 2013-01-22 | DVD | 12 | 12 | 025192157837 |
| 1400030 | Knight Rusty | Animated | 2014-10-14 | DVD | 14 | 14 | 025192237539 |
| 1310305 | Barbie in A Mermaid Tale | Animated | 2010-03-09 | DVD | 15 | 13 | 025192032813 |
| 1287197 | HALLOWEEN II | Jamie Lee Curtis | 2001-09-18 | DVD | 13 | 13 | 025192142727 |
| 1293478 | Back to the Future | Harry Waters Jr. | 2009-02-10 | DVD | 6 | 5 | 025195004268 |
| 1362309 | American Reunion (Unrated) | Jon Hurwitz | 2012-07-10 | DVD | 16 | 16 | 025192114106 |
| 1296390 | The Hitcher (2007) | Zachary Knighton | 2009-11-17 | DVD | 9 | 9 | 025193327628 |
| 1292769 | The Last Starfighter 25th Anniversary Edition | John O'Leary | 2009-08-18 | DVD | 11 | 11 | 025195053587 |
| 1391562 | About a Boy: Season One | David Walton | 2014-09-16 | DVD | 8 | 8 | 025192247712 |
| 1361101 | BIG MIRACLE | John Pingayak | 2012-06-19 | DVD | 8 | 8 | 025192075919 |
| 1348568 | Cat People (1982) | Nastassja Kinski | 2011-08-30 | DVD | 12 | 12 | 025192225420 |
| 1287317 | MIDNIGHT RUN | Robert Miranda | 2003-06-03 | DVD | 12 | 12 | 025192274923 |
| 1387616 | Chinese Zodiac | Oliver Platt | 2014-03-18 | DVD | 10 | 10 | 025192215117 |
| 1290429 | TREMORS ATTACK PACK | Ming Lo | 2005-11-29 | DVD | 3 | 3 | 025192834523 |
| 1390794 | Cat Run 2 | Vanessa Branch | 2014-08-26 | DVD | 11 | 11 | 025192213885 |
| 1289073 | Eternal Sunshine of the Spotless Mind | Michel Gondry | 2005-02-28 | DVD | 11 | 11 | 025192395925 |
| 1385426 | Endless Love | Martin Hewitt | 2014-05-06 | DVD | 12 | 12 | 025192222092 |
| 1382282 | The Mummy (1999) - Collector's Edition | Patricia Carr | 2013-08-12 | DVD | 16 | 11 | 025192063626 |
| 1293343 | The Mummy: Tomb of the Dragon Emperor Deluxe Edition | Isabella Leong | 2008-12-16 | DVD | 5 | 4 | 025195052702 |
| 1292136 | Barbie & the Diamond Castle | Animated | 2008-09-09 | DVD | 10 | 10 | 025195015929 |
| 1287749 | LOCK, STOCK AND TWO SMOKING BARRELS | Dexter Fletcher | 1999-08-31 | DVD | 8 | 8 | 025192267123 |
| 1389063 | Vertigo | Alfred Hitchcock | 2014-04-08 | DVD | 11 | 10 | 025192143342 |
| 1291666 | Barbie in the 12 Dancing Princesses | Greg Richardson | 2006-09-19 | DVD | 9 | 9 | 025193069825 |
| 1287324 | BEND OF THE RIVER | Jay C. Flippen | 2003-05-06 | DVD | 9 | 9 | 025192262425 |
| 1287248 | JAWS 2 | Richard D. Zanuck | 2001-05-22 | DVD | 8 | 8 | 025192092824 |
| 1293435 | The Munsters: Family Portrait | Lawrence Dobkin | 2008-10-24 | DVD | 10 | 9 | 025192002663 |

| MMID | Title | Author | Pub_Date | Club_Format | IOH | Available | ISBN |
|---|---|---|---|---|---|---|---|
| 1288473 | 8 MILE | Brandon T. Jackson | 2003-03-18 | DVD | 9 | 9 | 025192198120 |
| 1352852 | The Scorpion King 3: Battle for Redemption | Brendan Cowles | 2012-01-10 | DVD | 6 | 6 | 025192074882 |
| 1289843 | THE BELA LUGOSI COLLECTION | Edgar G. Ulmer | 2005-09-06 | DVD | 2 | 2 | 025192829529 |
| 1375849 | Side Effects | Rooney Mara | 2013-05-21 | DVD | 9 | 8 | 025192158230 |
| 1400034 | Law & Order: The Fifteenth Year | S. Epatha Merkerson | 2014-11-04 | DVD | 2 | 2 | 025192103858 |
| 1387608 | Barbie the Pearl Princess | Animated | 2014-03-11 | DVD | 6 | 6 | 025192189289 |
