# EXHIBIT B



**Marsha A. Houston**
Direct Phone: +1 213 457 8067
Email: mhouston@reedsmith.com

Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
Tel +1 213 457 8000
Fax +1 213 457 8080
reedsmith.com

May 28, 2015

**Via Certified Mail and U.S. Mail**

Direct Brands, Inc.
2 Park Avenue, 10th Floor
New York, NY 10016
Attn: Clif Knight

Re:   **USHE / DBI - Agreement dated December 16, 2004; Clarification of May 27, 2015 Notice of Termination**

Dear Mr. Knight:

This letter serves to correct the second paragraph of the May 27, 2015 termination letter to you. The first sentence of paragraph 2 is corrected as follows: "This letter confirms USHE's May 21, 2015, telephone conversation with you, in which we discussed DBI's failure to pay USHE since the payment made in connection with the statement for the period ending March 31, 2014, and DBI's ongoing cash issues."

Very truly yours,

*Marsha A. Houston*

Marsha A. Houston

cc:   General Counsel; Director of Business Affairs - Video