**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)
S. Jason Teele, Esq.
Jeffrey J. Wild, Esq.

*Proposed counsel for the Official Committee of Unsecured Creditors
of Filmed Entertainment Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FILMED ENTERTAINMENT INC., | Case No. 15-12244 (SCC) |
| Debtor. | |

### CERTIFICATE OF SERVICE

Cassandra M. Porter, being duly sworn deposes and says:

1. I am an attorney with the firm of Lowenstein Sandler LLP and admitted to practice before this Court.

2. I certify that on September 3, 2015, I caused *the Response and Reservation of Rights of the Official Committee of Unsecured Creditors of Filmed Entertainment Inc. to Relief Sought in Certain "First Day" Motions Scheduled for Hearing on September 8, 2015.* (Docket No. 54) (the "Response") to be electronically filed on this Court's docket for the above-captioned matter.

3. I further certify that I caused a copy of the Response to be sent by electronic mail and/or first class mail to those persons identified on the service list attached hereto.

Dated: Roseland, New Jersey
         September 4, 2015

                                                  /s/ *Cassandra Porter*
                                                  Cassandra M. Porter

## SERVICE LIST

Griffin Hamersky P.C.
485 Madison Avenue
7th Floor
New York, NY 10022

Andrea B. Schwartz, Esq.
U.S. Department of Justice
Office of the U.S. Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Wanda Borges, Esq.
Borges & Associates, LLC
575 Underhill Blvd., Suite 118
Syosset, New York 11791

Elisabeth B. Fry, Esq.
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C. 20005

TN Dept of Revenue
c/o TN Attorney General's Office, Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-0207

Michael L. Tuchin
Martin Kostov
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067

Christopher A. Lynch, Esq.
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022

Marsha A. Houston, Esq.
Christopher O. Rivas, Esq.
REED SMITH LLP
355 South Grand Avenue
Los Angeles, CA 90071

Jerrold S. Kulback, Esquire
Archer & Greiner, P.C.
One Liberty Place, 32nd Floor
1650 Market Street
Philadelphia, PA 19103-7393