UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                                        :

In re:                             :        Chapter 11
                                          :

FILMED ENTERTAINMENT INC.,     :
                                          :        Case No. 15-12244 (SCC)

                   Debtor.[1]     :
                                          :
---------------------------------------------------------------X

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING THE DEBTOR'S SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS

Filmed Entertainment Inc. (the "Debtor") as debtor and debtor in possession in the above-captioned chapter 11 case (the "Chapter 11 Case") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") has filed its Schedules and Statements of Financial Affairs (collectively, the "Statements") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). The Debtor, with the assistance of their advisors, prepared the Statements in accordance with section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

Clifton B. Knight, Jr. has signed the Statements. Mr. Knight is the Executive Vice President of Legal and Business Affairs and the authorized signatory for the Debtor. In reviewing and signing the Statements, Mr. Knight has necessarily relied upon the efforts, statements and representations of with reliance on appropriate corporate officers, and professional advisors.

Although the Debtor has made reasonable efforts to ensure the accuracy and completeness of such financial information, subsequent information or discovery may result in material changes to the Statements. As a result, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend or supplement the Statements as is necessary and appropriate.

The Statements should not be relied upon by any persons for information relating to current or future financial conditions, events or performance of the Debtor.

---

[1]    The last four digits of the Debtor's federal tax identification number are 3867.

B 6 Summary (Official Form 6 - Summary) (12/14)

# UNITED STATES BANKRUPTCY COURT

### Southern District of New York

In re  Filmed Entertainment Inc. _____ ,           Case No.  15-12244 (SCC) _____
　　　　　　　*Debtor*

　　　　　　　　　　　　　　　　　　　　　　　　　Chapter  11 _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 9 | $ 3,009,738.26 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 800,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | $ 64,061.05 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $ 17,366,057.97 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | No | | | | $ |
| TOTAL | | 23 | $ 3,009,738.26 | $ 18,230,119.02 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Filmed Entertainment Inc.           ,          Case No.  15-12244 (SCC)
        *Debtor*

Chapter  11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 64,061.05 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 10,249,208.00 |
| TOTAL | $ 10,313,269.05 |

State the following:

| | |
|---|---|
| Average Income  (from Schedule I, Line 12) | $ |
| Average Expenses (from Schedule J, Line 22) | $ |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 64,061.05 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 17,366,057.97 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 17,366,057.97 |

B6A (Official Form 6A) (12/07)

In re  Filmed Entertainment Inc.
                    Debtor
                                                    Case No.  15-12244 (SCC)
                                                                    (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total▶ | 0.00 | |

(Report also on Summary of Schedules.)

B 6B (Official Form 6B) (12/07)

In re  Filmed Entertainment Inc.                              ,        Case No.   15-12244 (SCC)
        **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | x | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | JPMorgan Chase Bank - New York, NY | | 456,899.36 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | x | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | x | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Various artwork in storage - New York, NY (net book value) | | 0.00 |
| 6. Wearing apparel. | x | | | |
| 7. Furs and jewelry. | x | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | x | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | x | | | |
| 10. Annuities. Itemize and name each issuer. | x | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | x | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re  Filmed Entertainment Inc.                         ,          Case No.   15-12244 (SCC)
              **Debtor**                                                            **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | x | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | x | | | |
| 14. Interests in partnerships or joint ventures.  Itemize. | x | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | x | | | |
| 16. Accounts receivable. | | Gross Accounts Receivable - New York, NY | | 1,782,440.21 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | x | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | x | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | x | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | x | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | x | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re   Filmed Entertainment Inc.                                    ,          Case No.   15-12244 (SCC)
                    **Debtor**                                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | See attached Schedule 22 Addendum | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | See attached Schedule 23 Addendum | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | x | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | x | | | |
| 26. Boats, motors, and accessories. | x | | | |
| 27. Aircraft and accessories. | x | | | |
| 28. Office equipment, furnishings, and supplies. | | Various Furniture and Office Supplies - New York, NY (net book value) | | 0.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | x | | | |
| 30. Inventory. | | Gross Finished Goods - Hanover, PA | | 717,262.22 |
| 31. Animals. | x | | | |
| 32. Crops - growing or harvested. Give particulars. | x | | | |
| 33. Farming equipment and implements. | x | | | |
| 34. Farm supplies, chemicals, and feed. | x | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | DVD Royalty System (Spantech Software) - New York, NY | | 53,136.47 |

_6_ continuation sheets attached      Total ▶        $        3,009,738.26

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

In re Filmed Entertainment Inc.
Case No. 15–12244 (SCC)

