UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

In re:                                                    :       Chapter 11
                                                          :
FILMED ENTERTAINMENT INC.,                                :
                                                          :       Case No. 15-12244 (SCC)
                               Debtor.[1]                 :
                                                          :
--------------------------------------------------------------X

### GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING THE DEBTOR'S SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS

  Filmed Entertainment Inc. (the "Debtor") as debtor and debtor in possession in the above-captioned chapter 11 case (the "Chapter 11 Case") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") has filed its Schedules and Statements of Financial Affairs (collectively, the "Statements") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). The Debtor, with the assistance of their advisors, prepared the Statements in accordance with section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

  Clifton B. Knight, Jr. has signed the Statements. Mr. Knight is the Executive Vice President of Legal and Business Affairs and the authorized signatory for the Debtor. In reviewing and signing the Statements, Mr. Knight has necessarily relied upon the efforts, statements and representations of with reliance on appropriate corporate officers, and professional advisors.

  Although the Debtor has made reasonable efforts to ensure the accuracy and completeness of such financial information, subsequent information or discovery may result in material changes to the Statements. As a result, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend or supplement the Statements as is necessary and appropriate.

  The Statements should not be relied upon by any persons for information relating to current or future financial conditions, events or performance of the Debtor.

---

[1] The last four digits of the Debtor's federal tax identification number are 3867.

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: __Filmed Entertainment Inc._____,        Case No. __15-12244 (SCC)_____
              Debtor                                        (if known)

## STATEMENT OF FINANCIAL AFFAIRS

     This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

     Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

     *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

     *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1.    Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $29,537,000 | 2013 Member Sales |
| $15,344,000 | 2014 Member Sales |
| $ 4,309,000 | January 1, 2015 - May 31, 2015 Member Sales |

B7 (Official Form 7) (04/13)

2

### 2.  Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $4,095,000 | Gross Sublease Rental Income |
| $747,389.68 | 2014 Pennsylvania State Tax Refund |

### 3.  Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☐

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

None ☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See attached Schedule 3(b) | | | |

---

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B7 (Official Form 7) (04/13)                                                                                    3

None ☐

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case
to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must
include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and
a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

See attached Schedule 3(c)

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include
information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

See attached Schedule 4(a)

---

None ☑

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one
year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13
must include information concerning property of either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5.   Repossessions, foreclosures and returns**

None ☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu
of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

B7 (Official Form 7) (04/13)

4

**6. Assignments and receiverships**

None 

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None 

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
|---|---|---|---|

**7. Gifts**

None 

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None 

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

B7 (Official Form 7) (04/13)

5

### 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

See attached Schedule 9

### 10.  Other transfers

None
☑

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
☑

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

See attached Schedule 11

B7 (Official Form 7) (04/13)                                                                6

**12. Safe deposit boxes**

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14. Property held for another person**

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15. Prior address of debtor**

None
☐

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

See attached Schedule 15

B7 (Official Form 7) (04/13)                                                                                                7

### 16. Spouses and Former Spouses



If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.



a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|



b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|



c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

### 18 . Nature, location and name of business

a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or

B7 (Official Form 7) (04/13)                                                                                              8

other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| See attached Schedule 18 | | | | |

None ☑   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

    NAME                         ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None ☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

    NAME AND ADDRESS                                DATES SERVICES RENDERED

See attached Schedule 19(a)

None ☐   b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

    NAME                        ADDRESS                  DATES SERVICES RENDERED

See attached Schedule 19(b)

B7 (Official Form 7) (04/13)

None ☐

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

NAME                    ADDRESS

See attached Schedule 19(c)

None ☐

d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS               DATE ISSUED

See attached Schedule 19(d)

---

**20.  Inventories**

None ☐

a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 12/31/2014 | Totally Awesome | $1,187,065 |
| 12/31/2013 | Warehouse LLC (both) | $2,728,684 |

None ☐

b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| 12/31/2014 | Joseph Mizrahi (both) |
| 12/31/2013 | 348 Poplar Ave., Hanover, PA 17331-9051 |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ☑

a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS          NATURE OF INTEREST     PERCENTAGE OF INTEREST

None ☐

b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                 TITLE          NATURE AND PERCENTAGE OF STOCK OWNERSHIP

See attached Schedule 21(b)

---

B7 (Official Form 7) (04/13)                                                                                                10

### 22 . Former partners, officers, directors and shareholders

None  a.    If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately
[✓]    preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None  b.    If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated
[ ]    within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

See attached Schedule 22(b)

### 23 . Withdrawals from a partnership or distributions by a corporation

None  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider,
[ ]    including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite
during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|------------------------------------------------------|--------------------------------|------------------------------------------------------|

See attached Schedule 23

### 24.  Tax Consolidation Group.

None  If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any
[ ]    consolidated group for tax purposes of which the debtor has been a member at any time within **six years**
immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|----------------------------|---------------------------------------|
| Pride Tree Holdings, Inc. | 35-2464347 |
| JMCK Corp. | 26-3015568 |

### 25.  Pension Funds.

None  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to
[ ]    which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately
preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|----------------------|---------------------------------------|
| The Columbia House Pension Plan | 23-2813867 |
| Pension Plan of Direct Brands | 23-2813867 |

*   *   *   *   *   *

*[If completed by an individual or individual and spouse]*

In re Filmed Entertainment Inc.
Case No. 15-12244 (SCC)
SOFA 3b - Payments made to creditors within 90 days of commencement of this case

SOFA 3b - Payments made to creditors within 90 days preceding commencement of this case

| Creditor Name | Address1 | Address2 | City | State | Zip | Country | Dates of Payments | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Aon Consulting, Inc. | PO Box 95135 | | Chicago | IL | 60694-5138 | USA | 5/21/15 | 16,462.32 |
| Aon Consulting, Inc. | PO Box 95135 | | Chicago | IL | 60694-5138 | USA | 6/18/15 | 8,034.86 |
| Aon Consulting, Inc. | PO Box 95135 | | Chicago | IL | 60694-5138 | USA | 6/26/15 | 7,041.66 |
| Baker & Taylor | PO Box 277938 | | Atlanta | GA | 30384-7930 | USA | 5/21/15 | 24,913.67 |
| Baker & Taylor | PO Box 277938 | | Atlanta | GA | 30384-7930 | USA | 6/11/15 | 18,945.15 |
| Baker & Taylor | PO Box 277938 | | Atlanta | GA | 30384-7930 | USA | 6/18/15 | 1,751.60 |
| Baker & Taylor | PO Box 277938 | | Atlanta | GA | 30384-7930 | USA | 7/9/15 | 7,605.80 |
| Baker & Taylor | PO Box 277938 | | Atlanta | GA | 30384-7930 | USA | 7/30/15 | 9,221.00 |
| Ballard Spahr LLP | 1735 Market Street | 51st Floor | Philadelphia | PA | 19103-7599 | USA | 6/26/15 | $156.15 |
| Bertelsmann, Inc. | 1745 Broadway | 7th Floor | New York | NY | 10019 | USA | 5/28/15 | 1,499.88 |
| Bertelsmann, Inc. | 1745 Broadway | 7th Floor | New York | NY | 10019 | USA | 7/1/15 | 1,499.88 |
| Bertelsmann, Inc. | 1745 Broadway | 7th Floor | New York | NY | 10019 | USA | 7/28/15 | 1,399.88 |
| BestWay Parcel Services, LLC | 3105 Gadsden St. | | Alpharetta | GA | 30022 | USA | 5/12/15 | 80,000.00 |
| BestWay Parcel Services, LLC | 3105 Gadsden St. | | Alpharetta | GA | 30022 | USA | 5/29/15 | 35,000.00 |
| BestWay Parcel Services, LLC | 3105 Gadsden St. | | Alpharetta | GA | 30022 | USA | 6/12/15 | 31,000.00 |
| BestWay Parcel Services, LLC | 3105 Gadsden St. | | Alpharetta | GA | 30022 | USA | 6/23/15 | 20,000.00 |
| BestWay Parcel Services, LLC | 3105 Gadsden St. | | Alpharetta | GA | 30022 | USA | 6/26/15 | 5,000.00 |
| BestWay Parcel Services, LLC | 3105 Gadsden St. | | Alpharetta | GA | 30022 | USA | 6/30/15 | 5,600.00 |
| BestWay Parcel Services, LLC | 3105 Gadsden St. | | Alpharetta | GA | 30022 | USA | 7/2/15 | 3,600.00 |
| BestWay Parcel Services, LLC | 3105 Gadsden St. | | Alpharetta | GA | 30022 | USA | 7/7/15 | 1,400.00 |
| BestWay Parcel Services, LLC | 3105 Gadsden St. | | Alpharetta | GA | 30022 | USA | 7/10/15 | 6,000.00 |
| BestWay Parcel Services, LLC | 3105 Gadsden St. | | Alpharetta | GA | 30022 | USA | 7/14/15 | 3,200.00 |
| BestWay Parcel Services, LLC | 3105 Gadsden St. | | Alpharetta | GA | 30022 | USA | 7/17/15 | 16,000.00 |
| BestWay Parcel Services, LLC | 3105 Gadsden St. | | Alpharetta | GA | 30022 | USA | 7/21/15 | 2,000.00 |
| BestWay Parcel Services, LLC | 3105 Gadsden St. | | Alpharetta | GA | 30022 | USA | 7/24/15 | 3,000.00 |
| BestWay Parcel Services, LLC | 3105 Gadsden St. | | Alpharetta | GA | 30022 | USA | 7/28/15 | 3,000.00 |
| BestWay Parcel Services, LLC | 3105 Gadsden St. | | Alpharetta | GA | 30022 | USA | 7/31/15 | 5,000.00 |
| BestWay Parcel Services, LLC | 3105 Gadsden St. | | Alpharetta | GA | 30022 | USA | 8/4/15 | 2,000.00 |
| BestWay Parcel Services, LLC | 3105 Gadsden St. | | Alpharetta | GA | 30022 | USA | 8/7/15 | 18,000.00 |
| Bookspan LLC | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | 5/13/15 | 11,849.60 |
| Bookspan LLC | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | 5/19/15 | 24,751.79 |
| Bookspan LLC | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | 6/1/15 | 187,500.00 |
| Bookspan LLC | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | 6/3/15 | 187,500.00 |
| Bookspan LLC | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | 6/9/15 | 6,413.97 |
| Bookspan LLC | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | 6/17/15 | 32,465.31 |
| Bookspan LLC | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | 7/1/15 | 187,500.00 |
| Bookspan LLC | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | 7/14/15 | 4,285.65 |
| Bookspan LLC | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | 7/20/15 | 5,212.81 |
| Bookspan LLC | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | 8/4/15 | 187,500.00 |
| Brann & Isaacson | P O BOX 3070 | | Lewiston | ME | 04243-3070 | USA | 6/25/15 | $115.00 |
| Buchanan Ingersoll & Rooney PC | 301 Grant Street | | Pittsburgh | PA | 15219 | USA | 5/14/15 | 5,357.60 |
| Buchanan Ingersoll & Rooney PC | 301 Grant Street | | Pittsburgh | PA | 15219 | USA | 5/28/15 | 300.00 |
| Buchanan Ingersoll & Rooney PC | 301 Grant Street | | Pittsburgh | PA | 15219 | USA | 7/9/15 | 1,125.00 |

