# EXHIBIT 1

**FILMED ENTERTAINMENT, INC**
**REVISED WEEKLY CASH FORECAST**

| Week Ending | Week 1<br>4-Sep | Week 2<br>11-Sep | Week 3<br>18-Sep | Week 4<br>25-Sep | Week 5<br>2-Oct |
|---|---:|---:|---:|---:|---:|
| *Cash Receipts:* | | | | | |
| Total Cash Receipts | $ 40,000 | $ 116,459 | $ 111,459 | $ 111,459 | $ 111,459 |
| | | | | | |
| *Cash Disbursements:* | | | | | |
| Operating Disbursements (admin, distr., etc.) | $ (134,500) | $ (20,000) | $ (2,000) | $ (20,000) | $ (239,500) |
| Royalties | - | - | - | - | - |
| Other Operating Expenses, excl Prof Fees | (17,000) | (37,617) | (50,157) | (50,157) | (50,157) |
| Bankruptcy/Restructuring Professional Fees | - | (233,876) | (47,833) | (47,833) | (47,392) |
| Other Non-Operating Costs, net | (25,000) | (86,527) | (127,731) | - | 27,449 |
| **Total Cash Disbursements** | $ (176,500) | $ (378,021) | $ (227,721) | $ (117,990) | $ (309,600) |
| | | | | | |
| **Net Cash Flow** | $ (136,500) | $ (261,562) | $ (116,262) | $ (6,531) | $ (198,141) |
| | | | | | |
| **Cash Balance** | | | | | |
| Beginning Cash Balance | $ 841,935 | $ 705,435 | $ 443,873 | $ 327,611 | $ 321,080 |
| Change in Cash | (136,500) | (261,562) | (116,262) | (6,531) | (198,141) |
| **Ending Cash Balance** | $ 705,435 | $ 443,873 | $ 327,611 | $ 321,080 | $ 122,939 |

**FILMED ENTERTAINMENT, INC**
**REVISED WEEKLY CASH FORECAST**

| Week Ending | Week 1<br>4-Sep | Week 2<br>11-Sep | Week 3<br>18-Sep | Week 4<br>25-Sep | Week 5<br>2-Oct | Week 6<br>9-Oct | Week 7<br>16-Oct | Week 8<br>23-Oct | Week 9<br>30-Oct | Week 10<br>6-Nov | Week 11<br>13-Nov | Week 12<br>20-Nov | Week 13<br>27-Nov |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Cash Receipts:* | | | | | | | | | | | | | |
| Total Cash Receipts | $ 40,000 | $ 116,459 | $ 111,459 | $ 111,459 | $ 111,459 | $ 113,959 | $ 111,459 | $ 111,459 | $ 111,459 | $ 111,459 | $ 113,959 | $ 111,459 | $ 111,459 |
| *Cash Disbursements:* | | | | | | | | | | | | | |
| Operating Disbursements (admin, distr., etc.) | $ (134,500) | $ (20,000) | $ (2,000) | $ (20,000) | $ (239,500) | $ (25,000) | $ (2,000) | $ (20,000) | $ (2,000) | $ (166,129) | $ (4,516) | $ (12,903) | $ (2,000) |
| Royalties | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Operating Expenses, excl Prof Fees | (17,000) | (37,617) | (50,157) | (50,157) | (50,157) | (50,157) | (50,157) | (50,157) | (50,157) | (32,359) | (32,359) | (32,359) | (50,157) |
| Bankruptcy/Restructuring Professional Fees | - | (233,876) | (47,833) | (47,833) | (47,392) | (46,290) | (46,290) | (46,290) | (46,290) | (25,613) | (22,167) | (22,167) | (22,167) |
| Other Non-Operating Costs, net | (25,000) | (86,527) | (127,731) | - | 27,449 | - | - | - | - | 17,709 | - | - | - |
| **Total Cash Disbursements** | **$ (176,500)** | **$ (378,021)** | **$ (227,721)** | **$ (117,990)** | **$ (309,600)** | **$ (121,447)** | **$ (98,447)** | **$ (116,447)** | **$ (98,447)** | **$ (206,392)** | **$ (59,042)** | **$ (67,429)** | **$ (74,323)** |
| **Net Cash Flow** | **$ (136,500)** | **$ (261,562)** | **$ (116,262)** | **$ (6,531)** | **$ (198,141)** | **$ (7,488)** | **$ 13,012** | **$ (4,988)** | **$ 13,012** | **$ (94,933)** | **$ 54,917** | **$ 44,030** | **$ 37,136** |
| **Cash Balance** | | | | | | | | | | | | | |
| Beginning Cash Balance | $ 841,935 | $ 705,435 | $ 443,873 | $ 327,611 | $ 321,080 | $ 122,939 | $ 115,452 | $ 128,464 | $ 123,476 | $ 136,488 | $ 41,555 | $ 96,473 | $ 140,503 |
| Change in Cash | (136,500) | (261,562) | (116,262) | (6,531) | (198,141) | (7,488) | 13,012 | (4,988) | 13,012 | (94,933) | 54,917 | 44,030 | 37,136 |
| **Ending Cash Balance** | **$ 705,435** | **$ 443,873** | **$ 327,611** | **$ 321,080** | **$ 122,939** | **$ 115,452** | **$ 128,464** | **$ 123,476** | **$ 136,488** | **$ 41,555** | **$ 96,473** | **$ 140,503** | **$ 177,638** |