UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                              :
In re:                                                        :    Chapter 11
                                                              :
FILMED ENTERTAINMENT INC.,                                    :    Case No. 15-12244 (SCC)
                                                              :
                       Debtor.[1]                             :
                                                              :
------------------------------------------------------------- x

## AFFIDAVIT OF PUBLICATION

I, David M. Smith, depose and say that I am employed by Prime Clerk LLC, the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

This Affidavit of Publication includes a sworn statement verifying that the *Notice of Auction and Hearing to Consider Approval of the Sale of Substantially All of the Debtor's Assets* [Schedule 2 to Docket No. 101], as conformed for publication, was published in the national edition of the *New York Times* on October 5, 2015, as described on **Exhibit A** hereto.

Dated: October 7, 2015

/s/ David M. Smith
David M. Smith

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 7, 2015, by David M. Smith, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

James Daiola
Notary Public, State of New York
No. 02DA6171472
Qualified in ~~Suffolk County~~ New York County
Commission Expires ~~July 23, 2011~~ November 27, 2015

---

[1] The last four digits of the Debtor's federal tax identification number are 3867.

**The New York Times**
620 8TH AVENUE • NEW YORK, NY 10018

B 3 NAT.

## CERTIFICATION OF PUBLICATION

OCT 06 2015 _____ 20 ___

I, _Alice Weber_, in my capacity as a Principal Clerk of the Publisher of **The New York Times** a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of **The New York Times** on the following date or dates, to wit on

OCT 05 2015 _____ 20 ___

Approved: _Maria Pannullo_

THIS CERTIFICATION NOT VALID WITHOUT NYT RAISED SEAL

---

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

In re: FILMED ENTERTAINMENT INC., ) Chapter 11
Debtor.[1] ) Case No. 15-12244 (SCC)

**NOTICE OF SALE, BIDDING PROCEDURES, AUCTION, AND SALE HEARING**

**PLEASE TAKE NOTICE** that on September 10, 2015, Filmed Entertainment Inc. (the "Debtor") filed a motion (the "Sale Motion") [Dkt. No. 80] with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") seeking, among other things, entry of orders (a) approving bidding procedures (the "Bidding Procedures") and the schedule to be used in connection with the proposed sale of substantially all of its assets (collectively, the "Acquired Assets"), free and clear of all liens, claims and encumbrances, security interests and other interests; (b) scheduling an auction (the "Auction") and hearing to approve the sale of the Acquired Assets (the "Sale Hearing"); and (c) approving the form and manner of the notice of the Auction and Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that on September 28, 2015, the Bankruptcy Court entered an order (the "Bidding Procedures Order") [Dkt. No. 101] approving, among other things, the Bidding Procedures, which establish the key dates and times related to the Sale and the Auction. All interested bidders should carefully read the Bidding Procedures Order and the Bidding Procedures.[2] To the extent that there are any inconsistencies between the Bidding Procedures and the summary descriptions of the Bidding Procedures in this notice, the terms of the Bidding Procedures shall control. The deadline by which all Qualified Bids must be *actually received* by the parties specified in the Bidding Procedures Order is **October 15, 2015 at 4:00 p.m. (New York Time)**.

**PLEASE TAKE FURTHER NOTICE** that copies of the Sale Motion, Bidding Procedures and Bidding Procedures Order, as well as all related exhibits, are available on the website of the Bankruptcy Court-appointed claims and noticing agent for the Debtor's Chapter 11 Case, Prime Clerk LLC, www.cases.primeclerk.com/FEI/, or can be requested by e-mail at www.feiinfo@primeclerk.com.

**PLEASE TAKE FURTHER NOTICE** that if the Debtor receives more than one Qualified Bid, the Debtor will conduct the Auction to determine the highest and best bid for the Acquired Assets on **October 16, 2015 at 10:00 a.m. (New York Time)** at the offices of Griffin Hamersky P.C., 485 Madison Ave., 7th Floor, New York, NY 10022, at which time all Qualified Bidders may bid and participate pursuant to the terms of the Bidding Procedures. In the event that only one Qualified Bid is received by the Bid Deadline, the Debtor shall not conduct an Auction, and in such event the Debtor may proceed with the approval of a Modified Purchase Agreement, with the party submitting such Qualified Bid.

**PLEASE TAKE FURTHER NOTICE** that the Debtor will seek approval of the Sale at the Sale Hearing before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, at the United States Bankruptcy Court, Court Room #623, One Bowling Green, New York, NY 10004, on **October 20, 2015 at 10:00 a.m. (New York Time)**. The Sale Hearing may be adjourned by the Debtor for any reason.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the remaining relief *requested* in the Sale Motion, including the Debtor's request to approve the Sale free and clear of all liens, claims, encumbrances and other interests *must* (a) be in writing; (b) state with particularity the reasons for the objection; (c) be filed with the Clerk of the Bankruptcy Court, with copies delivered to the Chambers of the Bankruptcy Court and received by the Chambers of the Honorable Shelley C. Chapman, United States Bankruptcy Judge, United States Bankruptcy Court, Court Room #623, One Bowling Green, New York, NY 10004; (d) conform to the Bankruptcy Rules and the Local Rules of the Bankruptcy Court; (e) set forth the name of the objecting party, the nature and basis of the objection and the specific grounds therefore; and (f) be served upon: (i) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014, Attn: Andrea B. Schwartz, Esq.; (ii) counsel for the Debtor, Griffin Hamersky P.C., 485 Madison Avenue, 7th Floor, New York, NY 10022, Attn: Scott A. Griffin, Esq.; and (iii) counsel to the official committee of unsecured creditors, Lowenstein Sandler LLP, 65 Livingston Avenue, Roseland, NJ 07068, Attn: S. Jason Teele, Esq., so as to be actually received by **October 19, 2015 at 4:00 p.m. (New York Time)**.

Scott A. Griffin, GRIFFIN HAMERSKY P.C., 485 Madison Avenue, 7th Floor, New York, NY 10022, Telephone: (212) 710-0338, Facsimile: (212) 710-0339, Counsel for the Debtor and Debtor in Possession

[1] The last four digits of the Debtor's federal tax identification number are 3867.
[2] Capitalized terms used herein, but not otherwise defined, shall have the meanings ascribed to them in the Bidding Procedures Order.