**GRIFFIN HAMERSKY P.C.**
485 Madison Avenue, 7th Floor
New York, New York 10022
Telephone: (212) 710-0338
Facsimile: (212) 710-0339
Scott A. Griffin
Michael D. Hamersky

Counsel for the Debtor
and Debtor in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
In re:                                                       :    Chapter 11
                                                             :
FILMED ENTERTAINMENT INC.,                                   :    Case No. 15-12244 (SCC)
                                                             :
                        Debtor.[1]                           :
                                                             :
-------------------------------------------------------------X

## NOTICE OF ADJOURNMENT OF AUCTION

TO THE HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE:

**PLEASE TAKE NOTICE THAT** on September 28, 2015, the United States Bankruptcy Court for the Southern District of New York (the "Court") entered the Order (A) Approving Bidding Procedures for the Sale of Substantially All of the Debtor's Assets; (B) Scheduling an Auction and a Sale Hearing Related Thereto; and (C) Approving the Form of Notice of the Auction and Sale Hearing [Docket No. 101] (the "Bidding Procedures Order").[2]

**PLEASE TAKE FURTHER NOTICE THAT** the Bidding Procedures contemplate that the Debtor, in the exercise of its business judgment, will proceed with an auction (the "Auction") pursuant to the Bidding Procedures in the event that the Debtor receives more than one Qualified Bid.

---

[1]   The last four digits of the Debtor's federal tax identification number are 3867.

[2]   Capitalized terms used herein, but not otherwise defined, shall have the meanings ascribed to them in the Bidding Procedures Order, including all exhibits thereto.

**PLEASE TAKE FURTHER NOTICE THAT** the Bidding Procedures established October 15, 2015 at 4:00 p.m. (New York Time), as the Bid Deadline.

**PLEASE TAKE FURTHER NOTICE THAT** the Bidding Procedures provide that, in the event the Debtor receives more than one Qualified Bid, the Debtor will conduct the Auction on October 16, 2015 at 10:00 a.m. (New York Time).

**PLEASE TAKE FURTHER NOTICE THAT** on October 14, 2015, the Debtor filed the Notice of Adjournment of Auction and Sale Hearing [Docket No. 111] that, in accordance with the Bidding Procedures, (a) extended the Bid Deadline to October 22, 2015 at 5:00 p.m. (New York Time); (b) adjourned the Auction to October 26, 2015 at 10:00 a.m. (New York Time); and (c) adjourned the Sale Hearing to October 30, 2015 at 10:00 a.m. (New York Time).

**PLEASE TAKE FURTHER NOTICE THAT** in accordance with the Bidding Procedures, the Debtor has further extended the Bid Deadline to October 26, 2015 at 5:00 p.m. (New York Time).

**PLEASE TAKE FURTHER NOTICE THAT** in accordance with the Bidding Procedures, the Debtor has further adjourned the Auction to October 28, 2015 at 11:30 a.m. (New York Time), which Auction will be held at the offices of Griffin Hamersky P.C., 485 Madison Avenue, 7th Floor, New York, New York 10022.

**PLEASE TAKE FURTHER NOTICE THAT** in accordance with the Bidding Procedures, the Debtor has adjourned the deadline to object to the Sale to October 29, 2015 at 4:00 p.m. (New York Time).

**PLEASE TAKE FURTHER NOTICE THAT** the date of the Sale Hearing shall remain on October 30, 2015 at 10:00 a.m. (New York Time).

**PLEASE TAKE FURTHER NOTICE THAT** the Bidding Procedures Order, the Bidding Procedures, and further information regarding the Chapter 11 Case may be obtained free of charge by visiting the website of the Debtor's notice, claims, and balloting agent, Prime Clerk LLC, at http://cases.primeclerk.com/FEI or by calling (844) 239-9269 (for domestic callers). You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated:  New York, New York
        October 22, 2015

GRIFFIN HAMERSKY P.C.

By: /s/ Scott A. Griffin
Scott A. Griffin
Michael D. Hamersky
485 Madison Avenue, 7th Floor
New York, New York 10022
Telephone:  (212) 710-0338
Facsimile:  (212) 710-0339

Counsel for the Debtor
and Debtor in Possession

3