

**U.S. Department of Justice**
**Office of the United States Trustee**
**Region 2**

**Southern District of New York**

| | | |
|---|---|---|
| IN RE:  FILMED ENTERTAINMENT INC., | } | **CHAPTER 11** |
| | } | |
| | } | **CASE NO: 15-12244 (SCC)** |
| | } | |
| | } | |
| DEBTOR. | } | |

**DEBTOR'S POST-CONFIRMATION**
**OPERATING REPORT**
**FOR THE PERIOD**

**FROM**  October 1, 2018    **TO**  December 31, 2018

Comes now the above-named debtor and files its Post-Confirmation Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.

Signed::  _____      Date: _1 / 19 / 19_

Edward P. Bond
Print Name

Liquidation Trustee
Title

Trustee's Address
and Phone Number:
347 Mount Pleasant Ave, Ste 200
West Orange, NJ  07052

Tel. (973) 736-3333

Attorney's Address
and Phone Number:
Kim R. Lynch, Esq.
**FORMAN HOLT**
66 Route 17 North, First Floor
Paramus, New Jersey 07652
Tel.(201) 845-1000 ext. 108

Note:  The original Monthly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee.  Monthly Operating Reports must be filed by the 20th day of the following month.

OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 1

| QUESTIONNAIRE | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. | Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. | Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. | Is the Debtor current on all post-confirmation plan payments? | X | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.
February 2015 the ninth distribution was made to creditors.

| INSURANCE INFORMATION | | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | | NA |
| 2. | Are all premium payments current? | | NA |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY        and         CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | |
| | | | |
| | | | |
| | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

During the quarter the Liquidating Trustee prepared and filed necessary reporting in accordance with the Trust Agreement.
Additionally, the Trustee and his professionals continued to comply with the statatory requirements in connections with the various adversary proceedings commenced.

**Estimated Date of Filing the Application for Final Decree:** _____

FEI Creditors' Liquidation Trust
For the Period  October 1, 2018 through December 31, 2018

| | 4th Qtr 2018 | Post Confirmation Total |
|---|---|---|
| **1.  CASH (Beginning of Period)** | $          23,295.39 | $          477,698.95 |

| | | |
|---|---|---|
| **2.  INCOME or RECEIPTS during the Period** | $ | $          257,213.18 |

**3.  DISBURSEMENTS**

a.  **Operating Expenses (Fees/Taxes):**

| | 4th Qtr 2018 | Post Confirmation Total |
|---|---|---|
| (i)    U.S. Trustee Quarterly Fees | $               325.00 | $            8,453.10 |
| (ii)   Federal Taxes | | 0.00 |
| (iii)  State Taxes | | 0.00 |
| (iv)  Other Taxes | | 0.00 |
| (v)   Professional Fees | 6,000.00 | 10,000.00 |

b.  **All Other Operating Expenses:**

| | 4th Qtr 2018 | Post Confirmation Total |
|---|---|---|
| | $                 0.00 | $                  0.00 |

c.  **Plan Payments:***

| | 4th Qtr 2018 | Post Confirmation Total |
|---|---|---|
| (i)    Secured Claims | $ | $          425,000.00 |
| (ii)   Administrative Claims | | 263,016.96 |
| (iii)  Priority Claims | | 11,471.68 |
| | | |
| | | |
| | | |

(Attach additional pages as needed)

| **Total Disbursements (Operating & Plan)** | $            6,325.00 | $          717,941.74 |
|---|---|---|

| **1.  CASH (End of Period)** | $          16,970.39 | $          16,970.39 |
|---|---|---|

OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 3

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | | | |
|---|---|---|---|---|
| Name of Bank: | Provident | | | |
| Account Number: | 7604 | | | |
| Purpose of Account (Operating/Payroll/Tax) | Trust | | | |
| Type of Account (e.g. checking) | Checking | | | |
| | | | | |
| 1.  Balance per Bank Statement | 16,970.39 | | | |
| 2.  ADD:  Deposits not credited | | | | |
| 3.  SUBTRACT:  Outstanding Checks | | | | |
| 4.  Other Reconciling Items | | | | |
| 5.  Month End Balance (Must Agree with Books) | 16,970.39 | | | |

Note:  Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br><br>Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note:  Attach copy of each investment account statement.