| 1400041 | Stretch | Brooklyn Decker | 2014-11-25 | DVD | 8 | 8 | 025192265068 |
| 1366723 | Werewolf: The Beast Among Us (Unrated) | Louis Morneau | 2012-10-09 | DVD | 7 | 7 | 025192114472 |
| 1291061 | Galactica 1980: The Complete Series | Herb Jefferson Jr. | 2007-12-23 | DVD | 4 | 2 | 025195021494 |
| 1287803 | AMERICAN PIE COLLECTOR'S EDITION (UNRATED) | Thomas Ian Nicholas | 1999-12-21 | DVD | 4 | 4 | 025192073526 |
| 1350688 | Larry Crowne | Sarah Mahoney | 2011-11-15 | DVD | 7 | 7 | 025192082931 |
| 1288351 | THE SCORPION KING COLLECTOR'S EDITION | Michael Clark Duncan | 2002-10-01 | DVD | 7 | 7 | 025192180026 |
| 1289735 | Coal Miner's Daughter 25th Anniversary Edition | Beverly D'Angelo | 2013-06-17 | DVD | 7 | 7 | 025192675324 |
| 1289309 | JESUS CHRIST SUPERSTAR (1973) SPECIAL EDITION | Paul Thomas | 2005-05-02 | DVD | 6 | 6 | 025192578625 |
| 1373223 | An American Girl: McKenna Shoots for the Stars | Vince Marcello | 2013-02-19 | DVD | 5 | 5 | 025192125904 |
| 1312587 | Leap Year (2010) | Amy Adams | 2010-05-04 | DVD | 7 | 6 | 025192044205 |
| 1288335 | HOW HIGH | Method Man | 2002-05-21 | DVD | 6 | 6 | 025192195129 |
| 1350737 | Cowboys & Aliens | Damon Lindelof | 2011-12-06 | DVD | 6 | 5 | 025192074776 |
| 1310300 | Alice in Wonderland (1933) | Charlotte Henry | 2010-03-02 | DVD | 5 | 5 | 025195053563 |
| 1289396 | XENA: WARRIOR PRINCESS - SERIES FINALE | Mac Jeffrey Ong | 2005-05-16 | DVD | 5 | 5 | 025192267925 |
| 1388569 | Endless Love (2014) | Gabriella Wilde | 2014-05-27 | DVD | 4 | 4 | 025192212895 |
| 1291287 | Nanny McPhee | Patrick Barlow | 2006-05-09 | DVD | 4 | 4 | 025192630927 |
| 1382738 | Dead in Tombstone Unrated | Roel Reine | 2013-10-22 | DVD | 5 | 5 | 025192115172 |
| 1359019 | The Grey | Dallas Roberts | 2012-05-15 | DVD | 7 | 5 | 025192131745 |
| 1347182 | Conan the Destroyer (1984) | Wilt Chamberlain | 2011-07-26 | DVD | 5 | 5 | 025192017223 |
| 1291604 | Harry and the Hendersons Special Edition | Margaret Langrick | 2007-04-24 | DVD | 5 | 5 | 025195003506 |
| 1402045 | Dive Olly Dive and the Pirate Treasure | Animated | 2015-03-17 | DVD | 5 | 4 | 025192259470 |
| 1374148 | Xena: Warrior Princess - Season Four | Renee O'Connor | 2013-03-12 | DVD | 2 | 2 | 025192165184 |
| 1289042 | INTOLERABLE CRUELTY | Cedric The Entertainer | 2004-02-10 | DVD | 2 | 2 | 025192281426 |
| 1291381 | Scarface (1983) | Mary Elizabeth Mastrantonio | 2013-04-19 | DVD | 3 | 3 | 025192979828 |
| 1292421 | Sixteen Candles Flashback Edition | Blanche Baker | 2008-09-16 | DVD | 3 | 3 | 025195018678 |
| 1387741 | Better Living Through Chemistry | David Poasamentier | 2014-04-29 | DVD | 4 | 4 | 025192197550 |
| 1401821 | Kill the Messenger | Michael Cuesta | 2015-02-10 | DVD | 5 | 4 | 025192218538 |
| 1289151 | DR. SEUSS' THE CAT IN THE HAT (2003) | Candace Dean Brown | 2004-03-16 | DVD | 4 | 4 | 025192147623 |
| 1378871 | THE BIRDS COLLECTOR'S EDITION | Tippi Hedren | 2013-05-16 | DVD | 4 | 4 | 025192147289 |
| 1400558 | How Murray Saved Christmas | Tom Kenny | 2014-12-16 | DVD | 3 | 3 | 025192264436 |