Schedule B22 Addendum - Patents, copyrights, and other intellectual property

| Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption |
|---|---|
| Trademark License Agreement for COLUMBIA HOUSE dated 6/21/02. Owner: Sony Music Entertainment, Inc. Jurisdiction of registration: US. Registration numbers: COLUMBIA HOUSE & Design – 2,163,365, COLUMBIA HOUSE – 2,188,791. Registration dates: COLUMBIA HOUSE & Design – 6/9/98, COLUMBIA HOUSE – 9/15/98. | Unknown |
| Domain names: | Unknown |
| 1columbiahouse.com | Unknown |
| 1pricecd.com | Unknown |
| 1pricecds.com | Unknown |
| 1pricedcd.com | Unknown |
| 1pricedcds.com | Unknown |
| 1pricemusic.com | Unknown |
| blufriday.com | Unknown |
| canadamusicclub.com | Unknown |
| ccolumbiahouse.com | Unknown |
| cdhqcanada.com | Unknown |
| cdlounge.com | Unknown |
| cdnow.com | Unknown |
| cdnowpbc.com | Unknown |
| cdx.com | Unknown |
| ch-tv.com | Unknown |
| chdvd.com | Unknown |
| chdvdclub.com | Unknown |
| chfamilyaisle.com | Unknown |
| chfamilyroom.com | Unknown |
| chmovie.com | Unknown |
| chtvclub.com | Unknown |
| classictvoffer.com | Unknown |
| clubdisc.com | Unknown |

In re Filmed Entertainment Inc.
Case No. 15–12244 (SCC)

| Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption |
|---|---|
| colambiahouse.com | Unknown |
| colubmiahouse.com | Unknown |
| columbaihouse.com | Unknown |
| columbiahouse.com | Unknown |
| columbiahouse2.com | Unknown |
| columbiahousebluray.com | Unknown |
| columbiahousedvd.com | Unknown |
| columbiahousedvdmembership.com | Unknown |
| columbiahousefamilyaisle.com | Unknown |
| columbiahousefamilyroom.com | Unknown |
| columbiahousetv.com | Unknown |
| columbiehouse.com | Unknown |
| columbishousecanada.com | Unknown |
| colummbiahouse.com | Unknown |
| comlumbiahouse.com | Unknown |
| dgna.com | Unknown |
| directbrands.biz | Unknown |
| directbrands.com | Unknown |
| directbrands.us | Unknown |
| directbrands.us.com | Unknown |
| directgroupna.biz | Unknown |
| directgroupna.com | Unknown |
| directgroupna.net | Unknown |
| directsips.com | Unknown |
| discdeal.com | Unknown |
| dvdplayerdeal.com | Unknown |
| dvdromancelibrary.com | Unknown |
| dvdsteal.com | Unknown |
| family-aisle.com | Unknown |
| familyaisle.com | Unknown |
| familyisle.com | Unknown |

In re Filmed Entertainment Inc.
Case No. 15–12244 (SCC)

| Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption |
|---|---|
| favoritetvoffer.com | Unknown |
| freshcupdirect.com | Unknown |
| getyourmusic.com | Unknown |
| grabyourmusic.com | Unknown |
| grabyourmusic.net | Unknown |
| greatdvddeal.com | Unknown |
| hearyourmusic.com | Unknown |
| hearyourmusic.net | Unknown |
| joinch.com | Unknown |
| joinchc.com | Unknown |
| joincolumbiahouse.com | Unknown |
| joinyourmusic.com | Unknown |
| joinyourmusic.net | Unknown |
| mobilemusicclub.com | Unknown |
| mobilemusicclub.net | Unknown |
| mobilemusiclub.com | Unknown |
| musicboulevard.com | Unknown |
| musidex.com | Unknown |
| myplaymusic.com | Unknown |
| mysterytvoffer.com | Unknown |
| new-worlddirect.com | Unknown |
| newworlddirect.com | Unknown |
| oclumbiahouse.com | Unknown |
| onepricecd.com | Unknown |
| onepricecds.com | Unknown |
| onepricedcd.com | Unknown |
| onepricedcds.com | Unknown |
| onepricemusic.com | Unknown |
| pzmc.com | Unknown |
| ritmoypasion.com | Unknown |
| ritmoypasionahora.com | Unknown |

In re Filmed Entertainment Inc.
Case No. 15–12244 (SCC)

| Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption |
| --- | --- |
| s-sips.com | Unknown |
| sarahthetiara.com | Unknown |
| savingsdirecttoyou.com | Unknown |
| selectsips.com | Unknown |
| simplesips.com | Unknown |
| sipplus.com | Unknown |
| soundandspiritcds.com | Unknown |
| soundandspiritclub.com | Unknown |
| startym.com | Unknown |
| startym.net | Unknown |
| startyourmusic.com | Unknown |
| startyourmusic.net | Unknown |
| tellafriendnow.com | Unknown |
| tellafriendtoday.com | Unknown |
| tryyourmusic.com | Unknown |
| tryyourmusic.net | Unknown |
| tvatcolumbiahouse.com | Unknown |
| tvcolumbiahouse.com | Unknown |
| tvfavoritesoffer.com | Unknown |
| tvgreats.com | Unknown |
| vitaminshealthplus.com | Unknown |
| yourmovies.com | Unknown |
| yourmusic.com | Unknown |
| yourmusic.net | Unknown |
| yourmusicjoin.com | Unknown |
| yourmusicjoin.net | Unknown |
| yourmusicplus.com | Unknown |
| yourmusicservice.com | Unknown |
| yourmusicservice.net | Unknown |
| yourmusicsite.com | Unknown |
| yourmusicsite.net | Unknown |

In re Filmed Entertainment Inc.
Case No. 15–12244 (SCC)

| Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption |
|---|---|
| yourmusicstart.com | Unknown |
| yourmusicstart.net | Unknown |
| yourtvfavorites.com | Unknown |
| yourtvondvd.com | Unknown |
| yrmus.com | Unknown |