1 of 6

In re Filmed Entertainment Inc.
Case No. 15-12244 (SCC)
SOFA 3b - Payments made to creditors within 90 days of commencement of this case

| Creditor Name | Address1 | Address2 | City | State | Zip | Country | Dates of Payments | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Buchanan Ingersoll & Rooney PC | 301 Grant Street | | Pittsburgh | PA | 15219 | USA | 7/23/15 | 4,902.00 |
| Canon Financial Services Inc. | 14904 Collections Center Drive | | Chicago | IL | 60693-0149 | USA | 5/28/15 | 1,613.67 |
| Canon Financial Services Inc. | 14904 Collections Center Drive | | Chicago | IL | 60693-0149 | USA | 6/25/15 | 3,227.34 |
| Canon Financial Services Inc. | 14904 Collections Center Drive | | Chicago | IL | 60693-0149 | USA | 7/22/15 | 1,637.87 |
| Canon Solutions America, Inc. | 12379 Collections Center Dr. | | Chicago | IL | 60693 | USA | 6/25/15 | $1,070.60 |
| CDS Global, Inc. | PO Box 360 | | Des Moines | IA | 50302 | USA | 5/21/15 | 2,692.29 |
| CDS Global, Inc. | PO Box 360 | | Des Moines | IA | 50302 | USA | 5/28/15 | 3,120.43 |
| CDS Global, Inc. | PO Box 360 | | Des Moines | IA | 50302 | USA | 6/26/15 | 1,748.53 |
| CT Corp. | Attn: Chet Singh | P.O. Box 4349 | Carol Stream | IL | 60197-4349 | USA | 7/23/15 | $849.88 |
| Design Distributors, Inc. | 300 Marcus Blvd. | | Deer Park | NY | 11729 | USA | 6/25/15 | $3,403.95 |
| DLA Piper LLP | 1201 N. Market Street | 21st Floor | Wilmington | DE | 19801-3046 | USA | 7/1/15 | $1,200.00 |
| Empire Healthchoice Assurance, Inc. | 120 Monument Circle | | Indianapolis | IN | 46204 | USA | 5/27/15 | 285.10 |
| Empire Healthchoice Assurance, Inc. | 120 Monument Circle | | Indianapolis | IN | 46204 | USA | 8/7/15 | 345.46 |
| Envelopes & Forms, Inc. | 2505 Meadowbrook Pkwy | | Duluth | GA | 30096 | USA | 5/28/15 | 3,018.95 |
| Envelopes & Forms, Inc. | 2505 Meadowbrook Pkwy | | Duluth | GA | 30096 | USA | 6/5/15 | 10,000.00 |
| Envelopes & Forms, Inc. | 2505 Meadowbrook Pkwy | | Duluth | GA | 30096 | USA | 6/25/15 | 2,796.98 |
| Envelopes & Forms, Inc. | 2505 Meadowbrook Pkwy | | Duluth | GA | 30096 | USA | 7/16/15 | 1,032.27 |
| Envelopes & Forms, Inc. | 2505 Meadowbrook Pkwy | | Duluth | GA | 30096 | USA | 8/5/15 | 708.25 |
| EverBank Commercial Finance | PO Box 911608 | | Denver | CO | 80291-1608 | USA | 5/14/15 | 1,055.76 |
| EverBank Commercial Finance | PO Box 911608 | | Denver | CO | 80291-1608 | USA | 6/18/15 | 1,055.76 |
| EverBank Commercial Finance | PO Box 911608 | | Denver | CO | 80291-1608 | USA | 7/31/15 | 1,284.73 |
| Funimation Productions Ltd | 1200 Lakeside Parkway | Bldg 1 | Flower Mount | TX | 75028 | USA | 6/4/15 | 46.00 |
| Funimation Productions Ltd | 1200 Lakeside Parkway | Bldg 1 | Flower Mount | TX | 75028 | USA | 6/18/15 | 227.50 |
| Global Crossings Telecommunica | PO Box 790407 | | St. Louis | MO | 63179-0407 | USA | 5/21/15 | $133.72 |
| Griffin Hamersky P.C. | 485 Madison Avenue | 7th Floor | New York | NY | 10022 | USA | 6/1/15 | 35,000.00 |
| Griffin Hamersky P.C. | 485 Madison Avenue | 7th Floor | New York | NY | 10022 | USA | 6/24/15 | 26,019.30 |
| Griffin Hamersky P.C. | 485 Madison Avenue | 7th Floor | New York | NY | 10022 | USA | 7/22/15 | 34,175.05 |
| Griffin Hamersky P.C. | 485 Madison Avenue | 7th Floor | New York | NY | 10022 | USA | 8/4/15 | 25,678.24 |
| Griffin Hamersky P.C. | 485 Madison Avenue | 7th Floor | New York | NY | 10022 | USA | 8/7/15 | 15,000.00 |
| GRL Capital Advisors, LLC | 221 South Orange | Ste 201 | Livingston | NJ | 07040 | USA | 5/14/15 | 20,000.00 |
| GRL Capital Advisors, LLC | 222 South Orange | Ste 202 | Livingston | NJ | 07041 | USA | 7/28/15 | 20,000.00 |
| Harlan Postmaster/Harlan Pos | 1209 7th Street | | Harlan | IA | 51537 | USA | 6/12/15 | 6,120.00 |
| Harlan Postmaster/Harlan Pos | 1209 7th Street | | Harlan | IA | 51537 | USA | 7/30/15 | 4,896.00 |
| HCL America, Inc. | PO Box 5123 | | Carol Stream | IL | 60197-5123 | USA | 5/15/15 | 100,000.00 |
| HCL America, Inc. | PO Box 5123 | | Carol Stream | IL | 60197-5123 | USA | 6/1/15 | 100,000.00 |
| HCL America, Inc. | PO Box 5123 | | Carol Stream | IL | 60197-5123 | USA | 7/1/15 | 100,000.00 |
| HCL America, Inc. | PO Box 5123 | | Carol Stream | IL | 60197-5123 | USA | 8/4/15 | 100,000.00 |
| Innerworkings Inc. | Att: Accounts Receivable | P.O. Box 842426 | Boston | MA | 02284-2426 | USA | 5/28/15 | 13,201.25 |
| Innerworkings Inc. | Att: Accounts Receivable | P.O. Box 842426 | Boston | MA | 02284-2426 | USA | 6/25/15 | 10,337.25 |
| Innerworkings Inc. | Att: Accounts Receivable | P.O. Box 842426 | Boston | MA | 02284-2426 | USA | 7/16/15 | 3,481.60 |
| Innerworkings Inc. | Att: Accounts Receivable | P.O. Box 842426 | Boston | MA | 02284-2426 | USA | 7/23/15 | 3,167.60 |
| Leaf Commercial Capital Inc. | Leaf Capital Funding LLC | PO Box 644006 | Cincinnati | OH | 45264-4006 | USA | 5/21/15 | 2,290.73 |
| Leaf Commercial Capital Inc. | Leaf Capital Funding LLC | PO Box 644006 | Cincinnati | OH | 45264-4006 | USA | 6/11/15 | 2,683.44 |
| Leslie Digital Imaging, LLC | 50 Jericho Quadrangle Ste. 115 | | Jericho | NY | 11753 | USA | 6/4/15 | 40.75 |
| Leslie Digital Imaging, LLC | 50 Jericho Quadrangle Ste. 115 | | Jericho | NY | 11753 | USA | 6/18/15 | 552.30 |