2:34 PM

01/08/19

# FEI Creditors Liquidation Trust
## Reconciliation Summary
### Provident Bank, Period Ending 12/31/2018

|  | Dec 31, 18 |
|---|---|
| **Beginning Balance** | 23,295.39 |
| **Cleared Transactions** | |
| Checks and Payments - 3 items | -6,325.00 |
| **Total Cleared Transactions** | -6,325.00 |
| **Cleared Balance** | **16,970.39** |
| **Register Balance as of 12/31/2018** | 16,970.39 |
| **Ending Balance** | 16,970.39 |

 **Provident** BANK

*Commitment you can count on.™*

P.O. Box 1001
Iselin, NJ 08830-1001

**Address Service Requested**

00000534 MPBR8901080 02 000000000 09
FEI CREDITORS LIQUIDATION TRUST
EDWARD BOND LIQUIDATION TRUSTEE
347 MOUNT PLEASANT AVE STE 200
WEST ORANGE NJ 07052-2749

| | |
|---|---|
| Account Number | J7604 |
| Statement Date | 12/31/2018 |
| Statement Thru Date | 01/01/2019 |
| Checks/Items Enclosed | 2 |
| Page | 1 |

**Customer Support**

 **Contact us by Phone**
800.448.7768

 **Visit Us Online**
www.Provident.Bank

## IMPORTANT MESSAGE(S)

Recycle your trash but not your passwords! Have a unique password for online banking that contains variations in alpha and numeric characters, upper and lower cases and symbols. Don't wait to secure your accounts- protect your transactions today with Positive Pay and ACH filters and blocks. Contact Cash Management Client Support for more information 732-590-9288.

## RELATIONSHIP SUMMARY AND CURRENT STATEMENT ACTIVITY

| Account Type | Account Number | Balance |
|---|---|---|
| BUSINESSADVANTAGE CKNG | 7604 | $16,970.39 |

### BUSINESSADVANTAGE CKNG                                      Account Number: _ 7604

**Account Owner(s):    FEI CREDITORS LIQUIDATION TRUST**

### Balance Summary

| | |
|---|---|
| Beginning Balance as of 12/01/2018 | $22,970.39 |
| + Deposits and Credits  (0) | $0.00 |
| - Withdrawals and Debits  (2) | $6,000.00 |
| **Ending Balance as of 12/31/2018** | **$16,970.39** |
| Service Charges for Period | $0.00 |
| Average Balance for Period | $17,357.00 |

### Transaction Detail

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Dec 01 | BEGINNING BALANCE | | | $22,970.39 |
| Dec 03 | TOTAL NUMBER OF CHECKS PAID TODAY 2 | | 6,000.00 | 16,970.39 |
| Jan 01 | ENDING BALANCE | | | $16,970.39 |

### Checks Posted                                      * Indicates a Skip in Check Number(s)

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| Dec 03 | 121 | 3,000.00 | Dec 03 | 122 | 3,000.00 |

 **Beacon** Trust
INNOVATING WEALTH STRATEGY

163 Madison Avenue, Suite 600, Morristown, NJ 07960
beacontrust.com  •  866.377.8090  •  support@beacontrust.com

Investment Management
Financial Planning
Tax Advisory
Trust & Estate Administration
Private Banking

WEALTH.
IT'S DIFFERENT
FOR EVERYONE

 

SECURITIES AND INVESTMENT PRODUCTS: NOT FDIC INSURED • MAY GO DOWN IN VALUE
NOT FINANCIAL INSTITUTION GUARANTEED • NOT A DEPOSIT • NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY



| | |
|---|---|
| Account Number | 7604 |
| Statement Date | 12/31/2018 |
| Statement Thru Date | 01/01/2019 |
| Page | 2 |

## CHECK IMAGES



12/03/2018    Check 121    $3,000.00



12/03/2018    Check 122    $3,000.00





**Provident** BANK
Commitment you can count on.™

P.O. Box 1001
Iselin, NJ 08830-1001

**Address Service Requested**

00001136 MPBR8901081 01 000000000 09
FEI CREDITORS LIQUIDATION TRUST
EDWARD  BOND LIQUIDATION TRUSTEE
347 MOUNT PLEASANT AVE STE 200
WEST ORANGE NJ 07052-2749

| | |
|---|---|
| Account Number | .7604 |
| Statement Date | 11/30/2018 |
| Statement Thru Date | 12/02/2018 |
| Checks/Items Enclosed | 0 |
| Page | 1 |

**Customer Support**

 **Contact us by Phone**
800.448.7768

 **Visit Us Online**
www.Provident.Bank

## IMPORTANT MESSAGE(S)

**Business Fraud**

Isolate your financial transactions to a single desktop, laptop or tablet. Eliminate access points through email, web surfing and downloads. Increase wire transfer security by engaging **Pin Call Backs** to authenticate wire details. Contact us today to get started - Cash Management Client Support at 732-590-9288.