| 1291113 | Pride & Prejudice (2005) | Matthew Macfadyen | 2006-02-28 | DVD | 3 | 3 | 025192807220 |
| 1289394 | *BATTERIES NOT INCLUDED | Ronald L. Schwary | 2005-05-31 | DVD | 4 | 3 | 025192052026 |
| 1291177 | Going My Way (1944) | Jean Heather | 2007-12-17 | DVD | 2 | 2 | 025193236920 |
| 1287536 | Apollo 13 Collector's Edition | Jean Speegle Howard | 2008-12-08 | DVD | 3 | 2 | 025192015328 |
| 1287318 | SPARTACUS (RESTORED/WIDESCREEN) | Nina Foch | 2007-07-31 | DVD | 3 | 2 | 025192018121 |
| 1386679 | Monster High: Frights, Camera, Action | Animated | 2014-03-25 | DVD | 2 | 2 | 025192199059 |
| 1287814 | THE BEST MAN (1999) | Malcolm D. Lee | 2000-02-29 | DVD | 1 | 1 | 025192071522 |
| 1291618 | Fear And Loathing In Las Vegas | Lyle Lovett | 2008-03-18 | DVD | 1 | 1 | 025192033926 |
| 1387739 | The Bag Man | David Grovic | 2014-04-01 | DVD | 16 | 16 | 025192218170 |
| 1343514 | The Cape: The Complete Series | David Lyons | 2011-07-05 | DVD | 0 | 0 | 025192083396 |

| MMID | Title | Author | Pub_Date | Club_Format | IOH | Available | ISBN |
|---|---|---|---|---|---|---|---|
| 1314543 | Green Zone | Yigal Naor | 2010-06-22 | DVD | 1 | 0 | 025195040266 |
| 1291851 | Monk: Season Six | Tony Shalhoub | 2008-07-08 | DVD | 42 | 42 | 025195017251 |
| 1290031 | Evening (2007) | Mamie Gummer | 2007-09-25 | DVD | 52 | 52 | 025193344625 |
| 1289788 | Darkman Trilogy | Robert G. Tapert | 2007-08-07 | DVD | 0 | 0 | 025195004930 |
| 1288587 | DELIVER US FROM EVA | James Iver Mattson | 2003-06-17 | DVD | 0 | 0 | 025192336324 |
| 1369295 | The Bourne Legacy - Blu-ray/DVD Combo | Jeremy Renner | 2012-12-11 | Blu-ray / DVD Combo | 577 | 577 | 025192114953 |
| 1331470 | Despicable Me - Blu-ray/DVD Combo | Chris Renaud | 2010-12-14 | Blu-ray / DVD Combo | 376 | 350 | 025192050299 |
| 1400871 | The Boxtrolls 3D - Blu-ray/DVD Combo | Jared Harris | 2015-01-20 | Blu-ray / DVD Combo | 178 | 178 | 025192211577 |
| 1384077 | Fast & Furious 6 Limited Edition Collectible Package - Blu-ray/DVD Combo | Justin Lin | 2013-12-10 | Blu-ray / DVD Combo | 243 | 242 | 025192199738 |
| 1391141 | A Million Ways to Die in the West (Unrated) - Blu-ray/DVD Combo | Neil Patrick Harris | 2014-10-07 | Blu-ray / DVD Combo | 653 | 542 | 025192212765 |
| 1400453 | Lucy - Blu-ray/DVD Combo | Luc Besson | 2015-01-20 | Blu-ray / DVD Combo | 487 | 462 | 025192234019 |
| 1365400 | Snow White and the Huntsman - Blu-ray/DVD Combo | Rupert Sanders | 2012-09-11 | Blu-ray / DVD Combo | 411 | 411 | 025192126338 |
| 1364894 | E.T.: The Extra-Terrestrial Anniversary Edition - Blu-ray/DVD Combo | David M. O'Dell | 2012-10-09 | Blu-ray / DVD Combo | 263 | 260 | 025192153716 |
| 1401826 | The Theory of Everything - Blu-ray/DVD Combo | Felicity Jones | 2015-02-17 | Blu-ray / DVD Combo | 321 | 315 | 025192249808 |
| 1374911 | A Haunted House - Blu-ray/DVD Combo | Michael Tiddes | 2013-04-23 | Blu-ray / DVD Combo | 295 | 295 | 025192178450 |
| 1366409 | Moonrise Kingdom - Blu-ray/DVD Combo | Bruce Willis | 2012-10-16 | Blu-ray / DVD Combo | 233 | 233 | 025192155345 |
| 1401504 | Dumb and Dumber To - Blu-ray/DVD Combo | Jeff Daniels | 2015-02-17 | Blu-ray / DVD Combo | 255 | 255 | 025192223648 |