In re Filmed Entertainment Inc.
Case No. 15-12244 (SCC)

| Schedule B23 Addendum - Licenses, franchises, and other general intangibles | |
|---|---|
| **Description and Location of Property** | **Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption** |
| Trademark License Agreement for COLUMBIA HOUSE dated 6/21/02.  Owner: Sony Music Entertainment, Inc.  Jurisdiction of registration:  US. Registration numbers: COLUMBIA HOUSE & Design – 2,163,365, COLUMBIA HOUSE – 2,188,791.  Registration dates: COLUMBIA HOUSE & Design – 6/9/98, COLUMBIA HOUSE – 9/15/98 | Unknown |
| | |
| Anchor Bay Entertainment [Studio license for US] | Unknown |
| FUNimation Productions, Ltd. [Studio license for US] | Unknown |
| RLJ Entertainment, Inc. (f/k/a Image Entertainment, Inc.) [Studio license for US] | Unknown |
| Lightyear Entertainment, L.P. [Studio license for US] | Unknown |
| MGM Home Entertainment LLC [Studio license for US] | Unknown |
| Millennium Media Services, Inc.  [Studio license for US] | Unknown |
| MPI Home Video, Inc.  [Studio license for US] | Unknown |
| Paramount Home Entertainment, Inc.  [Studio license for US] | Unknown |
| Screen Media Ventures, LLC  [Studio license for US] | Unknown |
| Sony Pictures Home Entertainment Inc.  [Studio license for US] | Unknown |
| Virgil Films and Entertainment LLC [Studio license for US] | Unknown |
| Pitney Bowes Software Inc. [Perpetual License to Code 1 Plus, List ConversionPlus and Verimove Software] | Unknown |
| IBM [Tivolia Workload Scheduler] | Unknown |
| Log Rhythm [Software for Security Incident Management] | Unknown |
| McAfee Security [network security software] | Unknown |
| Monotype Imaging [Fonts license] | Unknown |
| Oracle America, Inc. [Perpetual Licenses] | Unknown |
| Quest Software [License for TOAD and Litespeed] | Unknown |
| Vormetric [License for CoreGuard Encryption Sofware] | Unknown |
| Microsoft Licensing GP [Perpetual Licenses for varied software] | Unknown |
| Art Technology Group (now owned by Oracle)[Limited site Master Dyamo Ordering License | Unknown |
| Aspect Software, Inc. [Workforce Management Business Day Support Plan Software] | Unknown |
| BMC Software [License of UNLOAD PLUS for DB2 software] | Unknown |
| Canon Financial Services, Inc. [License for PRISMApro v. 4 software] | Unknown |
| CA Technologies (Computer Associaates) [Clarity Software] | Unknown |
| Endeca Technologies, Inc. (nowowned by Oracle) [Search Engine Customization software perpetual license] | Unknown |
| VMware [VMware software licenses] | Unknown |

B6C (Official Form 6C) (04/13)

In re  Filmed Entertainment Inc. _____ ,    Case No. _15-12244 (SCC)_____
                        *Debtor*                                                            *(If known)*

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                       $155,675.*
☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| None | | | |

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6D (Official Form 6D) (12/07)

In re **Filmed Entertainment Inc.**     ,     Case No. **15-12244 (SCC)**
             **Debtor**                                         **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HCL America Inc.<br>330 Potero Avenue<br>Sunnyvale, CA 94085 | | | 7/22/14<br>All Debtor's assets, personal and fixture.<br><br>VALUE $ | | | | 800,000.00 | 0.00 |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |

  **0**   continuation sheets attached

Subtotal ▶ (Total of this page)      $   800,000.00      $   0.00

Total ▶ (Use only on last page)      $   800,000.00      $   0.00

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13)

In re  Filmed Entertainment Inc.                          Case No.  15-12244 (SCC)
_____                          _____
            Debtor                                                  (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."      If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

    * Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6E (Official Form 6E) (04/13) – Cont.

In re __Filmed Entertainment Inc._____ ,     Case No.__15-12244 (SCC)_____
         *Debtor*                                              *(if known)*

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

__2__ continuation sheets attached

B6E (Official Form 6E) (04/13) – Cont.

In re   Filmed Entertainment Inc.                     ,          Case No.   15-12244 (SCC)
                        _____                                          _____
                        Debtor                                                 (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  See attached Schedule E Addendum | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Sheet no. _1_ of _2_ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotals► (Totals of this page) | | | | $ 64,061.05 | $ 64,061.05 | 0.00 |
| | | | Total► (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | $ 64,061.05 | | |
| | | | Totals► (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | $ 64,061.05 | $ 0.00 |

In re Filmed Entertainment Inc.
Case No. 15–12244 (SCC)
Schedule E Addendum – Creditors Holding Unsecured Priority Claims