In re Filmed Entertainment Inc.
Case No. 15-12244 (SCC)
SOFA 3b - Payments made to creditors within 90 days of commencement of this case

| Creditor Name | Address1 | Address2 | City | State | Zip | Country | Dates of Payments | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Leslie Digital Imaging, LLC | 50 Jericho Quadrangle  Ste. 115 | | Jericho | NY | 11753 | USA | 6/25/15 | 294.09 |
| MackayMitchell Envelope Co. | P O Box 86, SDS 12-0324 | | Minneapolis | MN | 55414 | USA | 7/9/15 | $1,213.44 |
| Maverick Entertainment Inc | 1191 E. Newport Center Dr | Ste 210 | Deerfield Beach | FL | 33442 | USA | 5/28/15 | $166.50 |
| Mercantile Adjustment Bureau | 165 Lawrence Bell Drive | Suite 100 | Williamsville | NY | 14221 | USA | 5/21/15 | 56,018.21 |
| Mercantile Adjustment Bureau | 165 Lawrence Bell Drive | Suite 100 | Williamsville | NY | 14221 | USA | 6/18/15 | 47,251.91 |
| Mercantile Adjustment Bureau | 165 Lawrence Bell Drive | Suite 100 | Williamsville | NY | 14221 | USA | 7/9/15 | 27,130.63 |
| Millennium Media Services | 52 Bolwarra Road | | Elanora Heights | NSW | 02101 | AUSTRALIA | 5/14/15 | 1,981.20 |
| Millennium Media Services | 52 Bolwarra Road | | Elanora Heights | NSW | 02101 | AUSTRALIA | 5/21/15 | 99.60 |
| MPI Media Group | 16101 South 108th Avenue | | Orland Park | IL | 60462 | USA | 5/14/15 | 570.00 |
| MPI Media Group | 16101 South 108th Avenue | | Orland Park | IL | 60462 | USA | 5/28/15 | 1,165.00 |
| MPI Media Group | 16101 South 108th Avenue | | Orland Park | IL | 60462 | USA | 6/4/15 | 2,160.00 |
| MPI Media Group | 16101 South 108th Avenue | | Orland Park | IL | 60462 | USA | 6/11/15 | 180.00 |
| MPI Media Group | 16101 South 108th Avenue | | Orland Park | IL | 60462 | USA | 6/18/15 | 321.75 |
| MPI Media Group | 16101 South 108th Avenue | | Orland Park | IL | 60462 | USA | 6/25/15 | 180.00 |
| MPI Media Group | 16101 South 108th Avenue | | Orland Park | IL | 60462 | USA | 7/9/15 | 2,310.00 |
| MPI Media Group | 16101 South 108th Avenue | | Orland Park | IL | 60462 | USA | 7/23/15 | 540.00 |
| MPI Media Group | 16101 South 108th Avenue | | Orland Park | IL | 60462 | USA | 8/5/15 | 1,020.00 |
| Najafi Companies | 2525 E Camelback Rd. | Suite 850 | Phoenix | AZ | 85016 | USA | 6/1/15 | 12,500.00 |
| Najafi Companies | 2525 E Camelback Rd. | Suite 850 | Phoenix | AZ | 85016 | USA | 7/1/15 | 12,500.00 |
| Najafi Companies | 2525 E Camelback Rd. | Suite 850 | Phoenix | AZ | 85016 | USA | 8/4/15 | 12,500.00 |
| NBC Universal, LLC | 12563 Collections Center Dr. | | Chicago | IL | 60693 | USA | 5/19/15 | 11,641.16 |
| NBC Universal, LLC | 12563 Collections Center Dr. | | Chicago | IL | 60693 | USA | 6/24/15 | 18,601.40 |
| NBC Universal, LLC | 12563 Collections Center Dr. | | Chicago | IL | 60693 | USA | 6/30/15 | $1.00 |
| Nightowl Discovery, Inc. | 724 North First Street | | Minneapolis | MN | 55401 | USA | 6/25/15 | 12,605.28 |
| Nightowl Discovery, Inc. | 724 North First Street | | Minneapolis | MN | 55401 | USA | 6/26/15 | 3,150.34 |
| NYC Department of Finance | PO BOX 3644 | | New York | NY | 10008 | USA | 6/26/15 | $1,913.26 |
| Old Dominion Freight Line Inc | P.O Box 742296 | | Los Angeles | CA | 90074-2296 | USA | 5/14/15 | 79.56 |
| Old Dominion Freight Line Inc | P.O Box 742296 | | Los Angeles | CA | 90074-2296 | USA | 5/21/15 | 377.62 |
| Old Dominion Freight Line Inc | P.O Box 742296 | | Los Angeles | CA | 90074-2296 | USA | 6/11/15 | 943.68 |
| Old Dominion Freight Line Inc | P.O Box 742296 | | Los Angeles | CA | 90074-2296 | USA | 6/25/15 | 160.56 |
| Old Dominion Freight Line Inc | P.O Box 742296 | | Los Angeles | CA | 90074-2296 | USA | 6/26/15 | 160.56 |
| Old Dominion Freight Line Inc | P.O Box 742296 | | Los Angeles | CA | 90074-2296 | USA | 7/16/15 | 277.18 |
| Our Alchemy, LLC | 5900 Wilshire Blvd | 18th Floor | Los Angeles | CA | 90036 | USA | 6/18/15 | 256.40 |
| Our Alchemy, LLC | 5900 Wilshire Blvd | 18th Floor | Los Angeles | CA | 90036 | USA | 7/16/15 | 981.00 |
| Our Alchemy, LLC | 5900 Wilshire Blvd | 18th Floor | Los Angeles | CA | 90036 | USA | 7/23/15 | 2,832.80 |
| Paramount Pictures Corporation | PO Box 70650 | | Chicago | IL | 60673-0650 | USA | 6/4/15 | $49,503.11 |
| PriceWaterhouseCoopers LLP | 4040 W Boy Scout Boulevard | | Tampa | FL | 33607 | USA | 6/25/15 | $25,000.00 |
| Prime Clerk | 830 Third Avenue | | New York | NY | 10022 | USA | 7/31/15 | $15,000.00 |
| RR Donnelley | PNC Bank | P.O. Box 932721 | Cleveland | OH | 44193-2721 | USA | 5/14/15 | 1,625.98 |
| RR Donnelley | PNC Bank | P.O. Box 932721 | Cleveland | OH | 44193-2721 | USA | 5/28/15 | 1,424.96 |
| RR Donnelley | PNC Bank | P.O. Box 932721 | Cleveland | OH | 44193-2721 | USA | 6/26/15 | 1,594.41 |
| RR Donnelley | PNC Bank | P.O. Box 932721 | Cleveland | OH | 44193-2721 | USA | 7/23/15 | 1,245.22 |
| Screen Media | 757 Third Avenue | 3rd Floor | New York | NY | 10017 | USA | 5/21/15 | 398.10 |
| Screen Media | 757 Third Avenue | 3rd Floor | New York | NY | 10017 | USA | 6/4/15 | 32.70 |
| Screen Media | 757 Third Avenue | 3rd Floor | New York | NY | 10017 | USA | 6/18/15 | 60.00 |

In re Filmed Entertainment Inc.
Case No. 15-12244 (SCC)
SOFA 3b - Payments made to creditors within 90 days of commencement of this case