## RELATIONSHIP SUMMARY AND CURRENT STATEMENT ACTIVITY

| Account Type | Account Number | Balance |
|---|---|---|
| BUSINESSADVANTAGE CKNG | 7604 | $22,970.39 |

### BUSINESSADVANTAGE CKNG                          Account Number:              7604

**Account Owner(s):**   FEI CREDITORS LIQUIDATION TRUST

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 11/01/2018** | **$22,970.39** |
| + Deposits and Credits  (0) | $0.00 |
| - Withdrawals and Debits  (0) | $0.00 |
| **Ending Balance as of 11/30/2018** | **$22,970.39** |
| Service Charges for Period | $0.00 |
| Average Balance for Period | $22,970.00 |

## PROMOTIONS AND OFFERS



YOUR PRACTICE WILL FEEL BETTER IN NO TIME.
Call Team Leader, John W. Bolich, Jr. at 973.565.2441

HEALTHCARE SERVICES
Fast financing. Local lending.

SMALL BUSINESS LENDING THAT'S ANYTHING BUT SMALL
732.726.5410

SMALL BUSINESS ADMINISTRATION LOANS
Fast financing to help you meet your goals.



 **Provident** BANK

*Commitment you can count on*

P.O. Box 1001
Iselin, NJ 08830-1001

**Address Service Requested**

00000786 MPBR8901081 02 000000000 09

FEI CREDITORS LIQUIDATION TRUST
EDWARD  BOND LIQUIDATION TRUSTEE
347 MOUNT PLEASANT AVE STE 200
WEST ORANGE NJ 07052-2749

| | |
|---|---|
| Account Number | 7604 |
| Statement Date | 10/31/2018 |
| Statement Thru Date | 10/31/2018 |
| Checks/Items Enclosed | 1 |
| Page | 1 |

**Customer Support**

 **Contact us by Phone**
800.448.7768

 **Visit Us Online**
www.Provident.Bank

## IMPORTANT MESSAGE(S)

**Business Alerts**

Do you know the best way to keep track of your account activities? **ALERTS** We offer a variety of options for users to engage and customize as applicable.  You can now receive alerts through text messaging also! To enable the option, call us at 732-590-9288 for assistance in getting started today.

## RELATIONSHIP SUMMARY AND CURRENT STATEMENT ACTIVITY

| Account Type | Account Number | Balance |
|---|---|---|
| BUSINESSADVANTAGE CKNG | 7604 | $22,970.39 |

### BUSINESSADVANTAGE CKNG                              Account Number:    7604

**Account Owner(s):    FEI CREDITORS LIQUIDATION TRUST**

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 10/01/2018** | **$23,295.39** |
| + Deposits and Credits  (0) | $0.00 |
| - Withdrawals and Debits  (1) | $325.00 |
| **Ending Balance as of 10/31/2018** | **$22,970.39** |
| Service Charges for Period | $0.00 |
| Average Balance for Period | $23,222.00 |

### Transaction Detail

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Oct 01 | BEGINNING BALANCE | | | $23,295.39 |
| Oct 25 | TOTAL NUMBER OF CHECKS PAID TODAY 1 | | 325.00 | 22,970.39 |
| Oct 31 | ENDING BALANCE | | | $22,970.39 |



DRIVE & SAVE. DINE & SAVE. DO BUSINESS & SAVE.

SAVE & SAVE

800.448.PROV ·     FDIC

MASTERCARD®
EASY SAVINGS

It makes doing **business** easier.

00000786-0011572-0001-0003-MPBR8901081-02-I

OPERATING REPORT -
POST CONFIRMATION

**ATTACHMENT NO. 4**

**CHAPTER 11 POST-CONFIRMATION
CASH/DEBIT/CHECK DISBURSEMENTS DETAILS**

| Name of Bank | Provident |
|---|---|
| Account Number | 7604 |
| **Purpose of Account (Operating/Payroll/Personal)** | Trust |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 120 | 10/19/2018 | US Trustee | US Trustee Fees | 325.00 |
| 121 | 11/28/2018 | Bederson LLP | Trustee Fees | 3,000.00 |
| 122 | 12/03/2018 | Bederson LLP | Trustee Fees | 3,000.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | PAGE 1 TOTAL | 6,325.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.