| 1401507 | Dragonheart 3: The Sorcerer's Curse - Blu-ray/DVD Combo | Colin Teague | 2015-02-24 | Blu-ray / DVD Combo | 280 | 279 | 025192199240 |
| 1402399 | The Man with the Iron Fists 2 (Unrated) - Blu-ray/DVD Combo | Roel Reine | 2015-04-14 | Blu-ray / DVD Combo | 238 | 238 | 025192242687 |
| 1389051 | Lone Survivor - Blu-ray/DVD Combo | Taylor Kitsch | 2014-06-03 | Blu-ray / DVD Combo | 224 | 224 | 025192175893 |
| 1400450 | Get On Up - Blu-ray/DVD Combo | Chadwick Boseman | 2015-01-06 | Blu-ray / DVD Combo | 105 | 104 | 025192230288 |
| 1387834 | Fast & Furious 6 - Blu-ray/DVD Combo | Justin Lin | 2014-02-13 | Blu-ray / DVD Combo | 207 | 207 | 025192170911 |
| 1382744 | R.I.P.D. - Blu-ray/DVD Combo | Robert Schwentke | 2013-10-22 | Blu-ray / DVD Combo | 174 | 173 | 025192123665 |
| 1400870 | The Boxtrolls - Blu-ray/DVD Combo | Jared Harris | 2015-01-20 | Blu-ray / DVD Combo | 83 | 81 | 025192211607 |
| 1401502 | Dracula Untold - Blu-ray/DVD Combo | Gary Shore | 2015-02-03 | Blu-ray / DVD Combo | 138 | 137 | 025192212413 |
| 1373233 | Silent Hill: Revelation - Blu-ray/DVD Combo | Adelaide Clemens | 2013-02-12 | Blu-ray / DVD Combo | 112 | 112 | 025192159565 |
| 1402051 | Unbroken - Blu-ray/DVD Combo | Domhnall Gleeson | 2015-03-24 | Blu-ray / DVD Combo | 127 | 118 | 025192223297 |
| 1290858 | Coraline Blu-ray / DVD Combo | Christopher Murrie | 2009-07-21 | Blu-ray / DVD Combo | 27 | 26 | 025195055147 |
| 1357638 | Contraband - Blu-ray/DVD Combo | Aaron Guzikowski | 2012-04-24 | Blu-ray / DVD Combo | 64 | 64 | 025192125669 |
| 1392310 | The Purge: Anarchy - Blu-ray/DVD Combo | Carmen Ejogo | 2014-10-21 | Blu-ray / DVD Combo | 72 | 72 | 25192212994 |
| 1388059 | Ride Along - Blu-ray/DVD Combo | Tim Story | 2014-04-15 | Blu-ray / DVD Combo | 71 | 71 | 025192181832 |
| 1402775 | Black Sea - Blu-ray/DVD Combo | Scoot McNairy | 2015-05-05 | Blu-ray / DVD Combo | 71 | 69 | 025192218255 |
| 1401822 | Kill the Messenger - Blu-ray/DVD Combo | Michael Cuesta | 2015-02-10 | Blu-ray / DVD Combo | 28 | 28 | 025192218514 |
| 1402049 | Song of the Sea - Blu-ray/DVD Combo | Tomm Moore | 2015-03-17 | Blu-ray / DVD Combo | 38 | 37 | 025192286957 |
| 1401038 | The Big Lebowski Steelbook - Blu-ray/DVD Combo | John Goodman | 2014-11-25 | Blu-ray / DVD Combo | 50 | 50 | 025192186912 |
| 1400005 | Wish I Was Here - Blu-ray/DVD Combo | Zach Braff | 2014-10-28 | Blu-ray / DVD Combo | 51 | 49 | 025192249068 |
| 1382108 | Despicable Me 2 3D - Blu-ray/DVD Combo | Chris Renaud | 2013-12-10 | Blu-ray / DVD Combo | 29 | 28 | 025192200519 |
| 1386678 | Dallas Buyers Club - Blu-ray/DVD Combo | Jean-Marc Vallee | 2014-02-04 | Blu-ray / DVD Combo | 41 | 41 | 025192211416 |
| 1401047 | Scarface Steelbook - Blu-ray/DVD Combo | Brian De Palma | 2014-11-25 | Blu-ray / DVD Combo | 39 | 38 | 025192186950 |
| 1391143 | The Signal - Blu-ray/DVD Combo | Olivia Cooke | 2014-09-23 | Blu-ray / DVD Combo | 32 | 32 | 025192244094 |
| 1390793 | Jarhead 2: Field of Fire Blu-ray/DVD Combo | Don Michael Paul | 2014-08-19 | Blu-ray / DVD Combo | 29 | 28 | 025192200113 |