Schedule E Addendum – Creditors Holding Unsecured Priority Claims

| Creditor Name | Address1 | Address2 | City | State | Zip | Country | Codebtor | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount Not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Internal Revenue Service | 290 Broadway | | New York | NY | 10007 | | | As of 8/10/15 | x | | | $50,000.00 | $50,000.00 | $0.00 |
| Illinois Department of Revenue | Retailers' Occupation Tax | | Springfield | IL | 62796-0001 | USA | | As of 8/10/15 | | x | | $1,199.93 | $1,199.93 | $0.00 |
| Illinois Department of Revenue | Retailers' Occupation Tax | | Springfield | IL | 62796-0001 | USA | | As of 8/10/15 | | x | | $60.00 | $60.00 | $0.00 |
| Illinois Department of Revenue | P.O. Box 19004 | | Springfield | IL | 62794-9004 | USA | | As of 8/10/15 | | x | | $2,000.00 | $2,000.00 | $0.00 |
| New Jersey Division of Taxation | P.O. Box 999 | | Trenton | NJ | 08646-0999 | USA | | As of 8/10/15 | | x | | $893.13 | $893.13 | $0.00 |
| New York State Sales Tax | Prompt Tax-Sales Tax | P.O. Box 15172 | Albany | NY | 12212-5172 | USA | | As of 8/10/15 | | x | | $1,003.84 | $1,003.84 | $0.00 |
| Pennsylvania Bureau of Corporation Taxes | P.O. Box 280427 | | Harrisburg | PA | 17128-0427 | USA | | As of 8/10/15 | | x | | $4,000.00 | $4,000.00 | $0.00 |
| Pennsylvania Department of Revenue | Bureau of Business Trust Fund Taxes, EFT Unit | 9th Floor, Strawberry Square, Fourth and Walnut Streets | Harrisburg | PA | 17128-0908 | USA | | As of 8/10/15 | | x | | $1,679.15 | $1,679.15 | $0.00 |
| State of Delaware | Division of Corporations | P.O. Box 898 | Dover | DE | 19903 | USA | | As of 8/10/15 | | x | | $225.00 | $225.00 | $0.00 |
| State of New Jersey Division of Taxation | Revenue Processing Center | P.O. Box 666 | Trenton | NJ | 08646-0666 | USA | | As of 8/10/15 | | x | | $3,000.00 | $3,000.00 | $0.00 |

B 6F (Official Form 6F) (12/07)

In re  Filmed Entertainment Inc. _____ ,        Case No.  15-12244 (SCC) _____
_____ Debtor                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> See attached Schedule F Addendum | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | Subtotal▶ | | | $ |
| _2___ continuation sheets attached | | | Total▶ <br> (Use only on last page of the completed Schedule F.) <br> (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ <br> 17,366,057.97 |

In re Filmed Entertainment Inc.
Case No. 15-12244 (SCC)
Schedule F Addendum – Creditors Holding Unsecured Nonpriority Claims