| Creditor Name | Address1 | Address2 | City | State | Zip | Country | Dates of Payments | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Screen Media | 757 Third Avenue | 3rd Floor | New York | NY | 10017 | USA | 7/9/15 | 60.00 |
| Senior Midwest Direct, Inc. | P.O. Box 5935 | | Troy | MI | 48007-5935 | USA | 5/28/15 | 1,486.59 |
| Senior Midwest Direct, Inc. | P.O. Box 5935 | | Troy | MI | 48007-5935 | USA | 6/25/15 | 1,663.36 |
| Senior Midwest Direct, Inc. | P.O. Box 5935 | | Troy | MI | 48007-5935 | USA | 7/9/15 | 1,373.31 |
| Sitrick Brincko Group, LLC | 7 Times Square | #2600 | New York | NY | 10036 | USA | 7/28/15 | $36,746.78 |
| Skadden, Arps, Slate, Meagher & Flom LLP | 360 Hamilton Avenue | #300 | White Plains | NY | 10601 | USA | 5/14/15 | $12,954.00 |
| Sony Pictures Home Entertainment | 10202 West Washington Boulevard | | Culver City | CA | 90232 | USA | 6/16/15 | $151,109.00 |
| Sony Pictures Home Entertainment | 10202 West Washington Boulevard | | Culver City | CA | 90232 | USA | 5/21/15 | 3,477.00 |
| Sony Pictures Home Entertainment | 10202 West Washington Boulevard | | Culver City | CA | 90232 | USA | 6/11/15 | 2,004.60 |
| Sony Pictures Home Entertainment | 10202 West Washington Boulevard | | Culver City | CA | 90232 | USA | 6/25/15 | 10,152.10 |
| Sony Pictures Home Entertainment | 10202 West Washington Boulevard | | Culver City | CA | 90232 | USA | 7/9/15 | 892.20 |
| Spantech Software, Inc. | PO Box 222 | | Kendall Park | NJ | 08824-0000 | USA | 5/14/15 | 1,360.00 |
| Spantech Software, Inc. | PO Box 222 | | Kendall Park | NJ | 08824-0000 | USA | 5/28/15 | 2,720.00 |
| Spantech Software, Inc. | PO Box 222 | | Kendall Park | NJ | 08824-0000 | USA | 6/25/15 | 1,360.00 |
| Spantech Software, Inc. | PO Box 222 | | Kendall Park | NJ | 08824-0000 | USA | 7/23/15 | 1,360.00 |
| Steven Hayes P.C. | 112 Madison Avenue | | New York | NY | 10016 | USA | 5/28/15 | 3,795.00 |
| Steven Hayes P.C. | 112 Madison Avenue | | New York | NY | 10016 | USA | 6/25/15 | 6,497.50 |
| Steven Hayes P.C. | 112 Madison Avenue | | New York | NY | 10016 | USA | 7/23/15 | 15,180.00 |
| Steven Hayes P.C. | 112 Madison Avenue | | New York | NY | 10016 | USA | 8/5/15 | 3,852.50 |
| The Bank of New York Mellon | BNY Mellon General Services & Corporate Real Estate | PO Box 223457 | Pittsburgh | PA | 15251-2457 | USA | 5/28/15 | 136,179.23 |
| The Bank of New York Mellon | BNY Mellon General Services & Corporate Real Estate | PO Box 223457 | Pittsburgh | PA | 15251-2457 | USA | 6/26/15 | 132,069.47 |
| Totally Awesome Warehouse | 501 Ridge Avenue | | Hanover | PA | 17331 | USA | 5/13/15 | 1,541.90 |
| Totally Awesome Warehouse | 501 Ridge Avenue | | Hanover | PA | 17331 | USA | 5/27/15 | 28,175.32 |
| Totally Awesome Warehouse | 501 Ridge Avenue | | Hanover | PA | 17331 | USA | 6/2/15 | 64,960.35 |
| Totally Awesome Warehouse | 501 Ridge Avenue | | Hanover | PA | 17331 | USA | 6/9/15 | 3,527.73 |
| Totally Awesome Warehouse | 501 Ridge Avenue | | Hanover | PA | 17331 | USA | 6/17/15 | 6,380.27 |
| Totally Awesome Warehouse | 501 Ridge Avenue | | Hanover | PA | 17331 | USA | 7/7/15 | 60,044.40 |
| Totally Awesome Warehouse | 501 Ridge Avenue | | Hanover | PA | 17331 | USA | 7/14/15 | 1,673.64 |
| Totally Awesome Warehouse | 501 Ridge Avenue | | Hanover | PA | 17331 | USA | 8/4/15 | 42,020.55 |
| Totally Awesome Warehouse | 501 Ridge Avenue | | Hanover | PA | 17331 | USA | 8/10/15 | 859.46 |
| Twentieth Century Fox | PO Box 402665 | | Atlanta | GA | 30384-2665 | USA | 5/14/15 | 61.28 |
| Twentieth Century Fox | PO Box 402665 | | Atlanta | GA | 30384-2665 | USA | 6/4/15 | 108.50 |
| Twentieth Century Fox | PO Box 402665 | | Atlanta | GA | 30384-2665 | USA | 6/18/15 | 236.15 |
| Twentieth Century Fox | PO Box 402665 | | Atlanta | GA | 30384-2665 | USA | 6/26/15 | 305.40 |
| Twentieth Century Fox | PO Box 402665 | | Atlanta | GA | 30384-2665 | USA | 7/9/15 | 130.80 |
| Twentieth Century Fox Home Entertainment | PO Box 402665 | | Atlanta | GA | 30384-2665 | USA | 5/14/15 | 3,834.60 |
| Twentieth Century Fox Home Entertainment | PO Box 402665 | | Atlanta | GA | 30384-2665 | USA | 5/21/15 | 878.40 |
| Twentieth Century Fox Home Entertainment | PO Box 402665 | | Atlanta | GA | 30384-2665 | USA | 5/28/15 | 718.80 |
| Twentieth Century Fox Home Entertainment | PO Box 402665 | | Atlanta | GA | 30384-2665 | USA | 6/4/15 | 3,240.00 |

4 of 6

In re Filmed Entertainment Inc.
Case No. 15-12244 (SCC)
SOFA 3b - Payments made to creditors within 90 days of commencement of this case

| Creditor Name | Address1 | Address2 | City | State | Zip | Country | Dates of Payments | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Twentieth Century Fox Home Entertainment | PO Box 402665 | | Atlanta | GA | 30384-2665 | USA | 6/18/15 | 9,122.25 |
| Twentieth Century Fox Home Entertainment | PO Box 402665 | | Atlanta | GA | 30384-2665 | USA | 6/26/15 | 2,439.90 |
| Twentieth Century Fox Home Entertainment | PO Box 402665 | | Atlanta | GA | 30384-2665 | USA | 7/16/15 | 3,201.00 |
| Twentieth Century Fox Home Ent | PO Box 402665 | | Atlanta | GA | 30384-2665 | USA | 7/23/15 | 1,130.10 |
| Twentieth Century Fox Home Entertainment | PO Box 402665 | | Atlanta | GA | 30384-2665 | USA | 7/30/15 | 1,297.80 |
| Twentieth Century Fox Home Entertainment | 65 Railroad Avenue | | Ridgefield | NJ | 07657-0000 | USA | 6/26/15 | $6,222.02 |
| Universal Studios Home Ent. | 100 Universal City Plaza | | Universal City | CA | 91609 | USA | 5/19/15 | 13,130.10 |
| Universal Studios Home Ent. | 100 Universal City Plaza | | Universal City | CA | 91609 | USA | 6/24/15 | 19,562.20 |
| Universal Studios Home Ent. | 100 Universal City Plaza | | Universal City | CA | 91609 | USA | 7/22/15 | 3,706.20 |
| Universal Studios Home Entertainment LLC | 100 Universal City Plaza | | Universal City | CA | 91609 | USA | 5/19/15 | 146.60 |
| Universal Studios Home Entertainment LLC | 100 Universal City Plaza | | Universal City | CA | 91609 | USA | 6/24/15 | 91.25 |
| Universal Studios Home Entertainment LLC | 100 Universal City Plaza | | Universal City | CA | 91609 | USA | 7/22/15 | 213.15 |
| USPS | P.O. Box 21666 | | Eagan | MN | 55121 | USA | 5/12/15 | 26.48 |
| USPS | P.O. Box 21666 | | Eagan | MN | 55121 | USA | 5/13/15 | 10.25 |
| USPS | P.O. Box 21666 | | Eagan | MN | 55121 | USA | 5/14/15 | 12.45 |
| USPS | P.O. Box 21666 | | Eagan | MN | 55121 | USA | 5/15/15 | 9.21 |
| USPS | P.O. Box 21666 | | Eagan | MN | 55121 | USA | 5/19/15 | 387.26 |
| USPS | P.O. Box 21666 | | Eagan | MN | 55121 | USA | 5/27/15 | 20.76 |
| USPS | P.O. Box 21666 | | Eagan | MN | 55121 | USA | 5/28/15 | 306.05 |
| USPS | P.O. Box 21666 | | Eagan | MN | 55121 | USA | 5/29/15 | 6.32 |
| USPS | P.O. Box 21666 | | Eagan | MN | 55121 | USA | 6/1/15 | 8.75 |
| USPS | P.O. Box 21666 | | Eagan | MN | 55121 | USA | 6/2/15 | 17.55 |
| USPS | P.O. Box 21666 | | Eagan | MN | 55121 | USA | 6/3/15 | 16.95 |
| USPS | P.O. Box 21666 | | Eagan | MN | 55121 | USA | 6/4/15 | 6.34 |
| USPS | P.O. Box 21666 | | Eagan | MN | 55121 | USA | 6/5/15 | 360.31 |
| USPS | P.O. Box 21666 | | Eagan | MN | 55121 | USA | 6/9/15 | 20.80 |
| USPS | P.O. Box 21666 | | Eagan | MN | 55121 | USA | 6/11/15 | 13,067.59 |
| USPS | P.O. Box 21666 | | Eagan | MN | 55121 | USA | 6/12/15 | 12.76 |
| USPS | P.O. Box 21666 | | Eagan | MN | 55121 | USA | 6/16/15 | 245.71 |
| USPS | P.O. Box 21666 | | Eagan | MN | 55121 | USA | 6/17/15 | 10.20 |
| USPS | P.O. Box 21666 | | Eagan | MN | 55121 | USA | 6/18/15 | 230.75 |
| USPS | P.O. Box 21666 | | Eagan | MN | 55121 | USA | 6/23/15 | 16.53 |
| USPS | P.O. Box 21666 | | Eagan | MN | 55121 | USA | 6/24/15 | 17.83 |
| USPS | P.O. Box 21666 | | Eagan | MN | 55121 | USA | 6/25/15 | 3.28 |
| USPS | P.O. Box 21666 | | Eagan | MN | 55121 | USA | 6/26/15 | 8.57 |
| USPS | P.O. Box 21666 | | Eagan | MN | 55121 | USA | 6/30/15 | 16,785.89 |
| USPS | P.O. Box 21666 | | Eagan | MN | 55121 | USA | 7/1/15 | 6.20 |
| USPS | P.O. Box 21666 | | Eagan | MN | 55121 | USA | 7/2/15 | 322.44 |
| USPS | P.O. Box 21666 | | Eagan | MN | 55121 | USA | 7/7/15 | 9.88 |
| USPS | P.O. Box 21666 | | Eagan | MN | 55121 | USA | 7/9/15 | 20.57 |