| 1310330 | The Bourne Ultimatum - Blu-ray/DVD Combo | Paddy Considine | 2010-01-19 | Blu-ray / DVD Combo | 22 | 22 | 025192059049 |
| 1350738 | Cowboys & Aliens - Blu-ray/DVD Combo | Damon Lindelof | 2011-12-06 | Blu-ray / DVD Combo | 18 | 17 | 025192107184 |
| 1400028 | The Fluffy Movie - Blu-ray/DVD Combo | Gabriel Iglesias | 2014-10-21 | Blu-ray / DVD Combo | 27 | 27 | 025192251412 |
| 1401820 | Ouija - Blu-ray/DVD Combo | Olivia Cooke | 2015-02-03 | Blu-ray / DVD Combo | 12 | 12 | 025192123641 |
| 1400556 | As Above, So Below - Blu-ray/DVD Combo | Perdita Weeks | 2014-12-02 | Blu-ray / DVD Combo | 25 | 25 | 025192241277 |

| MMID | Title | Author | Pub_Date | Club_Format | IOH | Available | ISBN |
|---|---|---|---|---|---|---|---|
| 1352853 | The Scorpion King 3: Battle for Redemption - Blu-ray/DVD Combo | Brendan Cowles | 2012-01-10 | Blu-ray / DVD Combo | 19 | 19 | 025192124785 |
| 1386676 | The Best Man Holiday - Blu-ray/DVD Combo | Malcolm D. Lee | 2014-02-11 | Blu-ray / DVD Combo | 20 | 20 | 025192196461 |
| 1388351 | The Little Rascals Save the Day - Blu-ray/DVD Combo | Alex Zamm | 2014-04-01 | Blu-ray / DVD Combo | 20 | 20 | 025192169908 |
| 1371548 | Death Race 3: Inferno (Unrated) - Blu-ray/DVD Combo | Roel Reine | 2013-01-22 | Blu-ray / DVD Combo | 15 | 15 | 025192113253 |
| 1402782 | Seventh Son - Blu-ray/DVD Combo | Sergei Bodrov | 2015-05-26 | Blu-ray / DVD Combo | 18 | 16 | 025192218736 |
| 1400175 | Beethoven's Treasure Tail - Blu-ray/DVD Combo | Jonathan Silverman | 2014-10-28 | Blu-ray / DVD Combo | 13 | 13 | 025192214035 |
| 1387609 | Barbie the Pearl Princess - Blu-ray/DVD Combo | Animated | 2014-03-11 | Blu-ray / DVD Combo | 10 | 10 | 025192189272 |
| 1353927 | Tower Heist - Blu-ray/DVD Combo | Nina Arianda | 2012-02-21 | Blu-ray / DVD Combo | 10 | 10 | 025192135118 |
| 1400455 | A Walk Among the Tombstones - Blu-ray/DVD Combo | Boyd Holbrook | 2015-01-13 | Blu-ray / DVD Combo | 9 | 9 | 025192241284 |
| 1352907 | To Kill a Mockingbird 50th Anniversary Edition - Blu-ray/DVD Combo | Rosemary Murphy | 2012-01-31 | Blu-ray / DVD Combo | 7 | 6 | 025192127786 |
| 1369293 | ParaNorman - Blu-ray/DVD Combo | Chris Butler | 2012-11-27 | Blu-ray / DVD Combo | 9 | 9 | 025192155352 |
| 1373216 | Anna Karenina - Blu-ray/DVD Combo | Aaron Johnson | 2013-02-19 | Blu-ray / DVD Combo | 9 | 8 | 025192157318 |
| 1389053 | Non-Stop - Blu-ray/DVD Combo | Jaume Collet-Serra | 2014-06-10 | Blu-ray / DVD Combo | 12 | 8 | 025192184925 |
| 1388570 | Endless Love (2014) - Blu-ray/DVD Combo | Gabriella Wilde | 2014-05-27 | Blu-ray / DVD Combo | 12 | 11 | 025192212888 |
| 1385423 | Rush - Blu-ray/DVD Combo | Chris Hemsworth | 2014-01-28 | Blu-ray / DVD Combo | 7 | 7 | 025192172588 |
| 1375848 | Mama - Blu-ray/DVD Combo | Megan Charpentier | 2013-05-07 | Blu-ray / DVD Combo | 10 | 10 | 025192166907 |
| 1381225 | The Purge - Blu-ray/DVD Combo | Max Burkholder | 2013-10-08 | Blu-ray / DVD Combo | 10 | 7 | 025192183164 |
| 1383541 | 2 Guns - Blu-ray/DVD Combo | Baltasar Kormakur | 2013-11-19 | Blu-ray / DVD Combo | 5 | 5 | 025192167782 |
| 1359022 | The Grey - Blu-ray/DVD Combo | Dallas Roberts | 2012-05-15 | Blu-ray / DVD Combo | 6 | 5 | 025192148606 |