Schedule F Addendum – Creditors Holding Unsecured Nonpriority Claims

| Creditor Name | Address1 | Address2 | City | State | Zip | Country | Codebtor | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACORN MEDIA | 8515 Georgia Avenue, Suite 650 | | Silver Spring | MD | 20910 | USA | | As of 8/10/15 | | | | $ 1,473.89 |
| Anchor Bay Entertainment, LLC | 9242 Beverly Blvd., Suite 20 | Attn: Dan Beaton | Beverly Hills | CA | 90201 | USA | | As of 8/10/15 | | | x | $ 96,861.81 |
| Aon Consulting, Inc. | PO Box 95135 | | Chicago | IL | 60694-5138 | USA | | As of 8/10/15 | | | | $ 7,041.66 |
| Arraya | 523 Plymouth Road, Suite 212 | | Plymouth Meeting | PA | 19462 | USA | | As of 8/10/15 | | | | $ 19,000.00 |
| Avalara, Inc. | 100 Ravine Lane NE Suite 220 | | Bainbridge Island | WA | 98110 | USA | | As of 8/10/15 | | | x | $ 115,600.00 |
| Avaya Inc. | 14400 Hertz Quail Spring Parkway | | Oklahoma City | OK | 73134 | USA | | As of 8/10/15 | | | x | $ 79,000.00 |
| Baker& Taylor | P O Box 277938 | | Atlanta | GA | 30384-7930 | USA | | As of 8/10/15 | | | | $ 579.50 |
| Bookspan LLC | 2 Park Ave | 10th Floor | New York | NY | 10016 | USA | | As of 8/10/15 | | | | $ 1,214,180.72 |
| CBS Home Entertainment Inc | 1700 Broadway, 33rd FL | Attn: Kenneth L. Ross | New York | NY | 10019 | USA | | As of 8/10/15 | | | | $ 36,623.00 |
| Christian, Valerie | 3 Rock Ridge Road | | Larchmont | NY | 10538 | USA | | As of 8/10/15 | | | | $ 73,198.00 |
| Cognizant Technology Solutions U.S. Corp. | 500 Frank W. Burr Blvd., Suite 50 | C/O John C. Scalzo, Esq. | Teaneck | NJ | 07666 | USA | | As of 8/10/15 | | x | x | $ 492,000.00 |
| Colin, Jr., Ralph | P.O.Box 1759 | | Manchester Cen | VT | 05255 | USA | | As of 8/10/15 | | | | $ 180,825.00 |
| Conway Freight | 2211 Old Earhart Road Suite 100 | Ph: (734) 994-6600 | Ann Arbor | MI | 48105-2751 | USA | | As of 8/10/15 | | | | $ 25,000.00 |
| Equinix, Inc. | One Lagoon Drive, 4th FL | | Redwood City | CA | 94065 | USA | | As of 8/10/15 | | | x | $ 61,048.00 |
| FUNIMATION | 1200 Lakeside Parkway, Building 1 | | Flower Mount | TX | 75028 | USA | | As of 8/10/15 | | | | $ 6,840.94 |
| GREEN APPLE | 123 NW 13th Street, Suite 206 | | Boca Raton | FL | 33432 | USA | | As of 8/10/15 | | | | $ 365.61 |
| HEARST/ABC/NBC - A & E | 959 EIGHTH AVENUE | | New York | NY | 10019 | USA | | As of 8/10/15 | | | | $ 4,934.64 |
| Highwinds Network Group, Inc. | 807 Morse Blvd. Ste.101 | Attn: Nick Kauten | Winter Park | FL | 32789 | USA | | As of 8/10/15 | | | x | $ 32,000.00 |
| Innerworkings Inc. | P.O. Box 842426 | Attn: Accounts Receivable | Boston | MA | 02284-2426 | USA | | As of 8/10/15 | | | | $ 3,356.00 |
| Intelliprint Solutions, Inc | 3930 CHAMBERS HILL ROAD | | Harrisburg | PA | 17111 | USA | | As of 8/10/15 | | | | $ 885.50 |
| Kuroi, Sharon | 3188 Old Ranch Drive | | Santa Rosa | CA | 95405 | USA | | As of 8/10/15 | | x | | $ 1,394,713.00 |
| Level 3 Communications, LLC | 1025 Eldorado Blvd. | C/O Keith Lewis, Esq. | Broomfield | CO | 80021 | USA | | As of 8/10/15 | | | x | $ 51,000.00 |
| LIGHT YEAR ENT | 13739 N. Chandler Blvd | | Sherman Oaks | CA | 91401 | USA | | As of 8/10/15 | | | | $ 245.76 |
| Lions Gate Films, Inc. | 2700 Colorado Ave. | Attn: Ron Schwartz | Santa Monica | CA | 90404 | USA | | As of 8/10/15 | | | x | $ 167,598.38 |
| MAVERICK SOFTWARE | 1191 East Newport Center Drive | | Deerfield Beach | FL | 33442 | USA | | As of 8/10/15 | | | | $ 1,502.58 |
| McQueen, Norman | 131 Garden Trace | | San Antonio | TX | 78260 | USA | | As of 8/10/15 | | x | | $ 336,184.00 |
| Mercantile Adjustment Bureau | 165 Lawrence Bell Drive, Suite 100 | | Williamsville | NY | 14221 | USA | | As of 8/10/15 | | | | $ 70,586.83 |
| Microsoft | P.O Box 842103 | | Dallas | TX | 75284-2103 | USA | | As of 8/10/15 | | | | $ 9,900.00 |
| MILLENNIUM (FIRST LOOK HOME ENT.) | 52 BOLWARRA ROAD ELANORA HEIGHTS NSW | | ELANORA HEIGHTS NSW | N/A | 02101 | Australia | | As of 8/10/15 | | | | $ 15,532.22 |
| MPI HOME VIDEO INC. | 16101 South 108th Ave | | Orland Park | IL | 60462 | USA | | As of 8/10/15 | | | | $ 21,782.94 |
| MPI Media Group | 16101 South 108th Avenue | | Orland Park | IL | 60467 | USA | | As of 8/10/15 | | | | $ 4,062.30 |
| Najafi Companies | 2525 E Camelback Rd, Suite 850 | Attn: Tina Rhodes-Hall | Phoenix | AZ | 5016 | USA | | As of 8/10/15 | | | | $ 137,500.00 |
| Neustar | P.O. Box 277833 | | Atlanta | GA | 30384 | USA | | As of 8/10/15 | | | | $ 3,100.00 |
| NEW VIDEO GROUP | 902 Broadway, 9th Floor | | New York | NY | 10010 | USA | | As of 8/10/15 | | | | $ 14,509.23 |
| OLIVE FILMS | 1528 W Adams Street, #1 | | Chicago | IL | 60607 | USA | | As of 8/10/15 | | | | $ 5,073.40 |
| Ostroff, William | 23 Park Place | | Short Hills | NJ | 07078-2825 | USA | | As of 8/10/15 | | x | | $ 13,018.00 |
| OUR ALCHEMY, LLC | 5900 WILSHIRE BLVD, 18TH FLOOR | | Los Angeles | CA | 90036 | USA | | As of 8/10/15 | | | | $ 666.70 |
| Paramount Home Entertainment Inc | 5555 Melrose Avenue | Attn: Margie Pacacha | Hollywood | CA | 90038-3197 | USA | | As of 8/10/15 | | | x | $ 146,018.96 |