In re Filmed Entertainment Inc.
Case No. 15-12244 (SCC)
SOFA 3b - Payments made to creditors within 90 days of commencement of this case

| Creditor Name | Address1 | Address2 | City | State | Zip | Country | Dates of Payments | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| USPS | P.O. Box 21666 | | Eagan | MN | 55121 | USA | 7/10/15 | 7.67 |
| USPS | P.O. Box 21666 | | Eagan | MN | 55121 | USA | 7/14/15 | 32.84 |
| USPS | P.O. Box 21666 | | Eagan | MN | 55121 | USA | 7/16/15 | 6.77 |
| USPS | P.O. Box 21666 | | Eagan | MN | 55121 | USA | 7/17/15 | 13.97 |
| USPS | P.O. Box 21666 | | Eagan | MN | 55121 | USA | 7/20/15 | 6.20 |
| USPS | P.O. Box 21666 | | Eagan | MN | 55121 | USA | 7/21/15 | 29.17 |
| USPS | P.O. Box 21666 | | Eagan | MN | 55121 | USA | 7/22/15 | 1,525.20 |
| USPS | P.O. Box 21666 | | Eagan | MN | 55121 | USA | 7/23/15 | 9.15 |
| USPS | P.O. Box 21666 | | Eagan | MN | 55121 | USA | 7/24/15 | 9.48 |
| USPS | P.O. Box 21666 | | Eagan | MN | 55121 | USA | 7/28/15 | 13.27 |
| USPS | P.O. Box 21666 | | Eagan | MN | 55121 | USA | 7/30/15 | 261.95 |
| USPS | P.O. Box 21666 | | Eagan | MN | 55121 | USA | 7/31/15 | 553.63 |
| USPS | P.O. Box 21666 | | Eagan | MN | 55121 | USA | 8/4/15 | 16.44 |
| USPS | P.O. Box 21666 | | Eagan | MN | 55121 | USA | 8/5/15 | 10.84 |
| USPS | P.O. Box 21666 | | Eagan | MN | 55121 | USA | 8/7/15 | 14.41 |
| USPS | P.O. Box 21666 | | Eagan | MN | 55121 | USA | 8/10/15 | 233.11 |
| USPS Disbursing Officer | PO BOX 21666 | | Eagan | MN | 55121-0666 | USA | 5/21/15 | 1,266.35 |
| USPS Disbursing Officer | PO BOX 21666 | | Eagan | MN | 55121-0666 | USA | 6/18/15 | 1,063.92 |
| USPS Disbursing Officer | PO BOX 21666 | | Eagan | MN | 55121-0666 | USA | 7/23/15 | 1,381.48 |
| Virgil Films and Entertainment | 407 Broome St | Ste 6A | 46204 | NY | 10013 | USA | 5/14/15 | 120.00 |
| Virgil Films and Entertainment | 407 Broome St | Ste 6A | 46204 | NY | 10013 | USA | 6/26/15 | 450.00 |
| Warner Home Video Inc. | 4000 West Alameda | Rm 4041 | Burbank | CA | 91502 | USA | 7/16/15 | $108.00 |
| Yvonne Ike, Attorney at Law | 751 Franklin Ave | Apt 146 | Brooklyn | NY | 11238 | USA | 6/26/15 | $1,000.00 |
| | | | | | | | TOTAL: | $3,025,632.03 |

6 of 6

In re Filmed Entertainment Inc.
Case No. 15-12244 (SCC)

SOFA 3c – Payments made within one year preceding commencement of this case to creditors who are or were insiders

SOFA 3c – Payments made within 1 year preceding commencement of this case to creditors who are or were insiders

| Creditor Name | Address1 | Address2 | City | State | Zip | Country | Relationship to Debtor | Dates of Payments | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| Beth Agre | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | Assistant Secretary | 8/15/14 | $ 3,076.93 |
| Beth Agre | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | Assistant Secretary | 8/29/14 | $ 3,076.93 |
| Beth Agre | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | Assistant Secretary | 9/12/14 | $ 3,076.93 |
| Gregory Sills | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 8/15/14 | $ 9,615.39 |
| Gregory Sills | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 8/29/14 | $ 9,615.39 |
| Gregory Sills | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 9/12/14 | $ 9,615.39 |
| Gregory Sills | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 9/26/14 | $ 9,615.39 |
| Gregory Sills | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 10/10/14 | $ 9,615.39 |
| Gregory Sills | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 10/24/14 | $ 9,615.39 |
| Gregory Sills | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 11/7/14 | $ 4,807.70 |
| Gregory Sills (T&E) | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 8/26/14 | $ 2,193.68 |
| Gregory Sills (T&E) | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 8/26/14 | $ 1,616.30 |
| Gregory Sills (T&E) | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 8/26/14 | $ 1,856.82 |
| Gregory Sills (T&E) | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 8/26/14 | $ 1,928.69 |
| Gregory Sills (T&E) | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 8/26/14 | $ 2,359.91 |
| Gregory Sills (T&E) | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 8/26/14 | $ 674.26 |
| Gregory Sills (T&E) | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 8/26/14 | $ 2,359.91 |
| Gregory Sills (T&E) | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 8/26/14 | $ 2,286.12 |
| Gregory Sills (T&E) | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 8/26/14 | $ 109.37 |
| Gregory Sills (T&E) | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 8/26/14 | $ 2,311.68 |
| Gregory Sills (T&E) | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 8/26/14 | $ 9.99 |
| Gregory Sills (T&E) | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 8/26/14 | $ 1,208.95 |
| Gregory Sills (T&E) | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 11/5/14 | $ 319.18 |
| Gregory Sills (T&E) | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 10/29/14 | $ 945.88 |
| Gregory Sills (T&E) | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 10/16/14 | $ 3,164.47 |
| Gregory Sills (T&E) | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 10/16/14 | $ 1,333.00 |
| Gregory Sills (T&E) | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 10/16/14 | $ 2,216.00 |
| Gregory Sills (T&E) | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 10/1/14 | $ 1,333.00 |
| Gregory Sills (T&E) | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 10/1/14 | $ 2,316.00 |
| Gregory Sills (T&E) | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 10/1/14 | $ 3,164.47 |
| Gregory Sills (T&E) | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 9/24/14 | $ 184.52 |
| Gregory Sills (T&E) | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 9/24/14 | $ 397.97 |
| Gregory Sills (T&E) | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 9/24/14 | $ 1,301.86 |
| GRL Capital Advisors, LLC | 220 South Orange | Ste 200 | Livingston | NJ | 07039 | USA | Director | 8/29/14 | $ 12,500.00 |
| GRL Capital Advisors, LLC | 220 South Orange | Ste 200 | Livingston | NJ | 07039 | USA | Director | 11/10/14 | $ 20,000.00 |
| GRL Capital Advisors, LLC | 220 South Orange | Ste 200 | Livingston | NJ | 07039 | USA | Director | 2/12/15 | $ 20,000.00 |
| GRL Capital Advisors, LLC | 220 South Orange | Ste 200 | Livingston | NJ | 07039 | USA | Director | 5/14/15 | $ 20,000.00 |
| GRL Capital Advisors, LLC | 220 South Orange | Ste 200 | Livingston | NJ | 07039 | USA | Director | 7/28/15 | $ 20,000.00 |
| Najafi Companies | 2525 E Camelback Rd. | Suite 850 | Phoenix | AZ | 85016 | USA | Minority Owner | 9/2/14 | $ 12,500.00 |
| Najafi Companies | 2525 E Camelback Rd. | Suite 850 | Phoenix | AZ | 85016 | USA | Minority Owner | 10/1/14 | $ 12,500.00 |

In re Filmed Entertainment Inc.
Case No. 15-12244 (SCC)