| 1359576 | American Pie 2 (Unrated) - Blu-ray/DVD Combo | Thomas Ian Nicholas | 2012-04-03 | Blu-ray / DVD Combo | 13 | 13 | 025192132575 |
| 1367273 | Ted (Unrated) - Blu-ray/DVD Combo | Seth MacFarlane | 2012-12-11 | Blu-ray / DVD Combo | 4 | 4 | 025192114649 |
| 1385418 | Riddick - Blu-ray/DVD Combo | David Twohy | 2014-01-14 | Blu-ray / DVD Combo | 4 | 4 | 025192171468 |
| 1374139 | Les Miserables - Blu-ray/DVD Combo | Tom Hooper | 2013-03-22 | Blu-ray / DVD Combo | 9 | 9 | 025192171307 |
| 1376772 | Identity Thief (Unrated)- Blu-ray/DVD Combo | Melissa McCarthy | 2013-06-04 | Blu-ray / DVD Combo | 3 | 3 | 025192161452 |
| 1400447 | The Scorpion King 4: Quest for Power - Blu-ray/DVD Combo | Lou Ferrigno | 2015-01-13 | Blu-ray / DVD Combo | 3 | 3 | 025192200953 |
| 1369587 | Smokey and the Bandit - Blu-ray/DVD Combo | Various | 2012-10-30 | Blu-ray / DVD Combo | 2 | 2 | 025192139987 |
| 1365283 | Harvey - Blu-ray/DVD Combo | Peggy Dow | 2012-08-28 | Blu-ray / DVD Combo | 2 | 2 | 025192128844 |
| 1390114 | Bad Words - Blu-ray/DVD Combo | Kathryn Hahn | 2014-07-08 | Blu-ray / DVD Combo | 1 | 1 | 025192224973 |
| 1387735 | 47 Ronin 3D - Blu-ray/DVD Combo | Carl Rinsch | 2014-04-01 | Blu-ray / DVD Combo | 5 | 0 | 025192233258 |
| 1374132 | This is 40 - Blu-ray/DVD Combo | Judd Apatow | 2013-03-22 | Blu-ray / DVD Combo | 143 | 143 | 025192114199 |
| 1371560 | Battlestar Galactica: Blood & Chrome - Blu-ray/DVD Combo | Luke Pasqualino | 2013-02-19 | Blu-ray / DVD Combo | 0 | 0 | 025192174865 |
| 1369582 | Pitch Perfect - Blu-ray/DVD Combo | Rebel Wilson | 2012-12-18 | Blu-ray / DVD Combo | 1 | 0 | 025192134340 |
| 1360734 | Safe House - Blu-ray/DVD Combo | Daniel Espinosa | 2012-06-05 | Blu-ray / DVD Combo | 0 | 0 | 025192124716 |
| 1356132 | Tinker Tailor Soldier Spy (2011) - Blu-ray/DVD Combo | Tomas Alfredson | 2012-03-20 | Blu-ray / DVD Combo | 0 | 0 | 025192149801 |
| 1291004 | Inglourious Basterds Special Edition - Blu-ray | Melanie Laurent | 2009-12-15 | Blu-ray | 267 | 267 | 025192015397 |
| 1290761 | Fast & Furious - Blu-ray | Jack Conley | 2009-07-28 | Blu-ray | 113 | 113 | 025195052108 |
| 1392088 | Holiday Inn - Blu-ray | Marjorie Reynolds | 2014-10-07 | Blu-ray | 205 | 205 | 25192117299 |
| 1400176 | It's a Very Merry Muppet Christmas Movie - Blu-ray | Kirk R. Thatcher | 2014-10-07 | Blu-ray | 185 | 185 | 025192231438 |
| 1388576 | Fast & Furious: The Complete Collection - Blu-ray | Various | 2014-05-13 | Blu-ray | 46 | 45 | 025192236259 |
| 1291002 | 9 - Blu-ray | Shane Acker | 2009-12-29 | Blu-ray | 99 | 99 | 025195054584 |
| 1401500 | My Old Lady - Blu-ray | Israel Horovitz | 2015-01-27 | Blu-ray | 65 | 65 | 025192281396 |
| 1401050 | King Kong vs. Godzilla - Blu-ray | Tadao Takashima | 2014-11-25 | Blu-ray | 118 | 118 | 025192231612 |
| 1391559 | Defiance: Season Two - Blu-ray | Grant Bowler | 2014-09-23 | Blu-ray | 53 | 53 | 025192208850 |
| 1401049 | Fried Green Tomatoes- Blu-ray | Jon Avnet | 2014-11-25 | Blu-ray | 93 | 93 | 025192073656 |
| 1312594 | Leap Year - Blu-ray (2010) | Amy Adams | 2010-05-04 | Blu-ray | 63 | 63 | 025192044212 |