In re Filmed Entertainment Inc.
Case No. 15-12244 (SCC)
Schedule F Addendum – Creditors Holding Unsecured Nonpriority Claims

| Creditor Name | Address1 | Address2 | City | State | Zip | Country | CoDebtor | Date Claim was incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension Benefit Guaranty Corporation | 1200 K Street, N.W. | Attn: Michael Strollo, Financial Analyst | Washington | DC | 20005-4026 | USA | | As of 8/10/15 | | | | $ 1,829,462.00 |
| Pinkerton, Max | 108 Aspen Circle | | Leesburg | FL | 34748 | USA | | As of 8/10/15 | | x | | $ 163,436.00 |
| RLU Entertainment, Inc., successor-in-interest to Image Entertainment, Inc. | The Trillium – East Tower 6320 Canoga Avenue, 8th Floor | Attn: Jess De Leo | Woodland Hills | CA | 91367 | USA | | As of 8/10/15 | | | | $ 42,264.66 |
| SCREEN MEDIA | 757 Third Ave -3rd Floor | | New York | NY | 10017 | USA | | As of 8/10/15 | | | | $ 7,391.11 |
| Screen Media | 757 Third Avenue 3rd Floor | | New York | NY | 10017 | USA | | As of 8/10/15 | | | | $ 158.10 |
| SIR Properties Trust | 1201 N. Market Street, Suite 2100 | DLA Piper LLP (US), Attn: John L. Reed, Esq. | Wilmington | DE | 19801 | USA | | Litigation Claim | x | x | x | - |
| Sony Pictures Home Entertainme | Po Box 120001 Department 0648 | | Dallas | TX | 75312-0648 | USA | | As of 8/10/15 | | | | $ 14,415.70 |
| Sony Pictures Home Entertainment, Inc. | 10202 West Washington Boulevard | Attn: Karyn Filek | Culver City | CA | 90232 | USA | | As of 8/10/15 | | | | $ 64,778.00 |
| Source HOV | PO Box 342589 Drawer 9092 | | Irving | TX | 75014 | USA | | As of 8/10/15 | | | | $ 7,000.00 |
| StyleOwner, Inc. | P.O. Box 3631 | Hoffheimer Gartlir & Gross, LLP, Attn: Craig Weiner, Esq. | New York | NY | 10163-3631 | USA | | Litigation Claim | x | x | | - |
| Summit Distribution, LLC | 1601 Cloverfield Boulevard, Suite 200 South Tower | Attn: Ron Schwartz | Santa Monica | CA | 90404 | USA | | As of 8/10/15 | | | | $ 41,157.78 |
| The Bank of New York Mellon | 5100 Poplar Avenue, Suite 1000 | Attn: BNY Mellon Lease Administration | Memphis | TN | 38137 | USA | | As of 8/10/15 | | | | $ 127,730.61 |
| The Northern Trust Company | 40 W. 57th St. | | New York | NY | 10019 | USA | | As of 8/10/15 | x | | | - |
| Totally Awesome Warehouse | 348 Poplar Street | | Hanover | PA | 17331 | USA | | As of 8/10/15 | | | | $ 21,939.45 |
| Universal Studios Home Entertainment LLC | 10 Universal City Plaza, 4th Floor | Attn: Jed Lackman | Universal City | CA | 91608 | USA | | As of 8/10/15 | | | | $ 1,016,279.28 |
| USPS DISBURSING OFFICER | PO BOX 21666 | | Eagan | MN | 55121-0666 | USA | | As of 8/10/15 | | | | $ 451.52 |
| Verizon Business | PO Box 660794 Dallas | | Dallas | TX | 5266-0794 | USA | | As of 8/10/15 | | | | $ 332.66 |
| Verizon Business Network Services, Inc. on behalf of Cybertrust, Inc | 22001 Loudon County Parkway | | Ashburn | VA | 20147 | USA | | As of 8/10/15 | | | x | $ 800,000.00 |
| VIRGIL FILMS (formerly kn | 407 Broome Street, Suite 6A | | New York | NY | 10013 | USA | | As of 8/10/15 | | | | $ 1,524.37 |
| Warner Home Entertainment, Inc. | 4000 Warner Blvd. | Attn: Michael Rweyemamu | Burbank | CA | 91522 | USA | | As of 8/10/15 | | x | | $ 290,894.16 |
| Whitkanack, Fred | 10573 N CO Rd 300 W | | Brazil | IN | 47834 | USA | | As of 8/10/15 | x | | | $ 132,176.00 |
| Wolter, Richard | 60 Split Rock Rd | | Boonton Townsh | NJ | 07005 | USA | | As of 8/10/15 | x | | | $ 7,955,658.00 |
| XO | 14239 Collections Center Drive | | Chicago | IL | 60693 | USA | | As of 8/10/15 | | | | $ 5,200.00 |

B 6G (Official Form 6G) (12/07)

In re  Filmed Entertainment Inc.                    ,        Case No.  15-12244 (SCC)
                    **Debtor**                                                      **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

     Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| See attached Schedule G Addendum | |
| | |
| | |
| | |
| | |
| | |

In re Filmed Entertainment Inc.
Case No. 15-12244 (SCC)
Schedule G Addendum – Executory Contracts and Unexpired Leases