SOFA 3c - Payments made within one year preceding commencement of this case to creditors who are or were insiders

| Creditor Name | Address1 | Address2 | City | State | Zip | Country | Relationship to Debtor | Dates of Payments | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| Najafi Companies | 2525 E Camelback Rd. | Suite 850 | Phoenix | AZ | | 85016 | USA | Minority Owner | 11/3/14 | $ 12,500.00 |
| Najafi Companies | 2525 E Camelback Rd. | Suite 850 | Phoenix | AZ | | 85016 | USA | Minority Owner | 12/1/14 | $ 12,500.00 |
| Najafi Companies | 2525 E Camelback Rd. | Suite 850 | Phoenix | AZ | | 85016 | USA | Minority Owner | 1/2/15 | $ 12,500.00 |
| Najafi Companies | 2525 E Camelback Rd. | Suite 850 | Phoenix | AZ | | 85016 | USA | Minority Owner | 2/2/15 | $ 12,500.00 |
| Najafi Companies | 2525 E Camelback Rd. | Suite 850 | Phoenix | AZ | | 85016 | USA | Minority Owner | 3/1/15 | $ 12,500.00 |
| Najafi Companies | 2525 E Camelback Rd. | Suite 850 | Phoenix | AZ | | 85016 | USA | Minority Owner | 4/1/15 | $ 12,500.00 |
| Najafi Companies | 2525 E Camelback Rd. | Suite 850 | Phoenix | AZ | | 85016 | USA | Minority Owner | 5/1/15 | $ 12,500.00 |
| Najafi Companies | 2525 E Camelback Rd. | Suite 850 | Phoenix | AZ | | 85016 | USA | Minority Owner | 6/1/15 | $ 12,500.00 |
| Najafi Companies | 2525 E Camelback Rd. | Suite 850 | Phoenix | AZ | | 85016 | USA | Minority Owner | 7/1/15 | $ 12,500.00 |
| Najafi Companies | 2525 E Camelback Rd. | Suite 850 | Phoenix | AZ | | 85016 | USA | Minority Owner | 8/4/15 | $ 12,500.00 |
| | | | | | | | | TOTAL: | $ 349,822.86 |

2 of 2

In re Filmed Entertainment Inc.
Case No. 15-12244 (SCC)

SOFA 4a - Suits and administrative proceedings to which the debtor is or was a party within one year of commencement of this case

SOFA 4a - Suits and administrative proceedings to which the debtor is or was a party within one year of commencement of this case

| Caption of Suit | Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|---|
| Filmed Entertainment, Inc. f/k/a Direct Brands, Inc. v. Cognizant Technology Solutions U.S. Corp. | Index No. 651269/2014 | Contract dispute regarding IT consulting services | Supreme Court of the State of New York, County of New York | Open |
| Sir Properties Trust v. Filmed Entertainment, Inc. f/k/a Direct Brands, Inc., et al . | Case No 9149-VCG | Complaint alleges failure to make contractually required rent payments and the unauthorized transfer of the Lease on the 501 Ridge Avenue property in Hanover, PA | Court of Chancery of the State of Delaware | Open |
| StyleOwner, Inc. v. Direct Brands, Inc., et al . | Index No. 653931/2012 | Complaint alleges violation of a Confidentiality Agreement, misappropriation of StyleOwner's confidential information and trade secrets, and fraud.  In 2011 and 2012, the Companies and StyleOwner engaged in discussions regarding the Companies' investment in StyleOwner. | Supreme Court of the State of New York, County of New York | Open |
| In re: Dynamic Access Memory (DRAM) Antitrust Litigation (DRAM Class Action) | Case No. 02-md-01486 | Antitrust class action suit | Federal District Court for the Northern District of California | Open; claim filed |

1 of 2

In re Filmed Entertainment Inc.

Case No. 15-12244 (SCC)

SOFA 4a - Suits and administrative proceedings to which the debtor is or was a party within one year of commencement of this case

| Caption of Suit | Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|---|
| HCL America, Inc. v. Direct Brands, Inc. | Index No. 653561/2013 | Complaint alleges two causes of action, for an account stated and breach of contract. FEI counterclaimed for breach of contract wit regard to HCL's substandard services | Supreme Court of the State of New York, County of New York | Closed; settled |
| 6550 East LLC v. 6550 East 30th Indiana, LLC, BMG Columbia House, et al . | Cause No. 49D04-141 2-MF-04101 3 | Foreclosure action pertaining to building in which BMGCH leased space in Indianapolis, IN | State of Indiana, Marion County Superior Court | Closed; settled |
| In re: TFT-LCD (Flat Panel) Antitrust Litigation | Case No. 07-md-01827 | LCD Class Action | Federal District Court for the Northern District of California | Closed; Settled |

In re Filmed Entertainment Inc.

Case No. 15-12244 (SCC)

SOFA 9 - Payments related to debt counseling or bankruptcy

SOFA 9 - Payments related to debtor counseling or bankruptcy made within 1 year preceding commencement of this case

| Name of Payee | Address1 | Address2 | City | State | Zip | Date of Payment | Amount of Money or Description and Value of Property |
|---|---|---|---|---|---|---|---|
| Griffin Hamersky P.C. | 485 Madison Avenue | 7th Floor | New York | NY | 10022 | 6/1/15 | $ 35,000.00 |
| Griffin Hamersky P.C. | 485 Madison Avenue | 7th Floor | New York | NY | 10022 | 6/24/15 | $ 26,019.30 |
| Griffin Hamersky P.C. | 485 Madison Avenue | 7th Floor | New York | NY | 10022 | 7/22/15 | $ 34,175.05 |
| Griffin Hamersky P.C. | 485 Madison Avenue | 7th Floor | New York | NY | 10022 | 8/4/15 | $ 25,678.24 |
| Griffin Hamersky P.C. | 485 Madison Avenue | 7th Floor | New York | NY | 10022 | 8/7/15 | $ 15,000.00 |
| GRL Capital Advisors, LLC | 220 South Orange | Ste 200 | Livingston | NJ | 07039 | 8/29/14 | $ 12,500.00 |
| GRL Capital Advisors, LLC | 220 South Orange | Ste 200 | Livingston | NJ | 07039 | 11/10/14 | $ 20,000.00 |
| GRL Capital Advisors, LLC | 220 South Orange | Ste 200 | Livingston | NJ | 07039 | 2/12/15 | $ 20,000.00 |
| GRL Capital Advisors, LLC | 220 South Orange | Ste 200 | Livingston | NJ | 07039 | 5/14/15 | $ 20,000.00 |
| GRL Capital Advisors, LLC | 220 South Orange | Ste 200 | Livingston | NJ | 07039 | 7/28/15 | $ 20,000.00 |
| PriceWaterhouseCoopers LLP | 4040 W Boy Scout Boulevard | | Tampa | FL | 33607 | 11/26/14 | $ 75,000.00 |
| PriceWaterhouseCoopers LLP | 4040 W Boy Scout Boulevard | | Tampa | FL | 33607 | 12/30/14 | $ 40,000.00 |
| PriceWaterhouseCoopers LLP | 4040 W Boy Scout Boulevard | | Tampa | FL | 33607 | 6/25/15 | $ 25,000.00 |
| Prime Clerk | 830 Third Avenue | | New York | NY | 10022 | 7/31/15 | $ 15,000.00 |
| Sitrick Brincko Group, LLC | 7 Times Square | #2600 | New York | NY | 10036 | 7/28/15 | $ 36,746.78 |
| Togut, Segal & Segal LLP | One Penn Plaza | Ste 3335 | New York | NY | 10119 | 9/22/14 | $ 100,000.00 |
| Togut, Segal & Segal LLP | One Penn Plaza | Ste 3335 | New York | NY | 10119 | 12/29/14 | $ 67,751.77 |
| | | | | | | TOTAL: | $ 587,871.14 |

1 of 1

In re Filmed Entertainment Inc.
Case No. 15-12244 (SCC)
SOFA 11 - Closed financial accounts

SOFA 11 - Closed financial accounts - financial accounts and instruments closed, sold or otherwise transferred within 1 year preceding commencement of this case

| Name of Institution | Address1 | Address2 | City | State | Zip | Type of Account, Last Four Digits of Account Number | Amount and Date of Sale or Closing |
|---|---|---|---|---|---|---|---|
| JPMorgan Chase Bank | Chase Plaza | 1 Chase Manhattan Plaza | New York | NY | | 10005 Sweep Account 5246 | $0 |
| JPMorgan Chase Bank | Chase Plaza | 1 Chase Manhattan Plaza | New York | NY | | 10005 Payroll Account 0407 | $0 |
| JPMorgan Chase Bank | Chase Plaza | 1 Chase Manhattan Plaza | New York | NY | | 10005 Flex Spending Account 8919 | $0 |
| The Bank of New York Mellon | 200 Park Ave. | #54 | New York | NY | | 10166 DBI DVD Refund Account 8934 | $0 |
| The Bank of New York Mellon | 200 Park Ave. | #54 | New York | NY | | 10166 DBI CD Refund Account 9021 | $0 |

1 of 1

In re Filmed Entertainment Inc.
Case No. 15-12244 (SCC)
SOFA 15 - Prior addresses of debtor

SOFA 15 - Prior Addresses of Debtor

| Name Used | Address1 | Address2 | City | State | Zip | Dates of Occupancy |
|---|---|---|---|---|---|---|
| Bookspan LLC | 2 Park Avenue | 10th Floor | New York | NY | 10016 | January 2014 - present |
| Bookspan LLC | 501 Ridge Avenue | | Hanover | PA | 17331 | 9/23/08 - transitioning to new facility as of 7/31/15 |
| Bookspan LLC | 1225 South Market Street | | Mechanicsburg | PA | 17055 | 12/1/07 - these operations were relocated and outsourced |
| Direct Brands, Inc. | 1 Penn Plaza | 5th Floor | New York | NY | 10119 | 1/1/06 - Lease assigned February 2014 |
| Totally Awesome Warehouse LLC | 348 Poplar Street | | Hanover | PA | 17331 | 7/31/15 - present |

1 of 1

In re Filmed Entertainment Inc.
Case No. 15-12244 (SCC)
SOFA 18a - Nature, location and name of business