| 1391561 | Grimm: Season Three - Blu-ray | David Giuntoli | 2014-09-16 | Blu-ray | 30 | 30 | 025192208775 |

| MMID | Title | Author | Pub_Date | Club_Format | IOH | Available | ISBN |
|---|---|---|---|---|---|---|---|
| 1401052 | Kindergarten Cop - Blu-ray | Penelope Ann Miller | 2014-11-25 | Blu-ray | 66 | 66 | 025192112775 |
| 1392312 | Bates Motel: Season Two - Blu-ray | Vera Farmiga | 2014-10-07 | Blu-ray | 16 | 16 | 25192213441 |
| 1401496 | The Guest - Blu-ray/DVD Combo | Dan Stevens | 2015-01-06 | Blu-ray | 22 | 22 | 025192275258 |
| 1401054 | Firestarter - Blu-ray | Mark L. Lester | 2014-11-25 | Blu-ray | 41 | 41 | 025192231360 |
| 1400003 | Dracula: Season One - Blu-ray | Jonathan Rhys Meyers | 2014-10-14 | Blu-ray | 50 | 50 | 025192208881 |
| 1392097 | Creature from the Black Lagoon - Blu-ray | Ricou Browning | 2014-09-02 | Blu-ray | 51 | 51 | 25192247736 |
| 1401498 | Racing Hearts - Blu-ray | Dominique Deruddere | 2015-01-13 | Blu-ray | 47 | 46 | 025192278709 |
| 1402047 | The Last of Robin Hood - Blu-ray | Wash Westmoreland | 2015-03-03 | Blu-ray | 49 | 49 | 025192262302 |
| 1340073 | What Dreams May Come - Blu-ray | Jessica Brooks Grant | 2011-05-03 | Blu-ray | 50 | 50 | 025192084669 |
| 1401048 | Gorillas in the Mist - Blu-ray | Bryan Brown | 2014-11-25 | Blu-ray | 17 | 17 | 025192222658 |
| 1290932 | Public Enemies - Blu-ray | Stephen Graham | 2009-12-08 | Blu-ray | 15 | 15 | 025195046558 |
| 1310332 | Smokin' Aces - Blu-ray | Taraji Henson | 2010-01-19 | Blu-ray | 17 | 17 | 025195053280 |
| 1389056 | Walk of Shame - Blu-ray | Steven Brill | 2014-06-17 | Blu-ray | 25 | 25 | 025192241154 |
| 1392095 | The Mummy (1932) - Blu-ray | Karl Freund | 2014-09-02 | Blu-ray | 19 | 19 | 25192247767 |
| 1381246 | Bates Motel: Season One - Blu-ray | Vera Farmiga | 2013-09-17 | Blu-ray | 12 | 12 | 025192199882 |
| 1296671 | Couples Retreat - Blu-ray | Tasha Smith | 2010-02-09 | Blu-ray | 18 | 18 | 025192057076 |
| 1392098 | Phantom of the Opera (1943) - Blu-ray | Jane Farrar | 2014-09-02 | Blu-ray | 16 | 16 | 25192247743 |
| 1401051 | King Kong Escapes - Blu-ray | Rhodes Reason | 2014-11-25 | Blu-ray | 6 | 6 | 025192231629 |
| 1334049 | Eternal Sunshine of the Spotless Mind - Blu-ray | Michel Gondry | 2011-01-25 | Blu-ray | 17 | 17 | 025192073748 |
| 1378686 | Charade 50th Anniversary Edition Blu-ray | Stanley Donen | 2013-07-09 | Blu-ray | 11 | 11 | 025192117398 |
| 1392096 | The Invisible Man - Blu-ray | William Harrigan | 2014-09-02 | Blu-ray | 11 | 11 | 25192247774 |
| 1296645 | Pride & Prejudice - Blu-ray (2005) | Matthew Macfadyen | 2010-01-26 | Blu-ray | 14 | 14 | 025192046810 |
| 1387738 | Touch of Evil Limited Edition - Blu-ray | Zsa Zsa Gabor | 2014-04-15 | Blu-ray | 11 | 11 | 025192233272 |
| 1388590 | The War Wagon - Blu-ray | Robert Walker Jr. | 2014-04-01 | Blu-ray | 13 | 13 | 025192225659 |
| 1290030 | American Gangster - Blu-ray | John Hawkes | 2008-10-14 | Blu-ray | 9 | 9 | 025195045681 |
| 1388589 | Two Mules for Sister Sara - Blu-ray | Shirley MacLaine | 2014-04-01 | Blu-ray | 8 | 8 | 025192225666 |