Schedule G Addendum - Executory Contracts and Unexpired Leases

| Creditor Name | Address1 | Address2 | City | State | Zip | Country | Description of Contract or Lease and Nature of Debtor's Interest. State Whether Lease is for Nonresidential Real Property. State Contract Number of Any Government Contract. |
|---|---|---|---|---|---|---|---|
| Aerotek Professional Services | 7301 Parkway Drive | | Hanover | MD | 21076 | USA | Temporary staffing services |
| Aerotek Professional Services | 2315 Susquehanna Trail | Ste C | York | PA | 17404 | USA | Temporary staffing services |
| American Express Travel Related Services, Inc. | 2401 W. Behrend Drive | #55 | Phoenix | AZ | 85027 | USA | Credit card processing services |
| AON Hewitt | 555 East Lancaster Avenue | | Radnor | PA | 19087 | USA | Pension Actuarial and Consulting Services |
| Art Technology Group | One Main Street | | Cambridge | MA | 02142 | USA | Limited site Master Dynamo Ordering License |
| Aspect Software | 100 Wilmer Road | #100 | Horsham | PA | 19044 | USA | Workforce Management Business Day Support Plan Software |
| ATG Credit, LLC | 1700 West Cortland St. | | Chicago | IL | 60622 | USA | Collection services |
| BMC Software | 2101 City West Blvd. | | Houston | TX | 77042 | USA | License for UNLOAD PLUS for DB2 software |
| Bookspan LLC | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | Services Agreement |
| Braintree Payment Solutions, LLC (merged w/PayPal) | 111 North Canal | | Chicago | IL | 60607 | USA | Credit/debit card processing services |
| CA Technologies | 1 Computer Associates Plaza | | Islandia | NY | 11749 | USA | Perpetual license for Clarity software |
| Canon Financial Services, Inc. | 14904 Collections Center Drive | | Chicago | IL | 60693 | USA | License for PRISMApro v. 4 software |
| CDS Global | 1901 Bell Avenue | | Des Moines | IA | 50315-1099 | USA | Payment processing services |
| Claimco LLC, d/b/a SpectrumSettlement Recovery, LLC | 22 Battery Street, Suite 700 | | San Francisco | CA | 94111 | USA | Class action claim recovery services for the class action entitled In re: Dynamic Access Memory (DRAM) Antitrust Litigation (DRAM Class Action) |
| Creative Circle, LLC | 599 Broadway | 9th Floor | New York | NY | 10012 | USA | Temporary and permanent placement staffing services |
| Data Processing Search Associates, Inc. | P.O. Box 828 | | Huntington | NY | 11743-0828 | USA | Employment recruiter |
| Discover Financial Services, LLC | 2500 Lake Cook Road | | Riverwoods | IL | 60015 | USA | Credit card processing services |
| Embarq | 100 Centurylink Drive | | Monroe | LA | 71203 | USA | PRI Circuit/Internet connectivity |
| EMC Corp. | 176 South Street | | Hopkinton | MA | 01748 | USA | Hardware and software maintenance (SAN) |
| Endeca Technologies, Inc. | 101 Main Street | #1 | Cambridge | MA | 02142 | USA | Perpetual license for search engine customization software |
| IBM | P.O. Box 643600 | | Pittsburgh | PA | 15264-3600 | USA | Maintenance and Support for Tivoli Workload Scheduler |
| Internet Video Archive | 207 White Horse Pike | | Haddon Heights | NJ | 08035 | USA | Promotional Video Affiliate Agreement |
| Kelton Research LLC | 9724 W. Washington Blvd. | 2nd Floor | Culver City | CA | 90232 | USA | Market research related to use of COLUMBIA HOUSE Brand |
| Lift Engine | 1 Blue Hill Plaza | 11th floor | Pearl River | NY | 10965 | USA | List fulfillment platform services |
| Lift Engine | PO Box 1674 | | Pearl River | NY | 10965 | USA | List fulfillment platform services |
| LogRhythm | 4780 Pearl East Circle | | Boulder | CO | 80301 | USA | Hardware/Software for login security incident event management |
| Malcolm S. Gerald and Associates, Inc. | 332 S. Michigan Avenue | Suite 600 | Chicago | IL | 60604 | USA | Collection services |
| McAfee | 2821 Mission College Blvd. | | Santa Clara | CA | 95054 | USA | McAfee Secure for network security |
| Mercantile Adjustment Bureau | 165 Lawrence Bell Drive | | Williamsville | NY | 10119 | USA | Customer Service and call center services |
| Microsoft Licensing GP | 6100 Neil Road | Suite 201 | Reno | NV | 89511-1137 | USA | Perpetual Licenses for varied software |
| Midwest Direct Mailers, LLC | 8711 S. 77th Avenue | | Bridgeview | IL | 60455 | USA | Lettershop services |
| Monotype Imaging | 500 Unicorn Park Drive | | Woburn | MA | 01801 | USA | License for Fonts |
| Neustar, Inc. | 46000 Center Oak Plaza | | Sterling | VA | 20166 | USA | Webmetrics Modeling Services |
| NRA Group, LLC dba National Recovery Agency | 2491 Paxton Street | | Harrisburg | PA | 17106-7015 | USA | Collection services |
| Océ North America, Inc. | 5450 N. Cumberland Avenue | | Chicago | IL | 60656 | USA | Printer maintenance |
| Oracle America, Inc. | P. O. Box 203448 | | Dallas | TX | 75320-3448 | USA | Perpetual Licenses |
| Otis Elevator Company | 4330 Lewis Road | Ste 1 | Harrisburg | PA | 17111 | USA | Lubricate & Survey service for elevator located at previous Hanover facility |
| Paychex Benefit Technologies, Inc., dba BeneTrac | 2385 Northside Drive | Ste 100 | San Diego | CA | 92108 | USA | Service Agreement for administration and enrollment into employee benefit programs |
| Paychex, Inc. | 150 Swagrass Drive | | Rochester | NY | 14620 | USA | HR Solutions for Major Markets - Administrative Service Organization Option for payroll processing services |