SOFA 18a – Nature, location and name of business in which debtor was a partner or owned 5 percent or more of the voting or equity securities within 6 years immediately preceding commencement of this case

| Name | Address1 | Address2 | City | State | Zip | Taxpayer ID No. (EIN) | Nature of Business | Beginning and Ending Dates |
|---|---|---|---|---|---|---|---|---|
| DB Media Distribution Inc. (formerly Doubleday Canada Ltd) | 5900 Finch Avenue East | | Scarborough | Ontario | M1B5X7 | N/A | Book Club business in Canada | Assignments in Bankruptcy filed 12/9/10. On 10/12/12 Trustees and companies entered into full and final release. |
| CH LLC (Canada) (held 99% partnership interest in DB Media Distribution) | 2711 Centerville Rd. | Ste. 400 | Wilmington | DE | 19808 | CCRA BN: 89549 5604 RC0001 | Holding Company | Assignments in Bankruptcy filed 12/9/10. On 10/12/12 Trustees and companies entered into full and final release. Limited Liability Company dissolved. |
| CH Sub LLC (Canada) (held 1% partnership interest in DB Media Distribution) | 2711 Centerville Rd. | Ste. 400 | Wilmington | DE | 19808 | CCRA BN: 89548 3204 RC0001 | Holding Company | Assignments in Bankruptcy filed 12/9/10. On 10/12/12 Trustees and companies entered into full and final release. Limited Liability Company dissolved. |
| DB Media Distribution formerly Columbia House Company (Canada) | 5900 Finch Avenue East | | Scarborough | Ontario | M1B5X7 | N/A | COLUMBIA HOUSE Music and DVD Clubs in Canada | Assignments in Bankruptcy filed 12/9/10. On 10/12/12 Trustees and companies entered into full and final release. |
| CH Corp (Mexico) I , Inc. (held 99% partnership interest in CH Mexico S. De R.L. De C.V.) | 2711 Centerville Rd. | Ste. 400 | Wilmington | DE | 19808 | 02-0627401 | Holding Company | Liquidation completed September 2012. Corporation dissolved |
| CH Corp. (Mexico) II, Inc. (held 1% partnership interest in CH Mexico S. De R.L. De C.V.) | 2711 Centerville Rd. | Ste. 400 | Wilmington | DE | 19808 | 03-0468205 | Holding Company | Liquidation completed September 2012. Corporation dissolved |
| CH Mexico S. De R.L. De C.V. (MX) | Suc 3487 Auchan | | Satélite | MX | 53100 | 98-0376367 | COLUMBIA HOUSE Music Club | Liquidation completed September 2012. |

In re Filmed Entertainment Inc.

Case No. 15-12244 (SCC)

SOFA 19a - Books, records and financial statements: bookkeepers and accountants

SOFA 19a - Books, records and financial statements: bookkeepers and accountants used within 2 years of commencement of this case

| Name | Address1 | Address2 | City | State | Zip | Dates Services Rendered |
|---|---|---|---|---|---|---|
| Albright, Sandra | 348 Poplar Street | | Hanover | PA | 17331 | 2007 - ongoing |
| Anstey, Wayne | 21 Cordell Place | | East Northport | NY | 11731 | 4/2007 - 10/4/13 |
| Azzue, Jean | 22 Gardner Avenue | | Hicksville | NY | 11801 | 7/29/09 - 12/31/13 |
| Cavanaugh, James | 2 Park Avenue | 10th Floor | New York | NY | 10016 | 7/2005 - ongoing |
| Ippolito, Robert | 2 Park Avenue | 10th Floor | New York | NY | 10016 | 4/2007 - ongoing |
| Jackson, William | 334 Dorchester Road | | Rockville Centre | NY | 11570 | 7/2005 - 9/6/13 |
| Johnson, Cynthia | 747 Winter Avenue | | Uniondale | NY | 11553 | 7/13/09 - 4/17/15 |
| McKenna, Josephine | 2301 Saratoga Street | | Oceanside | NY | 11572 | 4/2007 -12/31/13 |
| Minton, Maria | 535 Westbury Avenue | | Carle Place | NY | 11514 | 4/2007 - 3/4/14 |
| Patrenicola, Joseph | 2 Park Avenue | 10th Floor | New York | NY | 10016 | 7/2005 - ongoing |
| Roghubir, Gooneshwarie | 1501 Diellen Lane | | Elmont | NY | 11003 | 10/12/09 - 12/30/14 |
| Singh, Christopher | 2 Park Avenue | 10th Floor | New York | NY | 10016 | 2015 - ongoing |
| Slawski, Barbara [deceased] | 332 Marks Avenue | | Bellmore | NY | 11710 | 4/2007 - 8/8/13 |
| Tan, Patricia Chuan | 2 Park Avenue | 10th Floor | New York | NY | 10016 | 4/2007 - ongoing |
| White-Lopez, Maria | 2 Park Avenue | 10th Floor | New York | NY | 10016 | 4/2007 - ongoing |

In re Filmed Entertainment Inc.

Case No. 15-12244 (SCC)

SOFA 19b - Books, records and financial statements: audited the books and records or prepared a financial statement

SOFA 19b - Books, records and financial statements: firms or individuals who audited the books and records or prepared a financial statement within 2 years preceding commencement of this case

| Name | Address1 | Address2 | City | State | Zip | Dates Services Rendered |
|---|---|---|---|---|---|---|
| Anstey, Wayne | 21 Cordell Place | | Northport | NY | 11731 | 4/2007 - 10/4/13 |
| Cavanaugh, James | 2 Park Avenue | 10th Floor | New York | NY | 10016 | Ongoing |
| Ippolito, Robert | 2 Park Avenue | 10th Floor | New York | NY | 10016 | Ongoing |
| Jackson, William | 334 Dorchester Road | | Rockville Centre | NY | 11570 | 7/2005 - 9/6/13 |
| Patrenicola, Joseph | 2 Park Avenue | 10th Floor | New York | NY | 10016 | Ongoing |
| McGladrey & Pullen, LLP | 5155 Paysphere Circle | | Chicago | IL | 60674 | Ongoing |
| Fiondella, Milone & LaSaracina | 300 Winding Brook Drive | | Glastonbury | CT | 06033 | Ongoing |

1 of 1

In re Filmed Entertainment Inc.
Case No. 15-12244 (SCC)
SOFA 19c - Books, records and financial statements:  possession of the books of account and records

SOFA 19c - Books, records and financial statements:  firms or individuals in possession of the books of account and records as of commencement of this case

| Name | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|
| Cavanaugh, James | 2 Park Avenue | 10th Floor | New York | NY | 10016 |
| Ippolito, Robert | 2 Park Avenue | 10th Floor | New York | NY | 10016 |
| Knight, Clifton | 2 Park Avenue | 10th Floor | New York | NY | 10016 |
| Lippman, John | 2 Park Avenue | 10th Floor | New York | NY | 10016 |
| Patrenicola, Joseph | 2 Park Avenue | 10th Floor | New York | NY | 10016 |
| McGladrey & Pullen, LLP | 2 Park Avenue | 10th Floor | New York | NY | 10016 |
| Fiondella, Milone & LaSaracina | 300 Winding Brook Drive | | Glastonbury | CT | 06033 |

1 of 1

In re Filmed Entertainment Inc.
Case No. 15-12244 (SCC)

SOFA 19d - Books, records and financial statements: creditors and other parties to whom a financial statement was issued

SOFA 19d - Books, records and financial statements: creditors and other parties to whom a financial statement was issued within 2 years preceding commencement of this case

| Name | Address1 | Address2 | City | State | Zip | Date Issued |
|------|----------|----------|------|-------|-----|-------------|
| McGladrey & Pullen, LLP | 501 N. 44th Street | Suite 300 | Phoenix | AZ | 85008 | 2013, 2014, 2015 |
| Braintree Payment Solutions, LLC | 111 North Canal | | Chicago | IL | 60607 | 2014,2015 |
| Chase Paymenttech | 4 Northeastern Blvd. | | Salem | NH | 03079 | 2013, 2014, 2015 |
| HCL | 330 Potrero Ave. | | Sunnyvale | CA | 94085 | 2013, 2014, 2015 |
| Vornado Realty Trust | 888 Seventh Avenue | | New York | NY | 10019 | 2013, 2014 |
| Pension Benefit Guaranty Corporation (PBGC) | 1200 K St. NW | | Washington | DC | 20005-4026 | 2013, 2014, 2015 |

1 of 1

In re Filmed Entertainment Inc.
Case No. 15-12244 (SCC)
SOFA 21b - Current Partners, Officers, Directors and Shareholders, corporation

SOFA 21b – Debtor that is a Corporation: Current Officers and Directors and each Shareholder directly or indirectly owning 5% or more of voting or equity securities

| Name | Address1 | Address2 | Address3 | City | State | Zip | Title | Nature and Percentage of Stock Ownership |
|---|---|---|---|---|---|---|---|---|
| Glenn Langberg | GRL Capital Advisors LLC | 220 South Orange | Ste 200 | Livingston | NJ | 07039 | Independent Director | N/A |
| John Lippman | 2 Park Avenue | 10th Floor | | New York | NY | 10016 | Director President & CEO | N/A |
| Clifton B. Knight | 2 Park Avenue | 10th Floor | | New York | NY | 10016 | Executive Vice President, Legal & Business Affairs and Secretary | N/A |
| DVD Direct Acquisition, LLC | 2 Park Avenue | 10th Floor | | New York | NY | 10016 | | Sole Shareholder of Filmed Entertainment Inc. |