| 1289936 | The Scorpion King 2: Rise of a Warrior - Blu-ray | Randall McCormick | 2008-08-19 | Blu-ray | 12 | 12 | 025195046510 |
| 1401053 | Casper - Blu-ray | Brad Silberling | 2014-11-25 | Blu-ray | 7 | 7 | 025192184031 |
| 1335386 | Ray - Blu-ray | James L. White | 2011-02-01 | Blu-ray | 8 | 7 | 025192046834 |
| 1312595 | Apollo 13 15th Anniversary Edition - Blu-ray | William Broyles, Jr. | 2010-04-13 | Blu-ray | 9 | 7 | 025192046155 |
| 1335730 | Uncle Buck - Blu-ray | Garrett M. Brown | 2011-02-08 | Blu-ray | 9 | 9 | 025192094095 |
| 1290463 | The Bourne Trilogy - Blu-ray | William Blake Herron | 2012-08-17 | Blu-ray | 1 | 1 | 025195055666 |
| 1392092 | The Bride of Frankenstein - Blu-ray | Douglas Walton | 2014-09-02 | Blu-ray | 5 | 5 | 25192247798 |
| 1371562 | The Bone Collector - Blu-ray | Mike McGlone | 2013-01-08 | Blu-ray | 5 | 5 | 025192114335 |
| 1347715 | Hanna - Blu-ray | Eric Bana | 2011-09-06 | Blu-ray | 6 | 5 | 025192074660 |
| 1334046 | Backdraft Anniversary Edition - Blu-ray | Jennifer Jason Leigh | 2011-01-04 | Blu-ray | 5 | 4 | 025195053068 |
| 1367410 | Coral Reef: Mysterious Worlds Underwater 3D - Blu-ray | Documentary | 2013-01-08 | Blu-ray | 4 | 4 | 025192164699 |
| 1334048 | A Beautiful Mind - Blu-ray | Daniel Hanley | 2011-01-25 | Blu-ray | 5 | 5 | 025192082184 |
| 1290402 | U-571 - Blu-ray | Thomas Kretschmann | 2008-12-01 | Blu-ray | 5 | 5 | 025195041775 |
| 1344135 | Dante's Peak - Blu-ray | Jamie Renee Smith | 2011-07-26 | Blu-ray | 4 | 4 | 025192072949 |
| 1343670 | Dazed and Confused - Blu-ray | Richard Linklater | 2011-08-09 | Blu-ray | 4 | 4 | 025195053716 |
| 1376753 | Babe: Pig in the City 15th Anniversary - Blu-ray | Glenne Headly | 2013-05-07 | Blu-ray | 4 | 4 | 025192176760 |
| 1340072 | Legend Ultimate Edition - Blu-ray | Kiran Shah | 2011-05-31 | Blu-ray | 3 | 3 | 025192072918 |
| 1389510 | Harry and the Hendersons - Blu-ray | Margaret Langrick | 2014-04-22 | Blu-ray | 3 | 3 | 025192112133 |
| 1378687 | The Jerk - Blu-ray | David V. Picker | 2013-07-09 | Blu-ray | 2 | 2 | 025192112072 |
| 1313497 | Elizabeth - Blu-ray | Kelly McDonald | 2010-04-27 | Blu-ray | 2 | 2 | 025192047176 |

| MMID | Title | Author | Pub_Date | Club_Format | IOH | Available | ISBN |
|---|---|---|---|---|---|---|---|
| 1290034 | Casino - Blu-ray | Martin Scorsese | 2008-10-14 | Blu-ray | 3 | 3 | 025195045643 |
| 1389371 | Torn Curtain - Blu-ray | Lila Kedrova | 2014-05-06 | Blu-ray | 2 | 2 | 025192182334 |
| 1402401 | Maps to the Stars - Blu-ray | Mia Wasikowska | 2015-04-14 | Blu-ray | 0 | 0 | 025192277672 |
| 1392093 | The Wolf Man - Blu-ray | Lon Chaney Jr. | 2014-09-02 | Blu-ray | 0 | 0 | 25192247750 |
| 1388587 | Joe Kidd - Blu-ray | Robert Duvall | 2014-04-01 | Blu-ray | 2 | 0 | 025192225680 |
| 1387737 | Double Indemnity Limited Edition - Blu-ray | Fred MacMurray | 2014-04-15 | Blu-ray | 0 | 0 | 025192126314 |
| 1382728 | Weird Science (1985) Blu-ray | Kelly LeBrock | 2013-10-15 | Blu-ray | 0 | 0 | 025195054331 |
| 1290870 | Waterworld - Blu-ray | Gerard Murphy | 2009-10-20 | Blu-ray | 1 | 0 | 025192034428 |
| | | | | **Total Units:** | **67539** | **66637** | |