In re Filmed Entertainment Inc.
Case No. 15-12244 (SCC)
Schedule G Addendum – Executory Contracts and Unexpired Leases

| Creditor Name | Address1 | Address2 | City | State | Zip | Country | Description of Contract or Lease and Nature of Debtor's Interest. State Whether Lease is for Nonresidential Real Property. State Contract Number of Any Government Contract. |
|---|---|---|---|---|---|---|---|
| PayPal, Inc. | eBay Park North | 2211 North First Street | San Jose | CA | 95131 | USA | Services enabling receipt of customer payments online |
| Penn Credit Corp. | 916 South 14th Street | | Harrisburg | PA | 17104 | USA | Collection services |
| Perspective International d/b/a TheDunningGuru.com | 18 Franklin Avenue | | East Setauket | NY | 11733 | USA | Design of dunning correspondence |
| Pitney Bowes Software, Inc. | 4200 Parliament Place | | Lanham | MA | 20706-1844 | USA | Perpetual License - Code 1 Plus, List Conversion Plus and Verimove Software |
| Plus Media LLC | 892 Route 35 | P.O. Box 775 | Cross River | NY | 10518-0775 | USA | Program management services |
| Quest Software, Inc. | 5 Polaris Way | | Aliso Viejo | CA | 92658 | USA | Software License (TOAD and Litespeed for backup/restore) |
| Receivables Performance Management | 20816 44th Avenue West | | Lynwood | WA | 98036 | USA | Collection and lettershop services |
| RSA Security | 174 Middlesex Turnpike | | Bedford | MA | 01730 | USA | VPN Key Fob Maintenance |
| Secureworks, Inc. | 1 Concourse Parkway | #500 | Atlanta | GA | 30328 | USA | Managed IT services |
| Solutions for Account Management | 4075 Linglestown Road | #321 | Harrisburg | PA | 17112 | USA | Collection agency brokerage services |
| Space Pencil, Inc. a/b/a KISSmetrics | 407 Morning Lane | | Redwood City | CA | 94065 | USA | Website data collection/analysis |
| Spantech Software, Inc. | 2864 State Highway 27 | Ste F | North Brunswick | NJ | 08902 | USA | Maintenance and support of DVD Royalty System |
| Sunrise Credit Services, Inc. | 260 Airport Plaza | Ste. C | Farmingdale | NY | 11735 | USA | Collection services |
| The Bank of New York Mellon | P.O. Box 360528 | | Pittsburgh | PA | 15251-6528 | USA | Sub-Sublease pertaining to leased premises at 63 Madison Avenue, New York, NY - Non-Residential Real Property |
| The Receivable Management Services Corp. | 240 Emery Street | | Bethlehem | PA | 18015 | USA | Credit card chargeback services |
| Totally Awesome Warehouse LLC | 348 Poplar Street | | Hanover | PA | 17331 | USA | Fulfillment Services Agreement |
| TrendMicro Incorporated | 225 E. John Carpenter Freeway | Suite 1500 | Irving | TX | 75062 | USA | Anti-virus maintenance |
| Vandis, Inc. | 1 Albertson Avenue | | Albertson | NY | 11507 | USA | F5 Support and maintenance |
| Vinesse, LLC | 822 Hampshire Road | Ste. E | Westlake Village | CA | 91361 | USA | Marketing of wine club to members |
| VMware, Inc. | 3401 Hillview Avenue | | Palo Alto | CA | 94304 | USA | VMware Software licenses |
| Vormetric Inc. | 3131 Jay Street | | Santa Clara | CA | 95054-3308 | USA | Encryption Software (CoreGuard) License and Maintenance |
| WestPoint Home, Inc. | 1185 Avenue of the Americas New York, NY 10036 | | New York | NY | 10036 | USA | Sublease: FEI sub-tenant at leased premises at 63 Madison Avenue, New York, NY - Non-Residential Real Property |

B 6H (Official Form 6H) (12/07)

In re  Filmed Entertainment Inc.                ,          Case No.  15-12244 (SCC)
                    **Debtor**                                              **(if known)**

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  Filmed Entertainment Inc.    ,        Case No.  15-12244 (SCC)
_____               _____
              Debtor                                        (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____        Signature: _____
                                                         Debtor

Date _____        Signature: _____
                                                  (Joint Debtor, if any)

[If joint case, both spouses must sign.]

----------------------------------------------------------------------------------------------------
**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any,        Social Security No.
of Bankruptcy Petition Preparer                 *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____        _____
Signature of Bankruptcy Petition Preparer        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

----------------------------------------------------------------------------------------------------
### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the  Clifton B. Knight, Jr.  [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the  corporation  [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __24__ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date  09/08/2015  _____

                    Signature:  /s/ Clifton B. Knight, Jr.
                                _____
                                Executive VP Legal & Business Affairs
                                [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

----------------------------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.