1 of 1

In re Filmed Entertainment Inc.
Case No. 15-12244 (SCC)
SOFA 22b - Former Partners, Officers, Directors and Shareholders, corporation

SOFA 22b - Debtor that is a Corporation: Former Officers and Directors and 5% Shareholders whose relationship with corporation terminated within 1 year preceding commencement of the case

| Name | Address1 | Address2 | City | State | Zip | Title | Date of Termination |
|---|---|---|---|---|---|---|---|
| Agre, Beth | 2 Park Avenue | 10th Floor | New York | NY | | 10016 Assistant Secretary | Resigned as Officer 6/5/15 |
| Conboy, Eileen | 2 Park Avenue | 10th Floor | New York | NY | | 10016 Assistant Secretary | Resigned as Officer 6/8/15 |
| Orlandi, Blake | 2 Park Avenue | 10th Floor | New York | NY | | 10016 Director | Resigned as Director 11/11/14 |
| Sills, Gregory | 2 Park Avenue | 10th Floor | New York | NY | | 10016 Executive Vice President and Chief Administrative Officer | Employment terminated effective 10/31/14 |

In re Filmed Entertainment Inc.
Case No. 15-12244 (SCC)

SOFA 23 - Withdrawals from a partnership or distributions by a corporation

SOFA 23 – Withdraw as from a partnership or distributions by a corporation – to an insider (including any form of compensation) within 1 year preceding commencement of this case

| Creditor Name | Address1 | Address2 | City | State | Zip | Country | Relationship to Debtor | Dates and Purposes of Payments | Description of Property | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| Beth Agre | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | Assistant Secretary | 8/15/14 | Cash | $ 3,076.93 |
| Beth Agre | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | Assistant Secretary | 8/29/14 | Cash | $ 3,076.93 |
| Beth Agre | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | Assistant Secretary | 9/12/14 | Cash | $ 3,076.93 |
| Gregory Sills | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 8/15/14 | Cash | $ 9,615.39 |
| Gregory Sills | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 8/29/14 | Cash | $ 9,615.39 |
| Gregory Sills | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 9/12/14 | Cash | $ 9,615.39 |
| Gregory Sills | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 9/26/14 | Cash | $ 9,615.39 |
| Gregory Sills | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 10/10/14 | Cash | $ 9,615.39 |
| Gregory Sills | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 10/24/14 | Cash | $ 9,615.39 |
| Gregory Sills | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 11/7/14 | Cash | $ 4,807.70 |
| Gregory Sills (T&E) | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 8/26/14 | Cash | $ 2,193.68 |
| Gregory Sills (T&E) | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 8/26/14 | Cash | $ 1,616.30 |
| Gregory Sills (T&E) | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 8/26/14 | Cash | $ 1,856.82 |
| Gregory Sills (T&E) | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 8/26/14 | Cash | $ 1,928.69 |
| Gregory Sills (T&E) | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 8/26/14 | Cash | $ 2,359.91 |
| Gregory Sills (T&E) | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 8/26/14 | Cash | $ 674.26 |
| Gregory Sills (T&E) | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 8/26/14 | Cash | $ 2,359.91 |
| Gregory Sills (T&E) | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 8/26/14 | Cash | $ 2,286.12 |
| Gregory Sills (T&E) | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 8/26/14 | Cash | $ 109.37 |
| Gregory Sills (T&E) | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 8/26/14 | Cash | $ 2,311.68 |
| Gregory Sills (T&E) | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 8/26/14 | Cash | $ 9.99 |
| Gregory Sills (T&E) | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 8/26/14 | Cash | $ 1,208.95 |
| Gregory Sills (T&E) | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 11/5/14 | Cash | $ 319.18 |
| Gregory Sills (T&E) | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 10/29/14 | Cash | $ 945.88 |
| Gregory Sills (T&E) | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 10/16/14 | Cash | $ 3,164.47 |
| Gregory Sills (T&E) | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 10/16/14 | Cash | $ 1,333.00 |
| Gregory Sills (T&E) | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 10/16/14 | Cash | $ 2,216.00 |
| Gregory Sills (T&E) | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 10/1/14 | Cash | $ 1,333.00 |
| Gregory Sills (T&E) | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 10/1/14 | Cash | $ 2,316.00 |
| Gregory Sills (T&E) | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 10/1/14 | Cash | $ 3,164.47 |
| Gregory Sills (T&E) | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 9/24/14 | Cash | $ 184.52 |
| Gregory Sills (T&E) | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 9/24/14 | Cash | $ 397.97 |
| Gregory Sills (T&E) | 2 Park Avenue | 10th Floor | New York | NY | 10016 | USA | CAO | 9/24/14 | Cash | $ 1,301.86 |
| GRL Capital Advisors, LLC | 220 South Orange | Ste 200 | Livingston | NJ | 07039 | USA | Director | 8/29/14 | Cash | $ 12,500.00 |
| GRL Capital Advisors, LLC | 220 South Orange | Ste 200 | Livingston | NJ | 07039 | USA | Director | 11/10/14 | Cash | $ 20,000.00 |
| GRL Capital Advisors, LLC | 220 South Orange | Ste 200 | Livingston | NJ | 07039 | USA | Director | 2/12/15 | Cash | $ 20,000.00 |
| GRL Capital Advisors, LLC | 220 South Orange | Ste 200 | Livingston | NJ | 07039 | USA | Director | 5/14/15 | Cash | $ 20,000.00 |
| GRL Capital Advisors, LLC | 220 South Orange | Ste 200 | Livingston | NJ | 07039 | USA | Director | 7/28/15 | Cash | $ 20,000.00 |
| Najafi Companies | 2525 E Camelback Rd. | Suite 850 | Phoenix | AZ | 85016 | USA | Minority Owner | 9/2/14 | Cash | $ 12,500.00 |
| Najafi Companies | 2525 E Camelback Rd. | Suite 850 | Phoenix | AZ | 85016 | USA | Minority Owner | 10/1/14 | Cash | $ 12,500.00 |
| Najafi Companies | 2525 E Camelback Rd. | Suite 850 | Phoenix | AZ | 85016 | USA | Minority Owner | 11/3/14 | Cash | $ 12,500.00 |
| Najafi Companies | 2525 E Camelback Rd. | Suite 850 | Phoenix | AZ | 85016 | USA | Minority Owner | 12/1/14 | Cash | $ 12,500.00 |
| Najafi Companies | 2525 E Camelback Rd. | Suite 850 | Phoenix | AZ | 85016 | USA | Minority Owner | 1/2/15 | Cash | $ 12,500.00 |

In re Filmed Entertainment Inc.
Case No. 15-12244 (SCC)
SOFA 23 - Withdrawals from a partnership or distributions by a corporation

| Creditor Name | Address1 | Address2 | City | State | Zip | Country | Relationship to Debtor | Dates and Purposes of Payments | Description of Property | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| Najafi Companies | 2525 E Camelback Rd. | Suite 850 | Phoenix | AZ | 85016 | USA | Minority Owner | 2/2/15 | Cash | $ 12,500.00 |
| Najafi Companies | 2525 E Camelback Rd. | Suite 850 | Phoenix | AZ | 85016 | USA | Minority Owner | 3/1/15 | Cash | $ 12,500.00 |
| Najafi Companies | 2525 E Camelback Rd. | Suite 850 | Phoenix | AZ | 85016 | USA | Minority Owner | 4/1/15 | Cash | $ 12,500.00 |
| Najafi Companies | 2525 E Camelback Rd. | Suite 850 | Phoenix | AZ | 85016 | USA | Minority Owner | 5/1/15 | Cash | $ 12,500.00 |
| Najafi Companies | 2525 E Camelback Rd. | Suite 850 | Phoenix | AZ | 85016 | USA | Minority Owner | 6/1/15 | Cash | $ 12,500.00 |
| Najafi Companies | 2525 E Camelback Rd. | Suite 850 | Phoenix | AZ | 85016 | USA | Minority Owner | 7/1/15 | Cash | $ 12,500.00 |
| Najafi Companies | 2525 E Camelback Rd. | Suite 850 | Phoenix | AZ | 85016 | USA | Minority Owner | 8/4/15 | Cash | $ 12,500.00 |
| | | | | | | | | | TOTAL: | $ 349,822.86 |

2 of 2

B7 (Official Form 7) (04/13)                                                                                                     11

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs
and any attachments thereto and that they are true and correct.

Date _____        Signature of Debtor _____

Date _____        Signature of Joint Debtor (if any) _____

_____

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments
thereto and that they are true and correct to the best of my knowledge, information and belief.

Date __09/08/2015_____        Signature __/s/ Clifton B. Knight, Jr._____

                                   Print Name and Title __Executive VP Legal & Business Affairs__

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

__22__ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

_____

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for
compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and
342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy
petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from
the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal,
responsible person, or partner who signs this document.*

_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer        Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is
not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in
fines or imprisonment or both. 18 U.S.C. § 156.*